UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 04-1731-CBS

UNITED STATES OF AMERICA

vs.

BENITO GRULLON

## MOTION TO ALTER TERMS OF DEFENDANT'S PRE-TRIAL RELEASE

NOW comes the defendant, by and through undersigned counsel and respectfully requests this Honorable Court alter the terms of his pre-trial release as follows:

1. Remove the condition of weekly reporting to Pre-trial Services in Boston.

2. All other conditions of the defendant's pre-trial release would remain unchanged.

In support hereof, the defendant says he has been reporting without fail since his release.

Furthermore, On October 13, 2004 Counsel's secretary spoke with defendant's release supervisor, Joshua Ulrich, who actually initiated the request.

Mr. Ulrich stated that the defendant should be placed on Pre-trial Services discretionary reporting, possibly monthly, rather than weekly mandatory reporting.

WHEREFORE, the defendant respectfully requests the Court allow the proposed relaxation of his conditions of pre-trial release.

Respectfully submitted,
BENITO GRULLON
By his attorney,

*Ronald Ian Segal*
RONALD IAN SEGAL
23 Central Avenue
Suite 605
Lynn, MA. 01901
(781) 599-2800

## CERTIFICATE OF SERVICE

I, Ronald Ian Segal, Esquire, certify that I have forwarded a copy of the within A Motion To Alter Terms Of Defendant's Pre-Trial Release, by FAXING same, to Assistant United States Attorney Robert Peabody, United States Attorney's Office, One Courthouse Way, Suite 9200, Boston, MA 02210 this 14th day of October, 2004.

*Ronald Ian Segal*
RONALD IAN SEGAL