UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION<br>NO.  04-10299-PBS |
| v. | |
| VALENTIN MARTINEZ<br>BENITO GRULLON<br>KELVIN MADERA | |

**NOTICE OF MOTION HEARING**

SARIS, U.S.D.J.                                                                                                       March 28, 2005

      TAKE NOTICE that the above-entitled case has been set for a Motion Hearing re: Joint Motion to Dismiss on **April 12, 2005**, at **9:00 a.m.**, in Courtroom No. 19, 7th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts.

                                                     By the Court,

                                                     /s/ Robert C. Alba
                                                   Deputy Clerk

Copies to:  All Counsel