JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)                                                                    4

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

**Place of Offense:**          **Category No.**  II_____          **Investigating Agency**  DEA_____

**City**  Lynn_____          **Related Case Information:**

**County**  Essex_____

| Superseding Ind./ Inf.   X_____ | Case No.   04-10299 PBS |
| Same Defendant   x_____ | New Defendant |
| Magistrate Judge Case Number   M 04-1732- CBS |
| Search Warrant Case Number   04 M 1720- to 1730, 04-M 1738 |
| R 20/R 40 from District of   _____ |

**Defendant Information:**

Defendant Name   RICARDO MANUEL ESTRADA_____          Juvenile:          ☐ Yes     X No

Alias Name          _____

Address          _____

Birthdate: _____ SS # _____ Sex: MALE Race: Hispanic_____ Nationalit  Mexican_____

**Defense Counsel if known:**          Eliot Weinstein, Esq._____          Address  228 Lewis Wharf_____

Bar Number          _____          617-367-9334_____

**U.S. Attorney Information:**

AUSA   Neil Gallagher_____          Bar Number if applicable   _____

**Interpreter:**          X Yes          No          List language and/or dialect:          Spanish_____

**Matter to be SEALED:**          Yes   X   No

          Warrant Requested          ☐ Regular Process          X In Custody

**Location Status:**

Arrest Date          _____

X Already in Federal Custody as of   _____          Wyatt Detention, Central Falls, RI____ .
☐ Already in State Custody at _____ ☐ Serving Sentence          ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by:   _____          on

**Charging Document:**          Complaint          ☐ Information          X Indictment

**Total # of Counts:**          ☐ Petty _____          ☐ Misdemeanor _____   X Felony   2___

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:   3/23/05_____          Signature of AUSA:   _____

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    RICARDO MANUEL ESTRADA _____

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | 21 USC 841 | POSS. WITH INTENT DIST. 5K OF COCAINE | 9 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

## Criminal Case Cover Sheet                    U.S. District Court - District of Massachusetts

**Place of Offense:**          Category No. __II__          **Investigating Agency** __DEA__

**City** __Lynn__                    **Related Case Information:**

**County** __Essex__          Superseding Ind./ Inf. __X__          Case No. __04-10299 PBS__
                              Same Defendant _____ New Defendant _____
                              Magistrate Judge Case Number __04-M-1685 CBS__
                              Search Warrant Case Number __04-M-1720-to-1730__
                              R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __ANDRES MARTINEZ-ACEVEZ__          Juvenile:     ☐ Yes    X No

Alias Name __"Samuel Linares"; "Castro Casimiro"; "Joel Zequeira"; "Zequeira"; "El Viejo"__

Address _____

Birthdate: _____ SS # __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__ Sex: __MALE__ Race: __Hispanic__     Nationalit __Mexican__

**Defense Counsel if known:**     __John Cicilline, Esq.__     Address __381 Atwells Ave., Providence, RI__

Bar Number _____

**U.S. Attorney Information:**

AUSA __Neil Gallagher__          Bar Number if applicable _____

**Interpreter:**     X Yes     No          List language and/or dialect:     __Spanish__

**Matter to be SEALED:**     Yes  X  No

     Warrant Requested          ☐ Regular Process          X In Custody

**Location Status:**

Arrest Date     __5/1/2004__

X Already in Federal Custody as of _____ in __Wyatt Detention, Central Falls, RI__ .
☐ Already in State Custody at _____ ☐ Serving Sentence     ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:**     Complaint     ☐ Information          X Indictment

**Total # of Counts:**     ☐ Petty ——— ☐ Misdemeanor ——— X Felony —2—

Continue on Page 2 for Entry of U.S.C. Citations

I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

Date: ~~10/5/04~~ 3/23/05     Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**  ANDRES MARTINEZ-ACEVEZ, a/k/a "Samuel Linares"; "Castro Casimiro"; "Joel Zequeira"; "Zequeira"; "El Viejo"

### U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | 21 USC 841 | POSS. WITH INTENT DIST. 5K OF COCAINE | 9 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-andres.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.**  II_____          **Investigating Agency**  DEA_____

