JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number  (To be filled in by deputy clerk): _____

Name of Defendant   JAVIER ANGEL ROMERO

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 _____ | _____ | _____ |
| Set 3 _____ | _____ | _____ |
| Set 4 _____ | _____ | _____ |
| Set 5 _____ | _____ | _____ |
| Set 6 _____ | _____ | _____ |
| Set 7 _____ | _____ | _____ |
| Set 8 _____ | _____ | _____ |
| Set 9 _____ | _____ | _____ |
| Set 10 _____ | _____ | _____ |
| Set 11 _____ | _____ | _____ |
| Set 12 _____ | _____ | _____ |
| Set 13 _____ | _____ | _____ |
| Set 14 _____ | _____ | _____ |
| Set 15 _____ | _____ | _____ |

ADDITIONAL INFORMATION:

JS 45 (5/97) - (Revised USAO MA 6/29/04)

# Criminal Case Cover Sheet     U.S. District Court - District of Massachusetts

**Place of Offense:** MA     **Category No.** _____     **Investigating Agency** DEA/MSP

**City** Lynn/Peabody     **Related Case Information:**

**County** Essex

Superseding Ind./ Inf.   X     Case No.   04-10299-PBS
Same Defendant   x     New Defendant _____
Magistrate Judge Case Number   04-m-1685-CBS
Search Warrant Case Number   04-m-1720 to 1730
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   CHRISTIAN GERMOSEN     Juvenile   [ ] Yes   [X] No

Alias Name _____

Address _____

Birth date (Year only): _____ SSN (last 4 #): _____ Sex M Race: Hispanic Nationality: Dom. Rep.

**Defense Counsel if known:** Michael Hickey     **Address:** 15 Church Street
                                                                            Salem, MA 01970

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** Neil Gallagher     **Bar Number if applicable** _____

**Interpreter:** [X] Yes [ ] No     **List language and/or dialect:** Spanish

**Matter to be SEALED:** [ ] Yes [X] No

[ ] Warrant Requested     [ ] Regular Process     [ ] In Custody

**Location Status:**

**Arrest Date:** _____

[X] Already in Federal Custody as _____ in _____
[ ] Already in State Custody _____ [ ] Serving Sentence [ ] Awaiting Trial
[ ] On Pretrial Release: Ordered by _____ on _____

**Charging Document:**   [ ] Complaint   [ ] Information   [X] Indictment

**Total # of Counts:**   [ ] Petty ___ [ ] Misdemeanor ___ [X] Felony   1 count

Continue on Page 2 for Entry of U.S.C. Citations

[X]   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 3/23/05     **Signature of AUSA:** _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    CHRISTIAN GERMOSEN

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

Place of Offense: MA                Category No. _____        Investigating Agency  DEA/MSP

City   Lynn/Peabody              Related Case Information:

County   Essex                        Superseding Ind./ Inf.   X            Case No.   04-10299-PBS
                                              Same Defendant   x            New Defendant _____
                                              Magistrate Judge Case Number    04-m-1685-CBS
                                              Search Warrant Case Number     04-m-1720 to 1730
                                              R 20/R 40 from District of

**Defendant Information:**

Defendant Name   JUAN MARTINEZ                      Juvenile    ☐ Yes    ☒ No

Alias Name   Juan Eustate

Address   _____

Birth date (Year only): ____  SSN (last 4 #): ____  Sex  M  Race:  Hispanic    Nationality:  Mexican

Defense Counsel if known: _____                   Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA   Neil Gallagher                                Bar Number if applicable  _____

Interpreter:    ☒ Yes   ☐ No         List language and/or dialect:    Spanish

Matter to be SEALED:   ☐ Yes   ☒ No

☐ Warrant Requested           ☐ Regular Process         ☐ In Custody

**Location Status:**

Arrest Date:   FUGITIVE

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

Charging Document:    ☐ Complaint      ☐ Information      ☒ Indictment

Total # of Counts:    ☐ Petty ____    ☐ Misdemeanor ____    ☒ Felony  1 count

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  3/23/05            Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number  (To be filled in by deputy clerk): _____

Name of Defendant     JUAN MARTINEZ

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

**Place of Offense:** MA  **Category No.** _____  **Investigating Agency** DEA/MSP

**City** Lynn/Peabody  **Related Case Information:**

**County** Essex
Superseding Ind./ Inf.  X   Case No.  04-10299-PBS
Same Defendant   x     New Defendant _____
Magistrate Judge Case Number   04-m-1685-CBS
Search Warrant Case Number   04-m-1720 to 1730
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  GERARDO VASSUER ORTIZ     Juvenile  ☐ Yes  ☒ No

