UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 04-10299-PBS

UNITED STATES OF AMERICA

VS.

BENITO GRULLON

## MOTION FOR CONTINUANCE OF TRIAL DATE

NOW comes the defendant in the above-entitled matter, by and through undersigned counsel, and respectfully moves this Honorable Court to allow a continuance of the Trial date which is presently scheduled for Monday, April 25, 2005

In support hereof, undersigned counsel says as follows:

It is the situation with the change of counsel to take place on behalf of co-defendant Kelvin Madera and this counsel's disability to speak with either Mr. Martinez or Mr. Grullon as to the circumstances underlying conflicts of interest of counsel.

Respectfully submitted,
BENITO GRULLON
By his attorney,

RONALD IAN SEGAL
23 Central Avenue
Suite 605
Lynn, MA. 01901
(781)599-2800

## CERTIFICATE OF SERVICE

I, Ronald Ian Segal, Esquire, hereby certify that I have delivered copies of the within Motion For Continuance Of Trial Date, by mailing same, postage prepaid, to Assistant United States Attorney Neil Gallagher, Esquire, One Courthouse Way, Suite 9200, Boston, Massachusetts 02210, this 13th day of April, 2005.

_____
RONALD IAN SEGAL