UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 04-10299-PBS

UNITED STATES OF AMERICA

VS.

BENITO GRULLON

### ASSENTED TO MOTION TO ALLOW DEFENDANT TO TRAVEL OUT OF MASSACHUSETTS

NOW comes the defendant in the above-entitled matter, by and through undersigned counsel, and respectfully moves this Honorable Court to allow the defendant to travel out of Massachusetts

In support hereof, undersigned counsel says as follows:

1. The defendant is hereby requesting to leave Massachusetts on Saturday morning, September 24, 2005 and return home on Sunday evening, September 25, 2005.

2. The defendant will be going to visit his wife's sister, Maritza Valentine, who resides at 98 West 183 University, Bronx, New York, her home telephone number is (718)364-7015 and her cell number is (646)314-1255.

*9-23-05*
*Allowed*
*[signature]*

3. Undersigned counsel's secretary has spoken with Assistant United States Attorney Neil Gallagher and September Brown, United States Pretrial Services Officer and both have stated that they assent to the within motion.

WHEREFORE, undersigned counsel prays this Honorable Court allow the defendant to travel for the length of time stated above.

Respectfully submitted,
BENITO GRULLON
By his attorney,

RONALD IAN SEGAL
23 Central Avenue
Suite 605
Lynn, MA. 01901
(781)599-2800

## CERTIFICATE OF SERVICE

I, Ronald Ian Segal, Esquire, hereby certify that I have delivered copies of the within Assented To Motion To Allow Defendant To Travel Out Of Massachusetts, by FAXING and mailing same, postage prepaid, to Assistant United States Attorney Neil Gallagher, Esquire, One Courthouse Way, Suite 9200, Boston, Massachusetts 02210, and to September Brown, United States Pretrial Services Officer, United States Courthouse, Suite 1-300, One Courthouse Way, Boston, Massachusetts 02210, this 22nd day of September, 2005.

_____
RONALD IAN SEGAL