UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF
MASSACHUSETTS

CRIMINAL NO. 04-10299-PBS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*
UNITED STATES OF AMERICA          \*
\*
vs.                               \*
\*
BENITO GRULLON                    \*
\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ASSENTED TO MOTION FOR CONTINUANCE
## OF MOTION HEARING, FINAL PRE-TRIAL AND TRIAL

NOW comes the defendant in the above-entitled matter, by and through undersigned counsel, and respectfully moves this Honorable Court to continue the Motion Hearing, Pretrial and Trial dates for reasons as follows:

1. The above-entitled matter is scheduled for Motion Hearing on January 23, 2006, Final Pretrial Conference on February 16, 2006 and Trial on February 27, 2006.

2. In December of 2005, undersigned counsel was diagnosed with acute toxic hepatitis which was nearly fatal and has left this counsel in a very weakened state. (See attached letter of Dr. Ralph B. Freidin).

3. In addition, this counsel presently suffers from renewed severe lumbar disease and is presently afflicted with a herniated disc just above a spinal fusion which was previously operated upon and it appears further surgery is necessitated. Undersigned counsel's physician is waiting for his strength to

return and has not yet scheduled surgery and has advised this counsel that surgery should perhaps be scheduled for late February, once his physical strength has returned.

4. Undersigned counsel's secretary has spoken with Assistant United States Attorney Neil Gallagher, who has stated that the Government assents to the within motion, and further represented to this counsel's office that all other parties (co-defendants) in this matter would also assent to the instant motion, as they have filed motions to continue the February Trial date.

5. The instant request for a continuance is based upon good cause, is without any fault on the part of the defendant, and is not for the purpose of delay. WHEREFORE, undersigned counsel respectfully requests this Honorable Court continue this matter for a Motion Hearing date sometime in late March of 2006, a Final Pretrial date sometime in late March of 2006 and a Trial date sometime in April of 2006.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY.

Respectfully submitted,
BENITO GRULLON
By his attorney,

RONALD IAN SEGAL
23 Central Avenue
Suite 605
Lynn, MA 01901
(781) 599-2800

Morris Drarch, M.D.
Monica Dube, F.N.P.C.
Ralph Freidin, M.D.
Thaddeus J. Nigborowicz, M.D.
Christine Winger, M.D.
Richard Zangara, M.D.
Abigail Zavod, M.D., M.P.H.

December 21, 2005

To whom it may concern,

My patient, Ronald Segal has recently been diagnosed with acute toxic hepatitis. He is presently recovering and in a very weakened state. Kindly excuse him from all court related appearances till at least 1/23/06.

Sincerely,

Ralph B. Freidin, M.D.

## CERTIFICATE OF SERVICE

I, Ronald Ian Segal, Esquire, hereby certify that I have delivered copies of the within Assented To Motion For Continuance Of Motion Hearing, Final Pre-Trial and Trial, by mailing same, postage prepaid, to Assistant United States Attorney Neil Gallagher, Esquire, One Courthouse Way, Suite 9200, Boston, Massachusetts 02210, this 17th day of January, 2006

RONALD IAN SEGAL