UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

                                             CRIMINAL ACTION
                                             NO.   04-10299-PBS

       v.

BENITO GRULLON

## NOTICE OF RESCHEDULED MOTION HEARING

SARIS, U.S.D.J.                                                  February 3, 2006

       The Motion Hearing re: Motion to Dismiss previously scheduled for February 6, 2006, has been **rescheduled** to **February 14, 2006, at 3:00 p.m.**

                                        By the Court,

                                        _/s/ Robert C. Alba_
                                        Deputy Clerk

Copies to:  All Counsel

resched.ntc