# UNITED STATES DISTRICT COURT

_____ DISTRICT OF MASSACHUSETTS _____

UNITED STATES OF AMERICA

V.

**CRIMINAL COMPLAINT**

BENITO GRULLON, a/k/a "Benny"

CASE NUMBER:

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about <u>July 30, 2003</u> in <u>Essex</u> county, in the District of <u>Massachusetts</u>, defendants did, (Track Statutory Language of Offense)

knowingly and intentionally possess with intent to distribute and distribute a quantity of cocaine, a Schedule II controlled substance,

in violation of Title <u>21</u> United States Code, Section(s) <u>841(a)(1)</u>.

I further state that I am a(n) <u>Drug Enforcement Administration</u> and that this complaint is based on the following facts:
                        Official Title

**See Attached Affidavit of SA JEAN DROUIN**

Continued on the attached sheet and made a part hereof:   X Yes   ☐ No

Signature of Complainant
**JEAN DROUIN**
Special Agent
Drug Enforcement Administration

Sworn to before me and subscribed in my presence,

<u>May   , 2004</u> at   _____,<u>Massachusetts</u>
Date                                    City and State

CHARLES B. SWARTWOOD, III
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer                Signature of Judicial Officer

*First Superseding Indictment*

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Criminal No. 04-10299-PBS |
| v. | ) |
| | ) VIOLATIONS: |
| 1. Luz LUCIANO, | ) |
|     a/k/a Chila, | ) 21 U.S.C. §846 - Conspiracy to |
| 2. Daniel AGUILAR, | ) Possess with Intent to |
|     a/k/a "Lik" | ) Distribute Cocaine |
| 3. Roberto SOLORIO, | ) |
| 4. Ricardo ESTRADA, | ) 21 U.S.C. § 853 - Criminal |
| 5. Andres MARTINEZ, | ) Forfeiture |
|     a/k/a Castro Casimiro, | ) |
|     a/k/a Joel Zequeira, | ) |
| 6. Jose ROSALES, | ) |
|     a/k/a Tony, | ) |
|     a/k/a Tono, | ) |
|     a/k/a Joel Agostini, | ) |
| 7. Valentin MARTINEZ, | ) |
|     a/k/a Valentin RIVERA, | ) |
|     a/k/a "V", | ) |
|     a/k/a Vale, | ) |
| 8. Kelvin MADERA, | ) |
|     a/k/a Manolo LNU, | ) |
|     a/k/a Manuel GERMOSEN, | ) |
| 9. Abdallah HAMDAN, | ) |
| 10. Ricardo MARTINEZ, | ) |
|     a/k/a Chorizo, | ) |
|     a/k/a Chori, | ) |
| 11. Howard GREENBERG, | ) |
| 12. EDGAR HOFFENS, | ) |
|     a/k/a Carlos Colon Rivera, | ) |
|     a/k/a Tigueron, | ) |
| 13. Rogelio GARCIA, | ) |
|     a/k/a Lacuilla, | ) |
| 14. Javier Angel Romero, | ) |
|     a/k/a Ramon ACOSTA, | ) |
| 15. Cristian GERMOSEN, | ) |
| 16. Juan MARTINEZ, | ) |
|     a/k/a Marcelino Cuevas, | ) |
|     a/k/a Chon, | ) |
| 17. Gerardo Vasseur ORTIZ, | ) |
|     a/k/a Scarface, | ) |
| 18. Phillip ASARO, | ) |
| 19. Silvestre LIZARDI, | ) |

                                    2

    20. Robert RUSCIO,                )
    21. Giovanni AVILA,               )
        a/k/a Gio,                    )
        a/k/a the Painter,            )
    22. Gilberto ZAYAS,               )
        a/k/a Tony,                   )
    23. Luis DEJESUS,                 )
        a/k/a Edgardo,                )
    24. Benito GRULLON,               )
        a/k/a "Quico"                 )

              Defendants.

                    FIRST SUPERSEDING INDICTMENT

    COUNT ONE:    (21 United States Code Section 846 - Conspiracy
                   to Possess with Intent to Distribute Cocaine)

    The Grand Jury charges that:

        From an unknown date but at least by in or about January 2001 and continuing until on or about May 1, 2004 at Lynn, Danvers, Peabody, Salem, and elsewhere in the District of Massachusetts, at the Bronx and Manhattan in the Southern District of New York, at Mexico, and elsewhere,

                        1. Luz LUCIANO,
                           a/k/a Chila,
                        2. Daniel AGUILAR,
                           a/k/a "Lik"
                        3. Roberto SOLORIO,
                        4. Ricardo ESTRADA,
                        5. Andres MARTINEZ,
                        a/k/a Castro Casimiro,
                        a/k/a Joel Zequeira,
                        6. Jose ROSALES,
                           a/k/a Tony,
                           a/k/a Tono,
                        a/k/a Joel Agostini,
                        7. Valentin MARTINEZ,
                        a/k/a Valentin RIVERA,
                           a/k/a "V",

3

    a/k/a Vale,
   8. Kelvin MADERA,
   a/k/a Manolo LNU,
   a/k/a Manuel GERMOSEN,
   9. Abdallah HAMDAN,
   10. Ricardo MARTINEZ,
   a/k/a Chorizo,
   a/k/a Chori,
   11. Howard GREENBERG,
   12. EDGAR HOFFENS,
   a/k/a Carlos Colon Rivera,
   a/k/a Tigueron,
   13. Rogelio GARCIA,
   a/k/a Lacuilla,
   14. Javier Angel Romero,
   a/k/a Ramon ACOSTA,
   15. Cristian GERMOSEN,
   16. Juan MARTINEZ,
   a/k/a Marcelino Cuevas,
   a/k/a Chon,
   17. Gerardo Vasseur ORTIZ,
   a/k/a Scarface,
   18. Phillip ASARO,
   19. Silvestre LIZARDI,
   20. Robert RUSCIO,
   21. Giovanni AVILA,
   a/k/a Gio,
   a/k/a the Painter,
   22. Gilberto ZAYAS,
   a/k/a Tony,
   23. Luis DEJESUS,
   a/k/a Edgardo,
   24. Benito GRULLON,
   a/k/a "Quico"

defendants herein, knowingly and intentionally combined, conspired, and agreed with each other and with other persons known and unknown to the Grand Jury, to possess with intent to distribute and distribute cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

4

It is further alleged that the conspiracy involved five kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 846 and 841(b)(1)(A)(ii).

