Second Superseding Indictment

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 04-10299-PBS |
| v. | VIOLATIONS: |
| 1. MARIA ESCOBAR,<br>a/k/a Luz Luciano,<br>a/k/a "Chila,"<br>a/k/a "China,"<br>a/k/a "Chinita," | 21 U.S.C. §§ 846, 841(a)(1), and 841(b)(1)(A)(ii) – Conspiracy to Distribute Five Kilograms or More of Cocaine |
| 2. DANIEL AGUILAR-PASOLES,<br>a.k.a "Lik," | |
| 3. ROBERTO SOLORIO,<br>a/k/a "Primo," | 21 U.S.C. § 856 – Maintaining a Place for the Purpose of Drug Distribution |
| 4. RICARDO MANUEL ESTRADA, | |
| 5. ANDRES MARTINEZ-ACEVEZ,<br>a/k/a Samuel Linares,<br>a/k/a Castro Casimiro,<br>a/k/a Joel Zequeira,<br>a/k/a "Zequeira,"<br>a/k/a "El Viejo," | 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C) – Distribution of Cocaine<br><br>21 U.S.C. §§ 846, 841(a)(1) and 841(b)(1)(A)(ii) – Distribution of Five Kilograms or More of Cocaine |
| 6. JOSE ROSALES,<br>a/k/a Tony,<br>a/k/a Toño,<br>a/k/a Joel Agostini, | |
| 7. VALENTIN MARTINEZ,<br>a/k/a Valentin RIVERA,<br>a/k/a "V,"<br>a/k/a "Vale," | 18 U.S.C. § 924(c)(1)(A) – Possession of a Firearm in Furtherance of a Drug Trafficking Crime |
| 8. MANUEL GERMOSEN,<br>a/k/a Kelvin Madera,<br>a/k/a "Manolo," | 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(ii) – Possession With The Intent to Distribute Five Kilograms or More of Cocaine |
| 9. ABDALLAH HAMDAN, | |
| 10. RICARDO MARTINEZ,<br>a/k/a "Chorizo,"<br>a/k/a "Chori," | |
| 11. HOWARD GREENBERG, | 18 U.S.C. § 2 – Aiding and Abetting |
| 12. EDGAR HOFFENS,<br>a/k/a Carlos Colon Rivera,<br>a/k/a "Tigueron," | 21 U.S.C. § 853 – Criminal Forfeiture Allegation |
| 13. ROGELIO GARCIA,<br>a/k/a "Lacuilla,"<br>a/k/a "Lacuiji,"<br>a/k/a "el Jarocho,"<br>a/k/a "la Coladera, | |

2

```
        a/k/a "la Lagartija,"      )
14.  JAVIER ANGEL ROMERO,          )
        a/k/a Ramon Acosta,        )
        a/k/a "the Singer"         )
15.  CHRISTIAN GERMOSEN,           )
16.  JUAN MARTINEZ,                )
        a/k/a Juan Eustate,        )
        a/k/a "Chon,"              )
17.  GERARDO VASSEUR ORTIZ,        )
        a/k/a "Scarface,"          )
18.  PHILLIP ASARO,                )
19.  SILVESTRE LIZARDI,            )
20.  ROBERT V. RUSCIO,             )
21.  GIOVANNI AVILA,               )
        a/k/a "Gio,"               )
        a/k/a "the Painter,"       )
22.  GILBERTO ZAYAS,               )
        a/k/a "Cumbia King"        )
        a/k/a "Tony,"              )
23.  LUIS E. DEJESUS,              )
        a/k/a "Edgardo,"           )
24.  BENITO GRULLON,               )
        a/k/a "Quico,"             )
25.  ███████████████               )
                                   )
                                   )
26.  ███████████████               )
                                   )
27.  ███████████████               )
                                   )
                                   )
28.  ███████████████               )
                                   )
                                   )
29.  ███████████████               )
                                   )
30.  ███████████████               )

        Defendants.
```



SECOND SUPERSEDING INDICTMENT

3

COUNT ONE: (21 United States Code Section 846 - Conspiracy to Distribute Five Kilograms or More of Cocaine)

The Grand Jury charges that:

From an unknown date but at least by in or about January 2001 and continuing until on or about May 1, 2004 at Lynn, Danvers, Peabody, Salem, and elsewhere in the District of Massachusetts, at the Bronx and Manhattan in the Southern District of New York, at Mexico, and elsewhere,

