1

I
1 - 41

UNITED STATES DEPARTMENT OF JUSTICE

OFFICE OF THE UNITED STATES ATTORNEY

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>VS.<br><br>JOHN DOE. | Case No. |

Federal Grand Jury
U.S. Courthouse
1 Courthouse Way
Boston, Massachusetts

Wednesday
September 1, 2004

APPEARANCE:  ROBERT L. PEABODY
             Assistant U.S. Attorney

**ORIGINAL**

WITNESS:     JEAN DROUIN

*APEX Reporting*
(617) 426-3077

2

## I N D E X

| WITNESS | PAGE |
|---|---|
| Jean Drouin | |
|     Examination by Mr. Peabody | 3 |

```
                    JEAN DROUIN - 09/01/04                      3
 1                     P R O C E E D I N G S
 2                                                        (10:30 a.m.)
 3                  JEAN DROUIN, Previously Sworn
 4           EXAMINATION BY MR. PEABODY:
 5       Q   Good morning, Agent Drouin.
 6       A   Good morning, Bob -- Mr. Peabody.
 7       Q   Mr. Peabody, thank you.
 8           (Laughter.)
 9       Q   I remind you, you're still under oath.
10       A   Okay.
11       Q   Just for the record, you have testified in this
12   proceeding initially on May 26th, then again June 2nd, then
13   again June 30th, July 7th, July 21 and most recently on
14   August 4th.  And those six prior appearances you were under
15   oath and you remain under oath until you've completed your
16   testimony in this investigation.
17           Do you understand that?
18       A   Yes.
19       Q   Okay.  Now, I want you to look at the exhibits to
20   your left, I think it's Exhibit No. -- Exhibit No. 1 for
21   June 30th, 2004, and there's an addendum to it, Exhibit 2
22   for August 4th, and these reflect, do they not, 25 names ---
23       A   Yes.
24       Q   --- of people who were involved in your
25   investigation or who were detected as a result of your
```

```
              JEAN DROUIN - 09/01/04                    4
```

1  investigation?
2     A    Yes.
3     Q    And we've managed to put colored markers next to
4  really all names except one?
5     A    That's correct.
6     Q    And who is that?
7     A    Benito Grullon.
8     Q    Also known as?
9     A    Benny and Quico.
10    Q    Okay. All right. And so these marks indicate, do
11 they not, that to date you've given testimony regarding the
12 other 24 individuals in this investigation?
13    A    That's correct.
14    Q    Okay. Let's turn to Mr. Grullon. First of all,
15 did you intercept, during the course of the investigation,
16 an individual who was readily identified as Benito Grullon
17 or was that a work in progress, as you developed more
18 information?
19    A    That was work in progress. During the
20 investigation there was numerous conversations between
21 Manolo, who is Manuel Germosen, a/k/a Calvin Kelvin Madera,
22 and a person who Manolo referred to as Quico. On a couple
23 occasions he referred to him as Benny or Benito.
24    Q    All right, let me stop you there just to make
25 sure.