UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 04-10299-PBS

UNITED STATES OF AMERICA

VS.

BENITO GRULLON

### ASSENTED TO MOTION TO ALLOW DEFENDANT TO TRAVEL OUT OF MASSACHUSETTS

NOW comes the defendant in the above-entitled matter, by and through undersigned counsel, and respectfully moves this Honorable Court to allow the defendant to travel out of Massachusetts

In support hereof, undersigned counsel says as follows:

1. The defendant is hereby requesting to leave Massachusetts on Friday, May 26, 2006 and return home on Sunday evening, May 28, 2006.

2. The defendant will be going to visit his wife's sister, Maritza Valentine, who resides at 98 West 183 University, Apartment 2C, Bronx, New York, her home telephone number is (718)364-7015.

3. Undersigned counsel's secretary has spoken with Assistant United States Attorney Neil Gallagher who has stated that he assents to the within motion.

WHEREFORE, undersigned counsel prays this Honorable Court allow the defendant to travel for the length of time stated above.

Respectfully submitted,
BENITO GRULLON
By his attorney,

RONALD IAN SEGAL
23 Central Avenue
Suite 605
Lynn, MA. 01901
(781)599-2800

## CERTIFICATE OF SERVICE

I, Ronald Ian Segal, Esquire, hereby certify that I have delivered copies of the within Assented To Motion To Allow Defendant To Travel Out Of Massachusetts, by mailing same, postage prepaid, to Assistant United States Attorney Neil Gallagher, Esquire, One Courthouse Way, Suite 9200, Boston, Massachusetts 02210, and to September Brown, United States Pretrial Officer, One Courthouse Way, Suite I-300, Boston, Massachusetts 02210, this 24th day of May, 2006.

/s/ Ronald Ian Segal
RONALD IAN SEGAL