UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

                                  CRIMINAL ACTION
                                  NO.   04-10299-PBS

    v.

BENITO GRULLON

## NOTICE OF STATUS CONFERENCE

SARIS, U.S.D.J.                                                                                                  June 15, 2006

      Please take notice that a Status Conference has been **scheduled** for **June 21, 2006, at 10:30 a.m.** in Courtroom #19, 7th Floor, United States District Court, 1 Courthouse Way, Boston, Massachusetts.

                                                                        By the Court,

                                                                  _/s/ Robert C. Alba_
                                                                  Deputy Clerk

Copies to:  All Counsel