UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION<br>NO. 04-10299-PBS |
| v. | |
| EDGAR HOFFENS<br>CARLOS ORLANDO ARGUETA-MARCARO<br>WILLIAM HOLMES<br>BENITO GRULLON<br>HOWARD GREENBERG<br>GENE ANDERSON<br>GIOVANNI AVILA | |

### "SECOND REMINDER" NOTICE OF FINAL PRETRIAL CONFERENCE

SARIS, U.S.D.J.                                                                                          June 21, 2006

TAKE NOTICE that the above-entitled case has been set for a Final Pretrial Conference on **June 27, 2006**, at **2:00 p.m.**, in Courtroom No. 19, 7th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts.

**NOTE: All defendants must be present with counsel.**

By the Court,

  /s/ Robert C. Alba
Deputy Clerk

Copies to:  All Counsel