<u>ATTORNEY ASSIGNMENT REQUEST</u>

Defendant: Benito Grullon

Case & Defendant
Number: 04-CR-10299-024-PBS

Date of Appointment: 6/21/06

Appointed by: Saris, D.J.

Attorney Withdrawn: Ronald I. Segal

Date of Withdrawal: 6/21/06

Reason for Withdrawal: medical

Number of Counts: 1

Charge(s) and Cite(s): 21 USC Section 846 Conspiracy to Distribute Five Kilograms or More of Cocaine

Indictment:    X            Information:            Probation Revocation:

Number of Defendants: 30

Judge Code: 0129

Special Instructions:   Appointment of CJA counsel for Jury Trial (Federal Defender has conflict).  Current trial date of July 10, 2006, will be rescheduled at pretrial conference (to be scheduled) with successor counsel. If possible, successor counsel is requested to attend the Final Pretrial Conference set for June 27, 2006, at 2:00 p.m.

<u>/s/ Robert C. Alba</u>
Deputy Clerk

Date 6/21/06

**A COPY OF THE INDICTMENT, INFORMATION OR PETITION FOR REVOCATION**
**MUST ACCOMPANY THIS FORM**
**SUBMIT A COPY FOR DOCKETING**

**Grullon Attorney Assignment Form.wpd**

[attyreq.;kattyreq.]