UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION<br>NO.  04-10299-PBS |
| v. | |
| BENITO GRULLON | |

### NOTICE OF PRETRIAL CONFERENCE

SARIS, U.S.D.J.                                                                                                         June 28, 2006

      TAKE NOTICE that the above-entitled case has been set for a Pretrial Conference on **June 29, 2006**, at **11:30 a.m.**, in Courtroom No. 19, 7th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts.

      By the Court,

      _/s/ Robert C. Alba_
      Deputy Clerk

Copies to:  All Counsel