

UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL NO. 04-10299-PBS |
| ) |  |
| v. ) |  |
| ) |  |
| BENITO GRULLON ) |  |

## MOTION TO WAIVE ELECTRONIC FILING

NOW comes counsel in the above-entitled matter, and respectfully requests this Honorable Court waive electronic filing requirements for the attached Motion to Withdraw for such reasons as follow:

1. This counsel has been recently diagnosed with a disabling illness.

2. Due to unexpected complications with treatment for illness, counsel underwent emergency surgery on May 21, 2006 and remains hospitalized at this time.

3. This counsel is in the process of closing his practice due to illness and does not have access to electronic filing system at this time.

WHEREFORE, for the reasons stated above, this counsel respectfully requests waiver from electronic filing requirement for a motion to withdraw as counsel on the above-captioned matter.

Respectfully submitted,

RONALD IAN SEGAL
23 Central Avenue
Suite 605
Lynn, Massachusetts 01901
(781) 599-2800