UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS


FILED
In Open Court
USDC, Mass.
Date 6-21-06
By

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 04-10299-PBS |
| v. | |
| BENITO GRULLON | |

### MOTION TO WITHDRAW

TO THE CLERK OF THE ABOVE-NAMED COURT:

Kindly enter my withdrawal as attorney for the defendant, Benito Grullon, in the above-entitled matter. In support hereof, undersigned counsel states as follows:

1. This counsel has recently received a disabling medical diagnosis.

2. I can no longer represent this defendant due to illness.

3. This office mailed, to the defendant, a Notice of Attorney Disability this date, and personally notified the defendant of counsel's illness on May 18, 2006.

RONALD IAN SEGAL
BBO# 450740
23 Central Avenue
Suite 605
Lynn, Massachusetts 01901
(781) 599-2800

DATED:   June 19, 2006

*6/21/06 allowed. Paul B Saris*

## CERTIFICATE OF SERVICE

    I, Ronald Ian Segal, Esquire, hereby certify that I have delivered copies of the within Motion to Withdraw to Assistant United States Attorney Neil J. Gallagher, United States Attorney's Office, U.S. Courthouse, Suite 9200, 1 Courthouse Way, Boston, Massachusetts 02210 this 19th day of June, 2006.

                                                                                  RONALD IAN SEGAL