IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION |
| v. | ) | |
| | ) | NO. 04-10299-PBS |
| BENITO GRULLON | ) | |
| | ) | |

**JOINT MOTION TO CONTINUE
TRIAL AND TO WAIVE SPEEDY TRIAL**

The United States and the defendant, through his counsel of record, respectfully move this Court to continue the trial in the above captioned manner currently scheduled for December 11, 2006 until January 16, 2007. The government and the defendant hereby respectfully move this Court and agree to exclude the time under the Speedy Trial Act, 18 U.S.C. Sec. 3161(c)(1), from December 11, 2006 until January 16, 2007. The defendant has agreed to waive his right to a Speedy Trial after conferring with his counsel of record.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:    /s/ Neil J. Gallagher, Jr.
       Neil J. Gallagher, Jr.
       Assistant U.S. Attorney
       One Courthouse Way
       Boston, MA
       (617) 748-3397

Date: November 17, 2006

                      Certificate of Service

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and mailed to all those not participating in ECF.

                                          /s/ Neil J. Gallagher, Jr.
                                            Neil J. Gallagher, Jr.