```
                UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA    )
                            )
                            )    CRIMINAL ACTION
     v.                     )
                            )    NO. 04-10299-PBS
BENITO GRULLON              )
     a.k.a. "Quico"         )
                            )
```

**GOVERNMENT'S MOTION PURSUANT TO**
***UNITED STATES V. RENGIFO*** **REGARDING ENGLISH-LANGUAGE TRANSLATIONS OF RECORDED TELEPHONE CONVERSATIONS**

The United States respectfully moves for leave to introduce into evidence at trial (1) copies of original audio recordings made during the investigation of this case, which recordings are in Spanish; and (2) Spanish transcripts and English translations of those conversations. The government further requests leave to read into evidence all or part of the English translations and to play some of the recording in Spanish with the assistance of the Sanction Courtroom Presentation Software.[1]

As grounds for this motion, the government states as follows:

During the investigation that led to this case, the government made audio recordings of conversations that were intercepted pursuant to court-ordered wiretaps. Many of the

---

[1] The Sanction Program allows the relevant English portion of the transcripts to be highlighted on a computer as the audio in Spanish is played. The program will be used solely as an aid to present evidence already admitted, transcripts and telephone calls, and will not be a separate Exhibit which will be given to the jury during deliberations.

recorded conversations were in Spanish. Each of the phone calls that will be presented as Exhibits will be in Spanish. The government has prepared Spanish transcriptions and English translations of a number of those recordings that contain conversations in which the defendant, Benito Grullon, and Grullon's co-conspirators, including Manuel Germosen and Christian Germosen, co-defendants in this case, were participants. The government has provided preliminary copies of these transcripts and translations to the defense.

In addition to wiretap recordings, there were also several recorded telephone conversations which were made pursuant to one-party consent involving the defendant and another one of his co-conspirators. Similarly, Spanish language transcripts with English translations have been prepared. Preliminary transcripts have been provided to the defense.

The government moves for leave to introduce into evidence at trial copies of the original Spanish tape recordings, the Spanish transcriptions and English transcripts of those conversations, and further requests leave to read into evidence all or part of the English transcripts. <u>See</u> <u>United States v. Rengifo</u>, 789 F.2d 975, 983 (1st Cir. 1986) (finding that English-language translations of tape-recorded conversations that originally took place in Spanish are admissible as substantive evidence; that such transcripts may go to the jury room; and that the government may use readers to read the English translations as an

alternative to playing the tape recording).

WHEREFORE, for the foregoing reasons, the government's motion for leave to introduce into evidence at trial copies of the original Spanish tape recordings and the English transcripts of those conversations, and to read into evidence all or part of the English transcripts, should be allowed.

```
                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney


              By:       /s/ Neil J. Gallagher, Jr.
                        Neil J. Gallagher, Jr.
                        Assistant U.S. Attorney
                        One Courthouse Way
                        Boston, MA
```

Date: January 3, 2007

## Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and mailed to all those not participating in ECF.

```
                              /s/ Neil J. Gallagher, Jr.
                              Neil J. Gallagher, Jr.
```