```
                  UNITED STATES DISTRICT COURT
                   DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA    )
                            )
         V.                 )   Criminal No. 04-10299-PBS
                            )
BENITO GRULLON              )
```

### NOTICE OF APPEARANCE

     Now comes the undersigned Assistant United States Attorney and hereby gives notice of her appearance as counsel for the United States of America in the captioned matter.

                                     Respectfully submitted,

                                     MICHAEL J. SULLIVAN
                                   United States Attorney

                                   By:

                                   */s/: Sharron A. Kearney*
                                   SHARRON A. KEARNEY
                                   Assistant U.S. Attorney
                                   United States Attorney's Office
                                   One Courthouse Way, Suite 9200
                                   Boston, MA 02210
                                   (617) 748-3687


Dated: January 8, 2007

CERTIFICATE OF SERVICE

    I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on January 8, 2007.

                                            /s/: *Sharron A. Kearney*
                                            SHARRON A. KEARNEY
                                            Assistant U.S. Attorney

Dated: January 8, 2007