```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA     )
                             )
                             )   CRIMINAL ACTION
     v.                      )
                             )   NO. 04-10299-24-PBS
BENITO GRULLON               )
     a.k.a. "Quico"          )
```

**GOVERNMENT'S LIST OF PROPOSED EXHIBITS**

The United States submits this List of Proposed Exhibits to assist the Court and jury in the trial of the above-captioned matter. The government reserves the right to supplement or modify this list from time to time, with reasonable notice to counsel.

1. Photograph of 33 Fuller Place, Lynn, MA

2. Tape Recording of 9/1 and 9/2/03 Recording Made by Soto

3. Transcripts of 9/1 and 9/2/03 Phone Calls to Grullon

4. DEA Ex. 1 (120.7 grams of cocaine)

5. MA RMV Registration for 1997 Toyota Camry registered to Benito Grullon

6. MA RMV License Photo for Benito Grullon

7. MA RMV License Photo for Hector Munoz

8. MA RMV License Photo for Wendy Munoz

9. MA RMV License Photo for Fernando Soto

10. DEA Ex. 2 (121.0 grams of cocaine)

11. Photograph of 38 Oneida Street, Lynn, MA

12. Drug Stipulation

13. Videotape from 10/20/03 Controlled Purchase from Hector Munoz (DEA N-5)

14. Photograph of 46 Wyman Street, Lynn, MA

15. Video of 10/25/03 Surveillance Behind 46 Wyman Street, Lynn

16. Photograph of 15 Alley Street, Lynn, MA

17. Photograph of 170 Union Street, Lynn, MA

18. Certified Copy of Business Certificate for Diamond Motors, 15 Alley Street, Lynn, MA

19. Subscriber Information for 781-913-6228, Juan Barrios, 89 Adams St, Apt. 3, Lynn, MA

20. Subscriber Information for 781-913-6228, Juan Barrios, 89 Adams St, Apt. 3, Lynn, MA

21. Subscriber Information - 339-298-9140, Luis A. Rivera, 15 Alley St., Flr 1, Lynn, MA

22. Subscriber Information for 339-440-0311 (unknown subscriber)

23. Subscriber Information for 781-913-1231, Angel Sotos, 32 Morris St., Lynn, MA

24. Chart of Phone Numbers Used by Benito Grullon

25. MA RMV Photograph of Manuel Germosen and Kelvin Madera

26. MA RMV Photograph of Christian Germosen

27. MA RMV Photograph of Phil Asaro

28. MA RMV Photograph of Gene Anderson

29. Wiretap and Transcript Stipulation

30. CD Containing Wiretap Recordings

31. Transcripts of Intercepted Calls

32. Chart of Intercepted Calls

33. Proffer Letter for Manuel Germosen

34. Plea Agreement for Manuel Germosen

35. DEA 7 Laboratory Report for Exhibit 1 (120.7 grams of cocaine)

36. DEA 7 Laboratory Report for Exhibit 2 (121.0 grams of cocaine)

                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

                By:        /s/ Neil J. Gallagher, Jr.
                              Neil J. Gallagher, Jr.
                              Sharron Kearney
                              Assistant U.S. Attorneys
                              One Courthouse Way
                              Boston, MA

Date: January 9, 2007

## Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and mailed to all those not participating in ECF.

                              /s/ Neil J. Gallagher, Jr.
                              Neil J. Gallagher, Jr.