| **UNITED STATES v. BENITO GRULLON, 04-10299-PBS** |
|---|---|---|---|---|---|
| Exhibit | Date | Time | Call | Target Phone # | Contact Phone # |
| A. | 10/24/03 | 4:54 PM | 213 | 603-205-0068 | 781-913-6228 |
| B. | 10/25/03 | 2:07 PM | 245 | 603-205-0068 | DID NOT RECORD (DNR) |
| C. | 10/25/03 | 5:32 PM | 252 | 603-205-0068 | 978-996-4009 |
| D. | 10/27/03 | 5:23 PM | 317 | 603-205-0068 | 718-913-6228 |
| E. | 11/12/03 | 10:53 PM | 751 | 603-205-0068 | 339-298-9140 |
| F. | 11/19/03 | 8:08 PM | 898 | 603-205-0068 | 339-298-9140 |
| G. | 12/11/03 | 1:06 PM | 1362 | 603-205-0068 | 339-298-9140 |
| H. | 12/17/03 | 6:04 PM | 1493 | 603-205-0068 | 339-440-0311 |
| I. | 12/1703 | 7:47 PM | 1519 | 603-205-0068 | 603-892-0434 |
| J. | 12/17/03 | 7:58 PM | 1520 | 603-205-0068 | 339-440-0311 |
| K. | 12/24/03 | 1:16 PM | 1582 | 603-205-0068 | 603-892-0434 |
| L. | 12/31/03 | 11:07 AM | 1832 | 603-205-0068 | 339-440-0311 |
| M. | 01/06/04 | 11:08 AM | 1941 | 603-205-0068 | 603-892-0434 |
| N. | 01/06/04 | 3:08 PM | 1954 | 603-205-0068 | 339-440-0311 |
| O. | 01/12/04 | 5:38 PM | 2058 | 603-205-0068 | 603-892-0434 |
| P. | 02/11/04 | 10:23 PM | 2656 | 603-205-0068 | 781-913-1231 |
| Q. | 02/21/04 | 5:16 PM | 2939 | 603-205-0068 | 781-913-1231 |
| R. | 02/24/04 | 6:09 PM | 3032 | 603-205-0068 | 781-913-1231 |
| S. | 03/08/04 | 12:46 PM | 3412 | 603-205-0068 | 781-913-1231 |
| T. | 03/08/04 | 12:49 PM | 3413 | 603-205-0068 | 781-244-3522 |
| U. | 03/08/04 | 5:37 PM | 3422 | 603-205-0068 | 603-892-0434 |
| V. | 04/14/04 | 11:49 PM | 4144 | 603-205-0068 | DNR |
| W. | 04/16/04 | 4:12 PM | 4210 | 603-205-0068 | 781-913-1231 |