UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) CRIMINAL ACTION |
| v. | ) |
| | ) NO. 04-10299-24-PBS |
| BENITO GRULLON | ) |
| a.k.a. "Quico" | ) |

**GOVERNMENT'S PROPOSED VOIR DIRE**

The United States respectfully requests that the Court, in addition to its usual voir dire in criminal cases, inquire of the jury panel with the following questions:

1.   There will be a two witnesses in this case who will testify for the government who are commonly referred to as "cooperating witnesses."  One of the witnesses, Fernando Soto, has cooperated with the U.S. Drug Enforcement in return for monetary payments and assistance with his immigration status.

Another one of these witnesses, Manuel Germosen, has entered into a plea agreement or plea bargain with the government and has agreed to cooperate with the government and testify.  Germosen has pled guilty to serious federal drug charges and has been sentenced to years in federal prison.  In exchange for his cooperation and testimony, Germosen hopes to receive a lighter sentence than he otherwise would have received if he did not enter into a plea bargain.

    a)   Do any of you have any problems or concerns about the government use of cooperating witnesses, in drug cases like this one that would inhibit your ability to be fair and impartial

to both the government and the defendant?

  b) Do any of you believe that the government should not use cooperating witnesses in drug cases?

 2. Some of the evidence you may hear during the course of this trial will be in the form of recorded phone conversations which were intercepted and recorded pursuant to a court authorized wiretap, often know as a "Title III wiretap." You may also hear these wiretap calls referred to as "intercepted calls." These phone conversations which were intercepted and recorded calls took place in Spanish and there will be English transcripts of these calls which the government will seek to introduce as evidence.

  a) Do any of you have any problems or concerns about the government use of wiretaps, often referred to as "Title III wiretaps," in drug cases like this one that would inhibit your ability to be fair and impartial to both the government and the defendant?

  b) Do any of you believe that the government should not use court authorized wiretaps in drug cases?

      Respectfully submitted,

      MICHAEL J. SULLIVAN
      United States Attorney

    By: /s/ Neil Gallagher
      Neil J. Gallagher, Jr.
      Sharron Kearney
      Assistant U.S. Attorneys

Date Submitted: January 9, 2007

<u>Certificate of Service</u>

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and mailed to all those not participating in ECF.

<u>/s/ Neil J. Gallagher, Jr.</u>
Neil J. Gallagher, Jr.