```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS
```

UNITED STATES OF AMERICA   )
                           )
                           )   CRIMINAL ACTION
     v.                    )
                           )   NO. 04-10299-24-PBS
BENITO GRULLON             )
     a.k.a. "Quico"        )

## UNITED STATES' WITNESS LIST

The United States of America hereby is hereby reserving the right to call the following witnesses at trial.

1. Fernando Soto

2. Det. Peter Murphy, Brookline Police Department (retired), Elgin, South Carolina

3. Det. Steven Edwards, Cambridge Police Department

4. DEA Task Force Agent (TFA) Joseph Gallarelli, Boston, MA (also a Detective with the Boston Police Department)

5. DEA TFA James Picardi, Boston, MA (also a Detective with the Revere Police Department)

6. DEA Special Agent (SA) Jean Drouin, Boston, MA

7. DEA TFA Jamie Cepero, Boston, MA (also a Trooper with the Massachusetts State Police)

8. Manuel Germosen

9. DEA Forensic Chemist James Disarno, Northeast Regional Laboratory, New York City, New York

The government reserves its right to supplement or modify the above witness list with reasonable notice to the defendant.

> Respectfully submitted,
>
> MICHAEL J. SULLIVAN
> United States Attorney

By:    /s/ Neil J. Gallagher, Jr.
       Neil J. Gallagher, Jr.
       Sharron Kearney
       Assistant U.S. Attorneys
       One Courthouse Way
       Boston, MA

Date: January 9, 2007

Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and mailed to all those not participating in ECF.

/s/ Neil J. Gallagher, Jr.
Neil J. Gallagher, Jr.