THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSSETS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>BENITO GRULLON )<br>) | Criminal No. 04-10299 |

**DEFENDANT'S WITNESS LIST**

The Defendant, by his attorney, hereby reserves the right to call any witnesses on the Government's Witness list and in addition may call the individuals listed below. The Defendant reserves the right to supplement this list if it discovers the need for additional witnesses.

1. Robert Diaz,          Worcester, MA

2. Delia Gonzalez,       Lynn, MA

3. Ana Montiel,          Lynn, MA

Respectfully Submitted
BENITO GRULLON
By His Attorney

_____
Eduardo Masferrer
BBO # 644623
Masferrer & Associates, P.C.
6 Beacon Street, Suite 720
Boston, MA 02108

**Certificate of Service**

I Eduardo Masferrer, do hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic filing (NEF).

/s/ Eduardo Masferrer
Eduardo Masferrer