UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA      )
                              )
                              )    CRIMINAL ACTION
         v.                   )
                              )    NO. 04-10299-24-PBS
BENITO GRULLON                )
         a.k.a. "Quico"       )

### GOVERNMENT'S *AMENDED* LIST OF PROPOSED EXHIBITS

The United States submits this amended List of Proposed Exhibits. The additional exhibits are indicated in bold and have previously been provided to defense counsel.

1.   Photograph of 33 Fuller Place, Lynn, MA

2.   Tape Recording of 9/1 and 9/2/03 Recording Made by Soto

3.   Transcripts of 9/1 and 9/2/03 Phone Calls to Grullon

4.   MA RMV Registration for white 1998 Toyota Camry sedan, MA Reg. 4162TC

5.   MA RMV License Photo for Hector Munoz

6.   **Map of Area of 33 Fuller Street, Lynn, MA**

7.   DEA Ex. 1 (120.7 grams of cocaine)

8.   MA RMV Registration for 1997 Toyota Camry, MA Reg. 2457NR registered to Benito Grullon

9.   MA RMV License Photo for Benito Grullon

10.  **Blank Copy of N-1, Copy of Kel-Recording from 7/30/03**

11.  **Xerox Copy of Tape marked N-2 ,phone call from 7/30/03**

12.  **Blank Copy of N-2 (Second N-2), Phone Call from 8/8/03**

13.  **Blank Copy of N-3, Phone Call from 8/6/03**

14.  Photograph of 38 Oneida Street, Lynn, MA

15. Drug Stipulation

16. Video of 10/25/03 Surveillance Behind 46 Wyman Street, Lynn

17. Photograph of 170 Union Street, Lynn, MA

18. Photograph of Diamond Auto, 15 Alley Street, Lynn, MA

19. Certified Copy of Business Certificate for Diamond Motors, 15 Alley Street, Lynn, MA

20. Proffer Letter for Manuel Germosen

21. Plea Agreement for Manuel Germosen

22. CD Containing Wiretap Recordings

23. Wiretap Transcripts

24. Wiretap Stipulation

25. Transcript Stipulation

26. Subscriber Information for 781-913-6228, Juan Barrios, 89 Adams St, Apt. 3, Lynn, MA

27. Subscriber Information - 339-298-9140, Luis A. Rivera, 15 Alley St., Flr 1, Lynn, MA

28. Subscriber Information for 339-440-0311, Modesta Lugo, 33 Fuller Street #3, Lynn, MA

29. Subscriber Information for 781-913-1231, Angel Sotos, 32 Morris St., Lynn, MA

30. Chart of Intercepted Calls

31. **Chart of Phone Numbers Used by Benito Grullon**

32. **Phone Records for 781-913-6228**

33. DEA 7 Laboratory Report for Exhibit 1 (120.7 grams of cocaine)

34. DEA 7 Laboratory Report for Exhibit 2 (121.0 grams of cocaine)

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney


By:      /s/ Neil J. Gallagher, Jr.
         Neil J. Gallagher, Jr.
         Sharron Kearney
         Assistant U.S. Attorneys
         One Courthouse Way
         Boston, MA


Date: January 15, 2007


                    Certificate of Service
    I hereby certify that this document filed through the ECF
system will be sent electronically to the registered participants
as identified on the Notice of Electronic Filing (NEF) and mailed
to all those not participating in ECF.

                         /s/ Neil J. Gallagher, Jr.
                         Neil J. Gallagher, Jr.