UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMNAL ACTION |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10299-PBS |
| | ) | |
| BENITO GRULLON | ) | |

### MOTION FOR FUDNS FOR INVESTIGATOR

Now comes the Defendant in the above entitled matter and moves this Honorable Court, pursuant to 18 U.S.C.A §3006A to authorize funds not to exceed $2,000 so that the Defendant can secure the services of an investigator and reimbursement funds for potential rug damage. The Defendant states that the services of an investigator are necessary for trial preparation.

The defendant states that the requested funds are reasonable and necessary to assure as effective a defense as he would have if he had the financial ability to pay. *See* 18 U.S.C.A. §3006A(e)(1); U.S.C.A. Const. Amends. 6, 14.

BENITO GRULLON
By his attorney,

_____
Eduardo Masferrer
Masferrer & Associates, P.C.
6 Beacon Street, Suite 720
Boston, MA 02108
(617)-531-0135