UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMNAL ACTION |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10299-PBS |
| | ) | |
| BENITO GRULLON | ) | |

### COMBINED AFFIDAVIT OF INDIGENCY AND AFFIDAVIT OF COUNSEL IN SUPPORT OF MOTION FOR FUNDS

I, Eduardo Masferrer, do hereby depose and say that the following is true to the best of my knowledge, understanding and belief.

1. I am an attorney.

2. The defendant was found indigent by this Court and I was appointed by the Court to represent the defendant.

3. There has been no significant change in the defendant's financial situation since this Court initially found that the defendant was indigent.

4. The defendant does not have the financial ability or means to pay for an investigator.

5. Funds for an investigator are necessary to locate and interview several remaining witnesses, including government witnesses, as well as assist in the preparation for trial and time spent in court testifying.

6. The investigator hourly rate will not exceed $50.00/hour.

7. The defendant may need to remove a rug from a floor in order to explore whether or not a hidden compartment exists in 33 Fuller Street in Lynn. 33 Fuller Street in Lynn, Massachusetts is the address where the defendant is accused to have brought drugs.

8. The defense asserts that the drugs were not brought by the defendant, but instead the drugs were maintained inside the residence by the confidential source.

Sworn to under the pains and penalties of perjury this day, January 10, 2007.

_____
Eduardo Masferrer
Masferrer & Associates
6 Beacon St.
Boston, MA 02108
(617) 531-0135