THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSSETS

| | |
|---|---|
| UNITED STATES OF AMERICA  ) | |
| ) | Criminal No. 1:04-cr-10299 |
| v.  ) | |
| ) | |
| BENITO GRULLON  ) | |
| ) | |

**MOTION TO REQUEST PROTECTIVE ORDER**

Now comes counsel for the above-entitled defendant and requests that the Honorable Court issue a protective order, so that counsel may seek a continuance in the Immigration Court in Boston, Massachusetts, so that he may be present at the John Joseph Moakley United States Courthouse for the trial of the above-entitled matter.

Eduardo Masferrer
Masferrer & Associates, P.C.
BBO# 644623
6 Beacon St. Suite 720
Boston, MA 02108
(617) 531-0135