THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSSETS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal No. 1:04-cr-10299 |
| v. ) | |
| ) | |
| BENITO GRULLON ) | |

## AFFIDAVIT OF COUNSEL IN SUPPORT OR REQUEST FOR

## PROTECTIVE ORDER

I, Eduardo Masferrer, being duly sworn, do hereby depose the following:

1. I am the attorney for the defendant in the above-entitled manner, whose Trial begins on January 16, 2007 and is scheduled to be ongoing on January 17, 2007.

2. I was retained by a respondent to represent her in removal proceedings in the Immigration Court of Boston, Massachusetts.

3. The Master Calendar hearing for this individual had been scheduled for January 17, 2007 at 9:00 a.m.

4. Pursuant to 803 C.M.R. 1.12(3), a Protective Order is necessary in order to obtain a continuance in this other matter.

Dated this 8th day of January, 2007.

Eduardo Masferrer
Masferrer & Associates, P.C.
BBO# 644623
6 Beacon St. Suite 720
Boston, MA 02108
(617) 531-0135