THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSSETS

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | Criminal No. 1:04-cr-10299 |
| v. | ) | |
| | ) | |
| BENITO GRULLON | ) | |
| | ) | |

## PROTECTIVE ORDER

Whereas, the above cited matters were scheduled for Trial by order of the Court to commence on January 16, 2007 and will continue through January 17, 2007, at 9:00 a.m. in the Federal District Court in Boston, Massachusetts, and whereas the Court has been advised that the Attorney of Record, Eduardo Masferrer, has been presented with conflicting engagements, which require his appearance elsewhere at the said times and place; and whereas the Court deems it is essential that Motion be allowed at the date and time as set forth above; and whereas the Court deems it proper that it issue a Protective Order, saving said Attorney harmless from any other order and directions which would require his presence at another place on the date and time set forth above.

Now, I, the Hon. Patti B. Saris, Justice of the Federal District Court, in accordance with the existing court rules, hereby issue this Protective Order, saving the said Attorney harmless from any other Orders and directions requiring his presence elsewhere, so as to enable him to be present at John Joseph Moakley United States Courthouse, in Boston, Massachusetts at 9:00 a.m. on January 17, 2007 and from day to day thereafter until released from this Protective Order by the undersigned.

Dated: January 12, 2007

_____
Justice of the Federal District Court