UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                                              ) | CRIMINAL NO. 04-10299PBS |
| ) | |
| BENITO GRULLON                   ) | |

**MOTION FOR DISCOVERY OF EXCULPATORY EVIDENCE:
NOTES OR REPORTS OF AGENTS CEPERO, DROUIN, OR OTHER
LAWENFOCEMENT  REGARDING BENITO GRULLON**

Now comes the Defendant in the above entitled matter and moves this honorable Court to order the Government to disclose exculpatory evidence to the Defense. During cross examination of Manuel Germosen, he revealed that both Ms. Escobar and Christian acted as delivery agents in his alleged dealings with Mr. Grullon. Both Christian Germosen as well as Maria Escobar spoke with law enforcement and were required to " truthfully provided to the Government all information and evidence the defendant has concerning the offense or offenses that were part of the same course of conduct or of a common scheme or plan," pursuant in order to seek a reduction in there guideline calculation pursuant to USSG §5C1.2 ("Safety Valve").

As such the Defendant now moves the Court to order the Government to disclose to the defense whether Christian Germosen or Maria Escobar ever acknowledged to the Assistant U.S. Attorney's Office or  law enforcement, including Agents Jaime Cepero and Jean Drouin, that Escobar or Christian acted as delivery agents for Manuel Germosen in relation to his alleged drug dealings with the Defendant. If so, the defendant specifically requests that all notes, and dispatch, turret tapes of the agents that relate to Benito Grullon be turned over.  This request includes, but is not limited to, any rough

notes, records, reports, transcripts, or other documents which contain such information. This is discoverable under Fed. R. Crim. P. 16 (a) (1) (A) and *Brady v. Maryland*, 373 U.S. 83 (1963). *See also U.S. v. Johnson*, 525 F.2d 999 (2d Cir. 1975); *U.S. v. Lewis*, 511 F.2d 798 (D.C.Cir. 1975).

        BENITO GRULLON
        By his attorney,

        __/s/ "Eduardo Masferrer"____
        Eduardo Masferrer
        B.B.O. #644623
        Masferrer & Associates
        6 Beacon Street, Suite 720
        Boston, MA 02108
        Tel:  617-531-0135

CERTIFICATE OF SERVICE

I, Eduardo Masferrer, certify that a true copy of this document was served on Assistant U.S. Attorney Neil Gallagher by ECF System on January 22, 2007.

        __/s/ "Eduardo Masferrer"____
        Eduardo Masferrer