UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10299-PBS |
| | ) | |
| BENITO GRULLON | ) | |

RESPONSE TO GOVERNMENT'S MOTION TO
STRIKE DRUG WEIGHT ALLEGATION

The defense assents to the government's motion to strike the language regarding drug weight.

The defense takes the position that should the jury convict Mr. Grullon of the conspiracy indictment as amended, the court is not bound and may not impose a mandatory minimum sentence pursuant to 21 U.S.C. 841(b). *See Cunningham v. California,* 2007 WL 135687 (U.S. Cal.). The court may only impose a mandatory minimum sentence if the indictment remains unchanged and the jury determines that the defendant conspired to distribute more than five kilograms of cocaine. The Court cannot make a determination as to weight, which is essential to determining the mandatory minimum punishment, unless it is submitted to the jury. *Cunningham*, 2007 WL 135687 at *13 (Asking whether a defendant's basic jury-trial right is preserved, though some facts essential to punishment are reserved for determination by the judge, we have said, is the **very** inquiry *Apprendi's* "bright-line rule" was designed to exclude).

                                            Respectfully submitted,
                                            BENITO GRULLON

By:_____
    Eduardo A. Masferrer, Esq.
    Masferrer & Associates
    6 Beacon Street, Suite 720
    Boston, MA 02108
    (617) 531-0135