AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ Massachusetts

United States  
V.  
Benito Grullon

EXHIBIT ▓▓▓▓▓ LIST

Case Number: 04-CR-10299-024-PBS

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Patti B. Saris | Neil Gallagher | Eduardo Masferrer |
| TRIAL DATE(S) 1/16/07, 1/17, 1/18, 1/19, 22, 23, 24, 25 | COURT REPORTER Lee Marzilli | COURTROOM DEPUTY Robert C. Alba |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 1/17/07 | | ✓ | PHOTOGRAPH OF 33 FULLER STREET |
| | 1 | 1/17/07 | | ✓ | COOPERATING INDIVIDUAL AGREEMENT - F. SOTO |
| | 2 | 1/18/07 | | ✓ | PHOTO OF BASEMENT OF 33 FULLER STREET |
| | 3 | 1/18/07 | | ✓ | PHOTO OF BASEMENT OF 33 FULLER STREET |
| 2 | | 1/18/07 | ✓ | | |
| 2A | | 1/18/07 | ✓ | | |
| 33 | | 1/18/07 | | ✓ | DEA 7 LAB REPORT FOR EXHIBIT 1 |
| 7 | | 1/18/07 | | ✓ | PACKAGE OF COCAINE 120.7 GRAMS |
| 34 | | 1/18/07 | | ✓ | DEA 7 LAB REPORT FOR EXHIBIT 2 |
| 4 | | 1/18/07 | | ✓ | MA RMV REG 1998 WHITE TOYOTA CAMRY 4162TC |
| 5 | | 1/18/07 | | ✓ | MA RMV LICENSE PHOTO FOR HECTOR MUNOZ |
| 8 | | 1/18/07 | | ✓ | MA RMV REG 1997 TOYOTA CAMRY 3457NR |
| 9 | | 1/18/07 | | ✓ | MA RMV LICENSE PHOTO FOR BENITO GRULLON |
| 7A | | 1/19/07 | | ✓ | PACKAGE OF COCAINE - SECOND PURCHASE |
| 14 | | 1/19/07 | | ✓ | PHOTO OF 38 ONEIDA ST, LYNN, MA |
| | 26 | 1/19/07 | | ✓ | SUBSCRIBER INFO FOR 781-913-6228 - JUAN BARRIOS |
| | 32 | 1/19/07 | | ✓ | PHONE RECORDS FOR 781-913-6228 |
| | 4 | 1/19/07 | | ✓ | CERTIFICATE OF MARRIAGE - WENDY ESPINO (MUNOZ) |
| 20 | | 1/19/07 | | ✓ | PROFFER LETTER FOR MANUEL GEROTOSER |
| 6 | | 1/18/07 | | ✓ | MAP OF 33 FULLER ST. |
| 24 | | 1/21/07 | | ✓ | STIPULATION RE: INTERCEPTED TELEPHONE CONVERSATIONS |
| 22 | | 1/21/07 | | ✓ | CD CONTAIN AUDIO |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages

AO 187A (Rev. 7/87)   **EXHIBIT ▬▬▬▬ LIST – CONTINUATION**   PAGE 2

| United States | vs. | Benito Grullon | CASE NO. 04-CR-10299-024-PBS |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 25 |  | 1/21/07 |  | ✓ | JOINT STIPULATION REGARDING WIRE TAP |
| 23 A-BU |  | 1/21/07 |  | ✓ | TRANSCRIPT OF TELEPHONE CONVERSATIONS |
| 27 |  | 1/23/07 |  | ✓ | SUBSCRIBER INFO FOR 339-298-9140 LUIS RIVERA |
| 29 |  | 1/23/07 |  | ✓ | SUBSCRIBER INFO FOR 781-913-1231 ANGEL SANTOS |
| 28 |  | 1/23/07 |  | ✓ | SUBSCRIBER INFO FOR 339-440-0311 MODESTA LUGO |
| 31 |  | 1/23/07 |  | ✓ | CHART OF PHONE NUMBERS USED BY BENITO GRULLON |
| 30 |  | 1/23/07 |  | ✓ | CHART OF INTERCEPTED CALLS |
|  | 5 | 1/23/07 |  | ✓ | CALL RECORDS FOR 781-913-1231 |
| 5A |  | 1/23/07 |  | ✓ | CALL RECORDS FOR 781-913-1231 MODIFIED BY GOVT |
| 18 |  | 1/23/07 |  | ✓ | PHOTO OF DIAMOND AUTO 15 ALLY ST, LYNN |
| 35 |  | 1/23/07 |  | ✓ | PICTURE OF KELVIN MADERA - MANUEL GERMOSEN |
|  | 6 | 1/23/07 |  | ✓ | PHOTOGRAPH OF CLOSET |
|  | 7 | 1/23/07 |  | ✓ | PHOTOGRAPH OF FLOOR |
|  | 8 | 1/23/07 |  | ✓ | PHOTOGRAPH OF FLOOR |
|  | 9 | 1/23/07 |  | ✓ | PHOTOGRAPH OF CEILING WITH HIDE |
|  | 10 | 1/23/07 |  | ✓ | PHOTOGRAPH OF ~~DRYER SHEETS~~ CEILING WITH HIDE |
|  | 11 | 1/23/07 |  | ✓ | PHOTOGRAPH OF DRYER SHEETS |
| 21 |  | 1/19/07 |  | ✓ | PLEA AGREEMENT - MANUEL GERMOSEN |
|  | 12 | 1/24/07 |  | ✓ | STIPULATION RE: PROPERTY |
|  | 13 | 1/24/07 |  | ✓ | STIPULATION RE: SOTO IMMIGRATION STATUS |

Page ____ of ____ Pages