AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ Massachusetts _____

United States
V.
Benito Grullon

**WITNESS LIST**

Case Number: 04-CR-10299-024-PBS

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Patti B. Saris | Neil Gallagher | Eduardo Masferrer |
| TRIAL DATE(S) 1/16/07, 1/17, 1/18, 1/19, 22, 23, 24, 25 | COURT REPORTER Lee Marzilli | COURTROOM DEPUTY Robert C. Alba |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 1-17-07 / 1-18-07 | | | FERNANDO SOTO |
| 2 | | 1-18-07 | | | JAMES DiSARNO |
| 3 | | 1-18-07 / 1-19-07 | | | STEPHEN EDWARDS |
| 4 | | 1-19-07 / 1-21-07 | 1-22-07 / 1-23-07 | | MANUEL GERMOSEN |
| 5 | | 1-23-07 | | | JAIME CEPERO |
| 6 | | 1-23-07 | | | GENE DROUIN |
| | 1 | 1-23-07 | | | ROBERT DIAZ |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages