UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES ) | |
| ) | |
| v. ) | CRIMINAL 04-10299-PBS |
| ) | |
| BENITO GRULLON, ) | |
| Defendant. ) | |

*Received January 25, 2007 2:15 P.M.*

**VERDICT**

Saris, U.S.D.J.

We, the jury, find the defendant:

_____ **Not Guilty**        __X__ **Guilty**

I certify that the verdict is unanimous.

_____
JURY FOREPERSON

Dated: 01.25.2007