UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.     )<br>)<br>BENITO GRULLON     ) | CRIMINAL NO. 04-10299-PBS |

**MOTION FOR MISTRIAL**

Now comes the Defendant in the above-entitled matter and hereby respectfully moves this Honorable Court, pursuant to Rule 26.3 of the Federal Rules of Criminal Procedure, to move for a mistrial, as the Court has not entered judgment. As grounds for this motion, the Defendant claims that juror misconduct brought to light after the conclusion of trial violated his Sixth Amendment right to a trial by an impartial jury.

As grounds therefore, it is stated that the Defendant was entitled to a trial by an impartial jury, free from juror misconduct through bias or improper contact, which are at the core of the Sixth Amendment right. U.S.C.A. Const. Amend. VI; *See United States v. Gaston-Brito,* 64 F.3d 11, 12 (1st Cir. 1995). When a serious, legitimate claim is made that a jury may have been biased or tainted by some incident, the court must undertake an adequate inquiry to determine whether the alleged incident occurred and was prejudicial. *See Id.; United States v. Ortiz-Arrigoita,* 996 F.2d 436, 442 (1st. Cir. 1993); *United States v. Corbin,* 590 F.2d 398, 400 (1st Cir. 1979). Following the standard established by the Second Circuit, the Court in *Boylan* held that "a post-verdict determination of extra-record prejudice must be an objective one, measured by reference to its probable effect on a "hypothetical average juror." *United States v. Boylan,* 898 F.2d 230, 258 (1st. Cir.), *cert. denied* 498 U.S. 849 (1990) (quoting *United States v. Calbas,* 821 F.2d 887, 896 (2nd Cir.), *cert. denied,* 485 U.S. 937 (1988)). The Defendant's right to a fair trial by an

impartial jury was tainted by prejudicial extraneous information, and as such the Defendant requests an evidentiary hearing on this motion. The Defendant further requests the right to supplement his motion for a mistrial and an extension of time to file a motion pertaining to any new issues that that may arise pursuant to Rule 33 of the Federal Rules of Criminal Procedure.

                                       Respectfully submitted,


                                       _/s "Eduardo Masferrer"____
                                       Eduardo Masferrer
                                       BBO # 644623
                                       Masferrer & Associates
                                       6 Beacon Street, Suite 720
                                       Boston, MA 02108
                                       (617)-531-0135