**City**  Lynn_____          **Related Case Information:**

**County**  Essex_____          Superseding Ind./ Inf.  X_____    Case No.  04-10299 PBS
                                 Same Defendant  x_____    New Defendant_____
                                 Magistrate Judge Case Number   04-M-1685 CBS
                                 Search Warrant Case Number   04-M-1720 to 1730
                                 R 20/R 40 from District of   _____

**Defendant Information:**

Defendant Name   JOSE ROSALES_____          Juvenile:    ☐ Yes    X No

Alias Name   TONY  AKA TONO  AKA JOEL AGOSTINI AKA JOSE ABREU

Address   88 NEWARK ST, LYNN MA

Birthdate:  5/10/76____ SS #  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  Sex:  MALE  Race:  Hispanic_____  Nationalit  Mexican

**Defense Counsel if known:**     Raymond A. O'Hara, Esq.    Address  1 Exchange Place., Worcester, MA

Bar Number   _____          _____

**U.S. Attorney Information:**

AUSA  _____          Bar Number if applicable   _____

**Interpreter:**    X Yes    No    List language and/or dialect:    Spanish

**Matter to be SEALED:**    Yes  X  No

     Warrant Requested    ☐ Regular Process    X In Custody

**Location Status:**

Arrest Date    5/1/04

X  Already in Federal Custody as of   _____ in   Wyatt Detention, Central Falls, RI   .
☐  Already in State Custody at   _____ ☐ Serving Sentence    ☐ Awaiting Trial
☐  On Pretrial Release:    Ordered by:   _____ on   _____

**Charging Document:**    Complaint    ☐ Information    X Indictment

**Total # of Counts:**    ☐ Petty _____   ☐ Misdemeanor _____   X☐ Felony ── 4 ──

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:   3/23/05_____    Signature of AUSA:   _____

JS 45  (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**    JOSE ROSALES, a/k/a "Tony"; "Tono"; "Joel Agostini"; "Jose Abreu"

### U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | 21 USC 841 | DISTRIBUTION OF COCAINE | 3, 4, 5 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-rosales.wpd - 2/7/02

&JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                    <u>**U.S. District Court - District of Massachusetts**</u>

**Place of Offense:**          **Category No.**  <u>II</u>          **Investigating Agency**  <u>DEA</u>

**City**  <u>Lynn</u>                    **Related Case Information:**

**County**  <u>Essex</u>          Superseding Ind./ Inf.  <u>X</u>          Case No.  <u>04-10299 PBS</u>
                              Same Defendant  <u>x</u>          New Defendant
                              Magistrate Judge Case Number    <u>04-M-1685 CBS</u>
                              Search Warrant Case Number    <u>04-M-1720 to 1730</u>
                              R 20/R 40 from District of

**Defendant Information:**

Defendant Name  <u>VALENTIN MARTINEZ</u>          Juvenile:    ☐ Yes    X No

Alias Name        <u>VALENTIN RIVERA AKA V AKA VALE</u>

Address           <u>108 JOHNSON STREET, LYNN, MA</u>

Birthdate: <u>12/20/69</u>  SS # <u>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</u>  Sex: <u>MALE</u>  Race: <u>Hispanic</u>          Nationalit <u>Mexican</u>

**Defense Counsel if known:**          Ronald Ian Segal, Esq.          Address <u>23 Central Ave., Lynn, MA</u>

Bar Number

**U.S. Attorney Information:**

AUSA  <u>Neil Gallagher</u>                    Bar Number if applicable

**Interpreter:**    X Yes    X No          List language and/or dialect:          <u>Spanish</u>

**Matter to be SEALED:**          Yes    X No

       Warrant Requested          ☐ Regular Process          x In Custody

**Location Status:**

Arrest Date          <u>5/1/04</u>

x  Already in Federal Custody as of _____ in  <u>Wyatt Detention, Central Falls, RI</u> .
☐ Already in State Custody at _____ ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on

**Charging Document:**          Complaint          ☐ Information          X Indictment

**Total # of Counts:**    ☐ Petty ———    ☐ Misdemeanor ———    X☐ Felony ——<u>3</u>——

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:  <u>3/23/05</u>          Signature of AUSA:  _____