Alias Name  Scarface

Address _____

Birth date (Year only): ____  SSN (last 4 #): ____  Sex M  Race: Hispanic  Nationality: Mexican

**Defense Counsel if known:**  Richard Welsh   **Address:** 80 Worchester St., Ste 5
                                                           North Grafton MA, 01536
**Bar Number:** _____

**U.S. Attorney Information:**

AUSA  Neil Gallagher        Bar Number if applicable _____

Interpreter:  ☒ Yes  ☐ No     List language and/or dialect:  Spanish

Matter to be SEALED:  ☐ Yes  ☒ No

☐ Warrant Requested     ☐ Regular Process     ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☒ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

**Charging Document:**  ☐ Complaint  ☐ Information  ☒ Indictment

**Total # of Counts:**  ☐ Petty ____  ☐ Misdemeanor ____  ☒ Felony  1 count

Continue on Page 2 for Entry of U.S.C. Citations

☒  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 3/23/05     Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**  GERARDO VASSUER ORTIZ

**U.S.C. Citations**

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

Place of Offense: MA            Category No. _____    Investigating Agency  DEA/MSP

City  Lynn/Peabody            Related Case Information:

County  Essex            Superseding Ind./ Inf.  X        Case No.  04-10299-PBS
                        Same Defendant    x            New Defendant _____
                        Magistrate Judge Case Number    04-m-1685-CBS
                        Search Warrant Case Number    04-m-1720 to 1730
                        R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  PHIL ASARO                    Juvenile  ☐ Yes  ☒ No

Alias Name  _____

Address  _____

Birth date (Year only): ____   SSN (last 4 #): ____   Sex  M   Race:  Caucasian   Nationality: ____

Defense Counsel if known:  Kirk Griffin        Address:  50 Standford Street
                                                       Boston, MA 02114
Bar Number: _____

**U.S. Attorney Information:**

AUSA  Neil Gallagher                Bar Number if applicable  _____

Interpreter:  ☐ Yes  ☒ No        List language and/or dialect: _____

Matter to be SEALED:  ☐ Yes  ☒ No

☐ Warrant Requested        ☐ Regular Process        ☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____    ☐ Serving Sentence    ☐ Awaiting Trial
☒ On Pretrial Release:  Ordered by  MJ Swartwood   on   May 2004

Charging Document:    ☐ Complaint    ☐ Information    ☒ Indictment

Total # of Counts:    ☐ Petty ____    ☐ Misdemeanor ____    ☒ Felony  1 count

Continue on Page 2 for Entry of U.S.C. Citations

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  3/23/05            Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant    PHIL ASARO

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:** MA    **Category No.** _____    **Investigating Agency** DEA/MSP

**City** Lynn/Peabody    **Related Case Information:**

**County** Essex

Superseding Ind./ Inf.  X    **Case No.** 04-10299-PBS
Same Defendant  x    New Defendant _____
Magistrate Judge Case Number   04-m-1685-CBS
Search Warrant Case Number   04-m-1720 to 1730
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  SILVESTRE LIZARDI    Juvenile  ☐ Yes  ☒ No

Alias Name _____

Address _____

Birth date (Year only): _____   SSN (last 4 #): _____   Sex  M   Race: Hispanic   Nationality: _____

**Defense Counsel if known:**  Michael Sneider    **Address:** 95 Commercial Wharf
Boston, MA 2110

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA**  Neil Gallagher    **Bar Number if applicable** _____

**Interpreter:**  ☒ Yes  ☐ No    List language and/or dialect:  Spanish

**Matter to be SEALED:**  ☐ Yes  ☒ No

☐ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☒ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by  MJ Swartwood   on  May 2004

**Charging Document:**   ☐ Complaint   ☐ Information   ☒ Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony  1 count

Continue on Page 2 for Entry of U.S.C. Citations

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 3/23/05    **Signature of AUSA:** _____


JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   SILVESTRE LIZARDI

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

**Place of Offense:**  Category No. __II__   Investigating Agency __DEA__

City __Lynn__   **Related Case Information:**

County __Essex__
Superseding Ind./ Inf. __X__   Case No. __04-10299 PBS__
Same Defendant __x__   New Defendant _____
Magistrate Judge Case Number __04-M-1685 CBS__
Search Warrant Case Number __04-M-1720 to 1730__
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __ROBERT V. RUSCIO__   Juvenile: ☐ Yes   X No

Alias Name _____

Address __286 NEWBURY ST., PEABODY, MA__

Birthdate: __7/15/51__   SS # __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__   Sex: __MALE__   Race: __White__   Nationalit __USA__