5

<u>DRUG FORFEITURE ALLEGATION</u>

(21 U.S.C. §853 -- Criminal Forfeiture)

The Grand Jury further charges that:

1. As a result of committing one or more of the offenses alleged in Count One of this indictment,

  1. Luz LUCIANO,
   a/k/a Chila,
  2. Daniel AGUILAR,
   a/k/a "Lik"
  3. Roberto SOLORIO,
  4. Ricardo ESTRADA,
  5. Andres MARTINEZ,
   a/k/a Castro Casimiro,
   a/k/a Joel Zequeira,
  6. Jose ROSALES,
   a/k/a Tony,
   a/k/a Tono,
   a/k/a Joel Agostini,
  7. Valentin MARTINEZ,
   a/k/a Valentin RIVERA,
   a/k/a "V",
   a/k/a Vale,
  8. Kelvin MADERA,
   a/k/a Manolo LNU,
   a/k/a Manuel GERMOSEN,
  9. Abdallah HAMDAN,
  10. Ricardo MARTINEZ,
   a/k/a Chorizo,
   a/k/a Chori,
  11. Howard GREENBERG,
  12. EDGAR HOFFENS,
   a/k/a Carlos Colon Rivera,
   a/k/a Tiguaron,
  13. Rogelio GARCIA,
   a/k/a Lacuilla,
  14. Javier Angel Romero,
   a/k/a Ramon ACOSTA,
  15. Cristian GERMOSEN,
  16. Juan MARTINEZ,
   a/k/a Marcelino Cuevas,

6

    a/k/a Chon,
17. Gerardo Vasseur ORTIZ,
    a/k/a Scarface,
18. Phillip ASARO,
19. Silvestre LIZARDI,
20. Robert RUSCIO,
21. Giovanni AVILA,
    a/k/a Gio,
    a/k/a the Painter,
22. Gilberto ZAYAS,
    a/k/a Tony,
23. Luis DEJESUS,
    a/k/a Edgardo,
24. Benito GRULLON,
    a/k/a "Quico"

defendants herein, shall forfeit to the United States, pursuant to 21 U.S.C. §853: (1) any and all property constituting or derived from any proceeds the said defendant obtained directly or indirectly as a result of the charged offense; and (2) any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the offense, including, but not limited to, the following:

 (a) $1,150.00 in United States currency, seized from Giovanni Enrique Avila on or about May 1, 2004;

 (b) $19,000.00 in United States currency, seized from Giovanni's Auto Body, 892 Washington Street, Lynn, Massachusetts, on or about May 1, 2004;

 (c) a 2000 Freightliner Tractor Classic XL, Vehicle Identification No. 1FUPCSEB9YDB42682, and California License No. UP20575, registered in the name of Ricardo Estrada;

 (d) $21,042.00 in U.S. Currency, seized from 29 Hardy Avenue, Newburyport, Massachusetts, on or about May 1, 2004;

7

    (e)   $1,213.00 in U.S. Currency, seized from Silvester Lizardi, on or about May 1, 2004;

    (f)   the real property and buildings located at 892-898 Washington Street, Lynn, Massachusetts, which contains a auto body shop commonly known as "Giovanni's European Auto Body," a/k/a "Giovanni's BMW Auto Body", with a Deed recorded at Book 12349, Page 135, of the Southern Essex County Registry of Deeds;

    (g)   $6,000 in U.S. Currency, seized from Judith Collado and Ruth Saldivar on or about May 5, 2004;

    (h)   $4,360 in U.S. Currency, seized from Valentin Martinez on or about May 1, 2004; and

    (i)   $25,300 in U.S. Currency, seized from Phillip Asaro on or about May 1, 2004.

2.   If any of the above-described forfeitable properties, as a result of any act or omission of the defendants:

    (a)   cannot be located upon the exercise of due diligence;

    (b)   have been transferred or sold to, or deposited with, a third party;

    (c)   have been placed beyond the jurisdiction of the Court;

    (d)   have been substantially diminished in value; or

    (e)   have been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. §853(p), to seek forfeiture of any other property of said defendants up to the value of the above forfeitable properties, including, but not limited to, the following:

8

(1) the real property located at 88 Windsor Avenue, Swampscott, Massachusetts, including all buildings, appurtenances, and improvements thereon, with a Deed recorded at Book 23089, Page 204, of the Southern Essex County Registry of Deeds and Land Court Certificate No. 77407; and

(2) the real property located at 7A Buffum Street, Salem, Massachusetts, including all buildings, appurtenances, and improvements thereon, with a Deed recorded at Book 23089, Page 215, of the Southern Essex County Registry of Deeds.

All in violation of Title 21, United States Code, Section 853.

9

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY

_____
ASSISTANT U.S. ATTORNEY

DISTRICT OF MASSACHUSETTS; October 6, 2004

Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK         2:07