1. MARIA ESCOBAR,
a/k/a Luz Luciano,
a/k/a "Chila,"
a/k/a "China,"
a/k/a "Chinita,"
2. DANIEL AGUILAR-FASOLES,
a.k.a "Lik,"
3. ROBERTO SOLORIO,
a/k/a "Primo,"
4. RICARDO MANUEL ESTRADA,
5. ANDRES MARTINEZ-ACEVEZ,
a/k/a Samuel Linares,
a/k/a Castro Casimiro,
a/k/a Joel Zequeira,
a/k/a "Zequeira,"
a/k/a "El Viejo,"
6. JOSE ROSALES,
a/k/a Tony,
a/k/a Toño,
a/k/a Joel Agostini,
7. VALENTIN MARTINEZ,
a/k/a Valentin RIVERA,
a/k/a "V,"
a/k/a "Vale,"
8. MANUEL GERMOSEN,
a/k/a Kelvin Madera,
a/k/a "Manolo,"
9. ABDALLAH HAMDAN,
10. RICARDO MARTINEZ,

4

  a/k/a "Chorizo,"
  a/k/a "Chori,"
11. HOWARD GREENBERG,
12. EDGAR HOFFENS,
  a/k/a Carlos Colon Rivera,
  a/k/a "Tigueron,"
13. ROGELIO GARCIA,
  a/k/a "Lacuilla,"
  a/k/a "Lacuiji,"
  a/k/a "el Jarocho"
  a/k/a "la Coladera"
  a/k/a "la Lagartija"
14. JAVIER ANGEL ROMERO,
  a/k/a Ramon Acosta,
  a/k/a "the Singer"
15. CHRISTIAN GERMOSEN,
16. JUAN MARTINEZ,
  a/k/a Juan Eustate,
  a/k/a "Chon,"
17. GERARDO VASSEUR ORTIZ,
  a/k/a "Scarface,"
18. PHILLIP ASARO,
19. SILVESTRE LIZARDI,
20. ROBERT V. RUSCIO,
21. GIOVANNI AVILA,
  a/k/a "Gio,"
  a/k/a "the Painter,"
22. GILBERTO ZAYAS,
  a/k/a "Cumbia King"
  a/k/a "Tony,"
23. LUIS E. DEJESUS,
  a/k/a "Edgardo,"
24. BENITO GRULLON,
  a/k/a "Quico,"
25. [redacted]
26. [redacted]
27. [redacted]
28. [redacted]

5

29. ████████████
30. ████████████

defendants herein, did knowingly and intentionally combine, conspire, confederate, and agree with each other and with other persons, known and unknown to the Grand Jury, to distribute cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

It is further alleged that the conspiracy involved at least five kilograms of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance. Accordingly, Title 21, United States Code, Section 841(b)(1)(A)(ii) is applicable to this count.

All in violation of Title 21, United States Code, Sections 846.

6

COUNT TWO:	(Title 21, United States Code, Section 856(a)(1) - Maintaining a Place for Drug Purposes; Title 18, United States Code, Section 2 - Aiding and Abetting)

From in or about December 2001 continuing until on or about May 1, 2004, at Salem, and elsewhere in the District of Massachusetts,

**20. ROBERT V. RUSCIO,**

defendant herein, did knowingly and intentionally open, lease, rent, use, and maintain a place, to wit; 62 Rear Jefferson Avenue, Salem, MA, for the purpose of manufacturing, distributing, and using a controlled substance.

All in violation of Title 21, United States Code, Section 856(a)(1) and Title 18, United States Code, Section 2.

7

COUNT THREE: (Title 21, United States Code, Section 841(a)(1) - Distribution of Cocaine; Title 18, United States Code, Section 2 - Aiding and Abetting)

On or about April 30, 2003, at Saugus, and elsewhere in the District of Massachusetts,

>   6. JOSE ROSALES,
>        a/k/a Tony,
>        a/k/a Toño,
>     a/k/a Joel Agostini,
>     a/k/a Jose Abreu, and
>   9. ABDALLAH HAMDAN,

defendants herein, did knowingly and intentionally distribute and cause the distribution of cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

8

COUNT FOUR:    (Title 21, United States Code, Section 841(a)(1) -
               Distribution of Cocaine; Title 18, United States
               Code, Section 2 - Aiding and Abetting)

On or about May 6, 2003, at Saugus, and elsewhere in the District of Massachusetts,

        6. JOSE ROSALES,
          a/k/a Tony,
          a/k/a Toño,
        a/k/a Joel Agostini,
       a/k/a Jose Abreu, and
       9. ABDALLAH HAMDAN,

defendants herein, did knowingly and intentionally distribute and cause the distribution of cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

COUNT FIVE: (Title 21, United States Code, Section 841(a)(1) - Distribution of Cocaine; Title 18, United States Code, Section 2 - Aiding and Abetting)

On or about July 23, 2003, at Saugus, and elsewhere in the District of Massachusetts,