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   VALENTIN MARTINEZ AKA VALENTIN RIVERA; V; VALE

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | 21 USC 841 | DIST. OF 5K COCAINE | 6 |
| Set 3 | 18 USC 924 | POSS. OF FIREARM | 7 |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

js-45-valentin.wpd - 2/7/02

%JS 45 (5/97) - (Revised USAO MA 6/29/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

**Place of Offense:** MA     **Category No.** _____     **Investigating Agency** DEA/MSP

**City** Lynn/Peabody     **Related Case Information:**

**County** Essex

Superseding Ind./ Inf.   X     Case No.   04-10299-PBS
Same Defendant   x     New Defendant _____
Magistrate Judge Case Number   04-m-1685-CBS
Search Warrant Case Number   04-m-1720 to 1730
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   MANUEL GERMOSEN     Juvenile   ☐ Yes   ☒ No

Alias Name   Kelvin Madera, Manolo

Address _____

Birth date (Year only): _____ SSN (last 4 #): _____ Sex M Race: Hispanic Nationality: Dom Rep

**Defense Counsel if known:**   Steven Judge     **Address:** **23 Central Ave., #605**
**Lynn, MA 01902**

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA**   Neil Gallagher     **Bar Number if applicable** _____

**Interpreter:**   ☒ Yes ☐ No     **List language and/or dialect:**   Spanish

**Matter to be SEALED:**   ☐ Yes ☒ No

   ☐ **Warrant Requested**     ☐ **Regular Process**     ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☒ **Already in Federal Custody as**   May 1, 2005     **in**   Plymouth County    .
☐ **Already in State Custody** _____ ☐ **Serving Sentence** ☐ **Awaiting Trial**
☐ **On Pretrial Release:**   Ordered by _____ **on** _____

**Charging Document:**   ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**   ☐ Petty _____ ☐ Misdemeanor _____ ☒ Felony   1 count

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 3/23/05     **Signature of AUSA:** _____

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**    MANUEL GERMOSEN

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**              **Category No.** II _____   **Investigating Agency** __DEA_____

**City** __Lynn_____          **Related Case Information:**

**County** __Essex_____       Superseding Ind./ Inf. __X_____   Case No. __04-10299 PBS__
                                   Same Defendant __X_____   New Defendant _____
                                   Magistrate Judge Case Number __04-M-1685 CBS_____
                                   Search Warrant Case Number __04-M-1720 to 1730_____
                                   R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __ABDALLAH HAMDAN_____   Juvenile:   ☐ Yes   X No

Alias Name _____

Address __10 ROOSEVELT ST METHUEN MA_____

Birthdate: __1/17/76__   SS # __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__  Sex: __MALE__  Race: __Arabic_____   Nationalit __Palestinian_____

**Defense Counsel if known:**   Melvin Norris, Esq._____   Address __260 Boston Post Rd., Wayland, MA__

Bar Number _____

**U.S. Attorney Information:**

AUSA __Neil Gallagher_____   Bar Number if applicable _____

**Interpreter:**   ☐ Yes   X No        List language and/or dialect: _____

**Matter to be SEALED:**        Yes  X   No

        Warrant Requested        ☐ Regular Process        X  In Custody

**Location Status:**

Arrest Date        __5/1/04_____

X  Already in Federal Custody as of _____ in   __Wyatt Detention, Central Falls, RI__ .
☐  Already in State Custody at _____ ☐ Serving Sentence        ☐ Awaiting Trial
☐  On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**        Complaint        ☐ Information        X  Indictment

**Total # of Counts:**        ☐ Petty _____   ☐ Misdemeanor _____   ☐ X Felony ____4____

Continue on Page 2 for Entry of U.S.C. Citations

        I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
        accurately set forth above.