Defense Counsel if known: __Edward L. Hayden, Esq.__   Address __7 Franklin St., Lynn, MA__

Bar Number _____

**U.S. Attorney Information:**

AUSA __Neil Gallagher__   Bar Number if applicable _____

Interpreter:   ☐ Yes   X No   List language and/or dialect: _____

Matter to be SEALED:   Yes   X   No

\ Warrant Requested   X☐ Regular Process   In Custody

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
X On Pretrial Release:   Ordered by: __Mag. Judge Swartwood__ on _____

**Charging Document:**   Complaint   ☐ Information   X Indictment

**Total # of Counts:**   ☐ Petty   ☐ Misdemeanor   X☐ Felony __2__

Continue on Page 2 for Entry of U.S.C. Citations

I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __3/23/05__   Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    ROBERT V. RUSCIO

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | 21 USC 856 | MAINT. PLACE FOR DRUG PURPOSES | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

JS 45 (5/97) - (Revised USAO MA 6/29/04)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

Place of Offense: MA            Category No. _____        Investigating Agency  DEA/MSP

City  Lynn/Peabody              Related Case Information:

County  Essex                   Superseding Ind./ Inf.   X            Case No.   04-10299-PBS
                                Same Defendant    x         New Defendant _____
                                Magistrate Judge Case Number    04-m-1685-CBS
                                Search Warrant Case Number      04-m-1720 to 1730
                                R 20/R 40 from District of

**Defendant Information:**

Defendant Name   GIOVANI AVILA                              Juvenile   [ ] Yes   [X] No

Alias Name  _____

Address  _____

Birth date (Year only): ____   SSN (last 4 #): ____   Sex  M   Race:  Hispanic   Nationality: ____

Defense Counsel if known:    Michael Natola          Address:  240 Commerical Street, Ste 2B
                                                              Boston, MA 02109
Bar Number:

**U.S. Attorney Information:**

AUSA   Neil Gallagher                          Bar Number if applicable  _____

Interpreter:   [ ] Yes  [x] No           List language and/or dialect: _____

Matter to be SEALED:    [ ] Yes   [x] No

[ ] Warrant Requested        [ ] Regular Process        [ ] In Custody

**Location Status:**

Arrest Date: _____

[ ] Already in Federal Custody as _____ in _____
[ ] Already in State Custody _____    [ ] Serving Sentence   [ ] Awaiting Trial
[x] On Pretrial Release:   Ordered by  MJ Swartwood    on   May 2004

Charging Document:   [ ] Complaint   [ ] Information   [x] Indictment

Total # of Counts:   [ ] Petty ____   [ ] Misdemeanor ____   [x] Felony   1 count

Continue on Page 2 for Entry of U.S.C. Citations

[x]   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 3/23/05               Signature of AUSA:  _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant    GIOVANI AVILA

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

ADDITIONAL INFORMATION:

JS 45 (5/97) - (Revised USAO MA 6/29/04)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

Place of Offense: __MA__    Category No. _____    Investigating Agency __DEA/MSP__

City __Lynn/Peabody__    Related Case Information:

County __Essex__    Superseding Ind./ Inf. __X__    Case No. __04-10299-PBS__
Same Defendant __x__    New Defendant _____
Magistrate Judge Case Number    __04-m-1685-CBS__
Search Warrant Case Number    __04-m-1720 to 1730__
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __GILBERTO ZAYAS__    Juvenile ☐ Yes ☒ No

Alias Name __Cumbia King, Tony__

Address _____

Birth date (Year only): ____    SSN (last 4 #): ____    Sex __M__    Race: __Hispanic__    Nationality: ____

Defense Counsel if known: __Raymond E. Gillespie__    Address: __875 Massachusetts Ave, Ste 32__
                                                                    __Cambridge, MA 02139__
Bar Number: _____

**U.S. Attorney Information:**

AUSA __Neil Gallagher__    Bar Number if applicable _____

Interpreter: ☒ Yes ☐ No    List language and/or dialect: __Spanish__

Matter to be SEALED: ☐ Yes ☒ No

☐ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____    ☐ Serving Sentence    ☐ Awaiting Trial
☒ On Pretrial Release:    Ordered by __MJ Swartwood__    on __May 2004__

Charging Document:    ☐ Complaint    ☐ Information    ☒ Indictment

Total # of Counts:    ☐ Petty ____    ☐ Misdemeanor ____    ☒ Felony __1 count__

Continue on Page 2 for Entry of U.S.C. Citations

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __3/23/05__    Signature of AUSA: _____