> 6. JOSE ROSALES,
>    a/k/a Tony,
>    a/k/a Toño,
>    a/k/a Joel Agostini,
>    a/k/a Jose Abreu, and
> 9. ABDALLAH HAMDAN,

defendants herein, did knowingly and intentionally distribute and cause the distribution of cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

10

COUNT SIX: (Title 21, United States Code, Section 841(a)(1) - Distribution of Five Kilograms or More of Cocaine; Title 18, United States Code, Section 2 - Aiding and Abetting)

On or about July 26, 2003 at Salem, Peabody, Medford, and elsewhere in the District of Massachusetts,

> 7. VALENTIN MARTINEZ,
> a/k/a Valentin RIVERA,
> a/k/a "V,"
> a/k/a "Vale,"
> 13. ROGELIO GARCIA,
> a/k/a "Lacuilla,"
> a/k/a "Lacuiji,"
> a/k/a "el Jarocho,"
> a/k/a "la Coladera,"
> a/k/a "la Lagartija," and
> 27. ███████

defendants herein, did knowingly and intentionally distribute and cause the distribution of cocaine, a Schedule II controlled substance.

It is further alleged that this offense involved at least five kilograms of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance. Accordingly, Title 21, United States Code, Section 841(b)(1)(A)(ii) is applicable to this count.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

11

COUNT SEVEN:    (Title 18, United States Code, Section 924(c) -
                Possession of a Firearm in Furtherance of a Drug
                Trafficking Crime; Title 18, United States Code,
                Section 2 - Aiding and Abetting)

On or about July 26, 2003 at Salem, Peabody, Medford, and elsewhere in the District of Massachusetts,

>   7. **VALENTIN MARTINEZ**,
>      a/k/a Valentin RIVERA,
>      a/k/a "V,"
>      a/k/a "Vale," and
>   27. ███████

defendants herein, did knowingly and intentionally possess a firearm, to wit: an Uzi 9mm firearm, bearing serial number SZ28382, in furtherance of a drug trafficking crime, namely, distribution of cocaine, as alleged in Count Six of the Second Superseding Indictment charged herein.

All in violation of Title 18, United States Code, Section 924(c)(1)(A).

12 

COUNT EIGHT:   (Title 21, United States Code, Section 841(a)(1) -
               Distribution of Cocaine; Title 18, United States
               Code, Section 2 - Aiding and Abetting)

On or about July 30, 2003, at Lynn, and elsewhere in the District of Massachusetts,

        24. **BENITO GRULLON**,
           a/k/a "Quico,"

defendant herein, did knowingly and intentionally distribute and cause the distribution of cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

13

**COUNT NINE:** (Title 21, United States Code, Section 841(a)(1) - Possession With the Intent to Distribute Five Kilograms or More of Cocaine; Title 18, United States Code, Section 2 - Aiding and Abetting)

On or about May 1, 2004, at Peabody, Danvers, and elsewhere in the District of Massachusetts, and elsewhere,

    1. MARIA ESCOBAR,
      a/k/a Luz Luciano,
        a/k/a "Chila,"
        a/k/a "China,"
        a/k/a "Chinita,"
    2. DANIEL AGUILAR-PASOLES,
      a.k.a "Lik,"
    3. ROBERTO SOLORIO,
      a/k/a "Primo,"
    4. RICARDO MANUEL ESTRADA,
    5. ANDRES MARTINEZ-ACEVEZ,
      a/k/a Samuel Linares,
      a/k/a Castro Casimiro,
      a/k/a Joel Zequeira,
      a/k/a "Zequeira,"
      a/k/a "El Viejo,"

defendants herein, did knowingly and intentionally possess with the intent to distribute cocaine, a Schedule II controlled substance.

It is further alleged that this offense involved at least five kilograms of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance. Accordingly, Title 21, United States Code, Section 841(b)(1)(A)(ii) is applicable to this count.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

14

## DRUG FORFEITURE ALLEGATION
(21 U.S.C. §853 -- Criminal Forfeiture)

The Grand Jury further charges that:

1. As a result of committing one or more of the offenses alleged in Counts One through Nine of this Second Superseding Indictment,