Date:   __3/23/05_____        Signature of AUSA: _____

JS 45 (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    ABDALLAH HAMDAN

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2  21 USC 841 | DISTRIBUTION OF COCAINE | 3, 4, 5 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

js-45-hamdan.wpd - 2/7/02

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet** _____ **U.S. District Court - District of Massachusetts**

**Place of Offense:** _MA_ _____ **Category No.** _____ **Investigating Agency** _DEA/MSP_ _____

**City** _Lynn/Peabody_ _____ **Related Case Information:**

**County** _Essex_ _____ Superseding Ind./ Inf.  _X_ _____ Case No. ___04-10299-PBS___
Same Defendant    _x_ _____ New Defendant _____
Magistrate Judge Case Number    _04-m-1685-CBS_ _____
Search Warrant Case Number    _04-m-1720 to 1730_ ____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  _RICARDO MARTINEZ_ _____ Juvenile    ☐ Yes    ☒ No

Alias Name  _Chorizo, Chon_ _____

Address _____

Birth date (Year only): _____ SSN (last 4 #): _____ Sex _M_ Race: __Hispanic__ Nationality: _Dom Rep_ _____

**Defense Counsel if known:** _____ **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** _Neil Gallagher_ _____ **Bar Number if applicable** _____

Interpreter:    ☒ Yes  ☐ No    List language and/or dialect:    __Spanish__

Matter to be SEALED:    ☐ Yes    ☒ No

☐ **Warrant Requested**    ☐ **Regular Process**    ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☐ **Already in Federal Custody as** _____ in _____ .
☐ **Already in State Custody** _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ **On Pretrial Release:**  Ordered by _____ on _____

**Charging Document:**    ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**    ☐ Petty _____ ☐ Misdemeanor _____ ☒ Felony  _1 count_

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 3/23/05    **Signature of AUSA:** _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    RICARDO MARTINEZ _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

Place of Offense:  MA                    Category No.                    Investigating Agency  DEA/MSP

City   Lynn/Peabody                    **Related Case Information:**

County    Essex                    Superseding Ind./ Inf.    X                Case No.    04-10299-PBS
                                     Same Defendant      x                New Defendant
                                     Magistrate Judge Case Number      04-m-1685-CBS
                                     Search Warrant Case Number      04-m-1720 to 1730
                                     R 20/R 40 from District of

**Defendant Information:**

Defendant Name   HOWARD GREENBERG                    Juvenile    ☐ Yes    ☒ No

Alias Name

Address

Birth date (Year only):          SSN (last 4 #):          Sex  M  Race:    Caucasian    Nationality:  US

**Defense Counsel if known:**    Roger Witkin                    Address:  **6 Beacon Street, Ste 1010**
                                                                            **Boston, MA 02108**
**Bar Number:**

**U.S. Attorney Information:**

AUSA   Neil Gallagher                    **Bar Number if applicable**

Interpreter:    ☐ Yes ☐ No            **List language and/or dialect:**    **Spanish**

**Matter to be SEALED:**    ☐ Yes    ☒ No

    ☐ **Warrant Requested**        ☐ **Regular Process**        ☐ **In Custody**

**Location Status:**

**Arrest Date:**

☐ **Already in Federal Custody as**                    in                                          .
☐ **Already in State Custody**                    ☐ **Serving Sentence**    ☐ **Awaiting Trial**
☒ **On Pretrial Release:**    Ordered by  MJ Swartwood        on    May 2004

**Charging Document:**    ☐ **Complaint**    ☐ **Information**    ☒ **Indictment**

**Total # of Counts:**    ☐ **Petty**          ☐ **Misdemeanor**          ☒ **Felony**    1 count

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: 3/23/c5        Signature of AUSA:

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    <u>HOWARD GREENBERG</u> _____

U.S.C. Citations

| **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|
| Set 1   21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

Place of Offense:  __MA_____    Category No. _____    Investigating Agency  __DEA/MSP_____

City  __Lynn/Peabody_____    **Related Case Information:**

County  __Essex_____

Superseding Ind./ Inf.  __X_____    Case No.  __04-10299-PBS__
Same Defendant  __x_____    New Defendant _____
Magistrate Judge Case Number  __04-m-1685-CBS_____
Search Warrant Case Number  __04-m-1720 to 1730_____
R 20/R 40 from District of  _____

**Defendant Information:**

Defendant Name  __EDGAR HOFFENS_____    Juvenile    ☐ Yes    ☒ No

Alias Name  __Carlos Colon Rivera, Tigueron_____

Address  _____

Birth date (Year only): _____ SSN (last 4 #): _____ Sex __M__ Race: __Caucasian__ Nationality: __US__

Defense Counsel if known:   __John Wall_____    Address:  __1 Commercial Wharf West__
Bar Number:  _____    __Boston, MA 02110__

**U.S. Attorney Information:**

AUSA  __Neil Gallagher_____    Bar Number if applicable  _____

Interpreter:   ☒ Yes  ☐ No    List language and/or dialect:   __Spanish_____

Matter to be SEALED:    ☐ Yes   ☒ No

☐ **Warrant Requested**    ☐ **Regular Process**    ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☒ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

**Charging Document:**    ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felony  __1 count__

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

Date: 3/23/05    Signature of AUSA:

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**     __EDGAR HOFFENS__

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

/3

℧JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.**  II          **Investigating Agency**  DEA

**City**   Lynn                      **Related Case Information:**

**County**   Essex                   Superseding Ind./ Inf.   X          Case No.   04-10299 PBS
                                     Same Defendant   X          New Defendant
                                     Magistrate Judge Case Number   04-M-1685 CBS
                                     Search Warrant Case Number   04-M-1720 to 1730
                                     R 20/R 40 from District of

**Defendant Information:**

Defendant Name   ROGELIO GARCIA                    Juvenile:   ☐ Yes   X No

Alias Name   LACUILLA AKA LACUILLA AKA LACUIJI AKA EL JAROCHO AKA LA COLADERA

Address   85 WALNUT AVE., REVERE, MA

Birthdate: 7/15/80   SS # 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  Sex: MALE  Race: Hispanic          Nationalit USA

**Defense Counsel if known:**      James H. Budreau, Esq.          Address 20 Park Plaza, Boston, MA

Bar Number

**U.S. Attorney Information:**

AUSA   Neil Gallagher                      Bar Number if applicable

**Interpreter:**   ☐ Yes   X No          List language and/or dialect:

**Matter to be SEALED:**          Yes  X     No

        Warrant Requested          X☐  Regular Process          In Custody

**Location Status:**

Arrest Date

   Already in Federal Custody as of                    in                              .
☐ Already in State Custody at ——————————  ☐ Serving Sentence     ☐ Awaiting Trial
X  On Pretrial Release:   Ordered by:   Mag. Judge Swartwood     on

**Charging Document:**          Complaint          ☐ Information          X Indictment

**Total # of Counts:**   ☐ Petty          ☐ Misdemeanor          ☐ X Felony —— 2

                Continue on Page 2 for Entry of U.S.C. Citations

     **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
     accurately set forth above.**

Date:   3/23/05                Signature of AUSA:

JS 45  (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    ROGELIO GARCIA _____

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2   21 USC 841 | DIST. OF 5K COCAINE | 6 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-garcia.wpd - 2/7/02

✎JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

Place of Offense:   MA _____                Category No. _____        Investigating Agency   DEA/MSP _____

City   Lynn/Peabody _____                **Related Case Information:**

County   Essex _____

Superseding Ind./ Inf.   X _____        Case No.   04-10299-PBS _____
Same Defendant   x _____            New Defendant _____
Magistrate Judge Case Number   04-m-1685-CBS _____
Search Warrant Case Number   04-m-1720 to 1730 _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   JAVIER ANGEL ROMERO _____        Juvenile   ☐ Yes   ☒ No

Alias Name   Ramon Acosta, the Singer _____

Address _____

Birth date (Year only): _____   SSN (last 4 #): _____   Sex  M  Race:   Hispanic _____   Nationality: _____

Defense Counsel if known:    **Ray Buso** _____        Address:  **15 Church Street**
                                                **Salem, MA 01970**

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA   Neil Gallagher _____        Bar Number if applicable _____

Interpreter:   ☒ Yes  ☐ No        List language and/or dialect:   Spanish _____

Matter to be SEALED:   ☐ Yes   ☒ No

       ☐ Warrant Requested        ☐ Regular Process        ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☒ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____ on _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☒ Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony   1 count _____

Continue on Page 2 for Entry of U.S.C. Citations

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
     accurately set forth above.

Date:  3/23/05        Signature of AUSA: _____