    1. MARIA ESCOBAR,
      a/k/a Luz Luciano,
      a/k/a "Chila,"
      a/k/a "China,"
      a/k/a "Chinita,"
    2. DANIEL AGUILAR-PASOLES,
      a.k.a "Lik,"
    3. ROBERTO SOLORIO,
      a/k/a "Primo,"
    4. RICARDO MANUEL ESTRADA,
    5. ANDRES MARTINEZ-ACEVEZ,
      a/k/a Samuel Linares,
      a/k/a Castro Casimiro,
      a/k/a Joel Zequeira,
      a/k/a "Zequeira,"
      a/k/a "El Viejo,"
    6. JOSE ROSALES,
      a/k/a Tony,
      a/k/a Toño,
      a/k/a Joel Agostini,
    7. VALENTIN MARTINEZ,
      a/k/a Valentin RIVERA,
      a/k/a "V,"
      a/k/a "Vale,"
    8. MANUEL GERMOSEN,
      a/k/a Kelvin Madera,
      a/k/a "Manolo,"
    9. ABDALLAH HAMDAN,
    10. RICARDO MARTINEZ,
      a/k/a "Chorizo,"
      a/k/a "Chori,"
    11. HOWARD GREENBERG,
    12. EDGAR HOFFENS,
      a/k/a Carlos Colon Rivera,
      a/k/a "Tigueron,"

15

13. ROGELIO GARCIA,
    a/k/a "Lacuilla,"
    a/k/a "Lacuiji,"
    a/k/a "el Jarocho"
    a/k/a "la Coladera"
    a/k/a "la Lagartija"
14. JAVIER ANGEL ROMERO,
    a/k/a Ramon Acosta,
    a/k/a "the Singer"
15. CHRISTIAN GERMOSEN,
16. JUAN MARTINEZ,
    a/k/a Juan Eustate,
    a/k/a "Chon,"
17. GERARDO VASSEUR ORTIZ,
    a/k/a "Scarface,"
18. PHILLIP ASARO,
19. SILVESTRE LIZARDI,
20. ROBERT V. RUSCIO,
21. GIOVANNI AVILA,
    a/k/a "Gio,"
    a/k/a "the Painter,"
22. GILBERTO ZAYAS,
    a/k/a "Cumbia King"
    a/k/a "Tony,"
23. LUIS E. DEJESUS,
    a/k/a "Edgardo,"
24. BENITO GRULLON,
    a/k/a "Quico,"
25. ████████
26. ████████
27. ████████
28. ████████
29. ████████
30. ████████



defendants herein, shall forfeit to the United States, pursuant

16

to 21 U.S.C. §853: (1) any and all property constituting or derived from any proceeds the said defendant obtained directly or indirectly as a result of the charged offense; and (2) any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the offense, including, but not limited to, the following:

(a) $1,150.00 in United States currency, seized from Giovanni Enrique Avila on or about May 1, 2004;

(b) $19,000.00 in United States currency, seized from Giovanni's Auto Body, 892 Washington Street, Lynn, Massachusetts, on or about May 1, 2004;

(c) a 2000 Freightliner Tractor Classic XL, Vehicle Identification No. 1FUPCSEB9YDB42682, and California License No. UP20575, registered in the name of Ricardo Estrada;

(d) $21,042.00 in U.S. Currency, seized from 29 Hardy Avenue, Newburyport, Massachusetts, on or about May 1, 2004;

(e) $1,213.00 in U.S. Currency, seized from Silvester Lizardi, on or about May 1, 2004;

(f) the real property and buildings located at 892-898 Washington Street, Lynn, Massachusetts, which contains a auto body shop commonly known as "Giovanni's European Auto Body," a/k/a "Giovanni's BMW Auto Body", with a Deed recorded at Book 12349, Page 135, of the Southern Essex County Registry of Deeds;

(g) $6,000 in U.S. Currency, seized from Judith Collado and Ruth Saldivar on or about May 5, 2004;

(h) $4,360 in U.S. Currency, seized from Valentin Martinez on or about May 1, 2004;

(i) $25,300 in U.S. Currency, seized from Phillip Asaro on or about May 1, 2004;

17

2. If any of the above-described forfeitable properties, as a result of any act or omission of the defendants:

(a) cannot be located upon the exercise of due diligence;

(b) have been transferred or sold to, or deposited with, a third party;

(c) have been placed beyond the jurisdiction of the Court;

(d) have been substantially diminished in value; or

(e) have been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. §853(p), to seek forfeiture of any other property of said defendants up to the value of the above forfeitable properties, including, but not limited to, the following:

(1) the real property located at 88 Windsor Avenue, Swampscott, Massachusetts, including all buildings, appurtenances, and improvements thereon, with a Deed recorded at Book 23089, Page 204, of the Southern Essex County Registry of Deeds and Land Court Certificate No. 77407; and

(2) the real property located at 7A Buffum Street, Salem, Massachusetts, including all buildings, appurtenances, and improvements thereon, with a Deed recorded at Book 23089, Page 215, of the Southern Essex County Registry of Deeds.

All in violation of Title 21, United States Code, Section 853.

18

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY

_____
NEIL J. GALLAGHER
ASSISTANT U.S. ATTORNEY

DISTRICT OF MASSACHUSETTS; March 23, 2005

Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK