*Exhibit A*

# James Fuqua's Law Jokes

## Sharks and Lawyers -- A Comparative Study

"Shark" comes from the German "schurke", meaning greedy parasite. While no brave soul has gotten close enough to determine where lawyers come from, logic and common sense dictate a similar derivation.

Sharks, unlike most fish, have no bones; their skeletons are made entirely of cartilage. Lawyers, too, are spineless -- as willing to argue one side of a case as the other. For the right price.

Best known as scavengers of the dead and dying, sharks have well-honed sensors with which they can track the sounds of other injured and struggling beings. They are also equipped with fine senses of smell that allow them to detect minute dilutions of blood (one part blood to one million parts water) up to one-quarter mile away. Precisely the distance a hopeful personal injury lawyer will run behind an ambulance to toss a business card.

From the moment of birth, sharks' skin is tough and rough -- covered with thousands of tiny hard teeth call denticles that abrade any passerby made of softer stuff. Lawyers are also thick-skinned. Easily identified by their humorlessness and abrasive personalities, they are the bane of many social gatherings.

A shark will swallow anything - up to half its own size - in one gulp. Several hundred years ago, a naturalist wrote that the headless body of a knight in armor was found in a white shark's stomach. Inside another was more recently found a sea lion, a horse and the body of another seven-foot-long shark. Lawyers, too, will swallow anything -- even their pride -- as increasing numbers of lawyer hopefuls trudge to law school each year for three years of browbeating in the hopes of financing their Porsches.

Some sharks even prey on their own kind. The smell and taste of blood in the water can trigger them into an obsessed Feeding Frenzy, in which they often eat their own bodies while twisting and turning to get more food. This is not unlike the Litigation Frenzy, where lawyers are pitted against other lawyers, and ultimately themselves, to waste reams of paper while losing sight of a fair resolution for their clients.

webmaster@jamesfuqua.com
©2000-2001 James Fuqua
Law Jokes Page
Last Updated 13 September 1996

*Nice to have worked together*
*Take Care*
*God Bless*
*[signature]*

http://www.jamesfuqua.com/lawyers/jokes/sharks.shtml                    1/23/2007

*Exhibit B*

# James' Page

| On This Page: | Legal Pages: | Other Pages: | Offline Pages: |
|---|---|---|---|
| Quick Links | James' Legal Pages | The Bubble Page | Bills & Investments |
| Search Engines | Law Jokes Page | Computer Consulting & RIL* | eBay Links |
| General Reference Bookshelf | **Other Sites:** | DC Links | Job Search |
| News & Periodicals | Callie's Cakes ... | Household Links | |
| Schools & Universities | Feirenwohnung Elfriede Haist ... | Just for Fun Page | |
| | Floor Art ... | Other Pages & Links | |
| | Nottingham 1997 LLM 10-year Reunion ... | Personal Pages | |

*Really Important Links

## 🌑 Quick Links

CNN     Google News     Amazon     My eBay

Astronomy Picture of the Day     Google Base     MySpace Page

The Adventures of Texas Teddy -- (And his MySpace Page)

## 🌑 Search Engines

800go.com
A9.com -- Amazon's great Google improvement
Ask Jeeves
Clusty -- Really top-notch
Dogpile
Google
Metacrawler
MSN Beta Search -- really fast and comprehensive
Snap

eBay alternative Power Sellers Unite and its auction search engine MOAAS

## 🌑 General Reference Bookshelf

Banned Books On-line
Bartlett, John, 1901, Familiar Quotations
Bluebook Car Prices -- Kelley
Bluebook Car Prices -- N.A.D.A Appraisal Guides - Trade Guides

CIA Publications -- includes The World Factbook and much, much more
Consumer Reports
The Devil's Dictionary by Ambrose Bierce
Dictionary.com
HighBeam Research -- Search for news articles, mostly with fee attached
Internet Movie Database -- IMDb
IRS
MapQuest!
MSN Maps
HERO UK --search through news archives
Octavo: Digital Rare Books
The On-line Books Page -- a **GREAT** listing of many of the public domain works available on-line
Project Gutenberg
Roget's Thesaurus -- Public Domain edition from 1911 (supplemented July 1991)
Complete Works of William Shakespeare
USCIS / INS
United States Postal Service
Webster's 1913 Revised Unabridged Dictionary
Wikipedia Free Encyclopedia

##  News & Periodicals On-line

Aljazeera
Austin American-Statesman
BBC News Online
CNN
Crayon -- Create your own paper from papers and magazines from around the world -- here's mine
The Daily Texan -- UT's daily newspaper
Dallas Morning News
Earth and Sky
The Economist
Fort Worth Star-Telegram
The Independent
MSNBC
NewJour -- Archive of huge list of online publications
NPR Online
The Onion
SatireWire
Technology Review
Washington Post

## Schools & Universities

Weatherford High School
Trinity University
The University of Texas at Austin
The University of Texas School of Law
University of Nottingham School of Law



webmaster@jamesfuqua.com



© 1998-2005 James Fuqua.
Last update: 1 September 2006
http://www.jamesfuqua.com/ (index)



*Exhibit C*

# James' Pages

| Pages You May Want to Visit | My Other Websites |
|---|---|
| James' Homepage | Callie's Cakes 9 May 2006 |
| James' Law Jokes Page | Feirenwohnung Elfriede Haist 10 July 2006 |
| The Bubble Page | Floor Art |
| Computer Consulting & RIL* | Nottingham 1997 LLM 10-year Reunion |
| Personal Pages 31 October 2006 | |
| Do I know you? | |

*Really Important Links

Welcome to my website. These pages were begun in early 1995 and were originally located on the UT law school server. After many address changes, I finally got around to getting my own domain name. This site is truly my homepage, I start my browsing here everyday, and have links for research, fun, and hobbies. Though it is not a commercial site, I get many visitors from all over the world due to two of my pages, the Bubble Page and my extensive collection of Law Jokes. I hope that you enjoy the pages. (PS You may also wish to visit the The Denver Christkindl Market Page (A German Christmas market in Denver, Colorado.)

James Fuqua



This page has been accessed  times since 8 January 1998
webmaster@jamesfuqua.com
©1998-2006 James Fuqua
Last update: 31 October 2006
http://www.jamesfuqua.com/

Hosted by 1&1



*Exhibit D*

# James Fuqua's Law Jokes

Main Page
Jokes About Lawyers
Jokes for Lawyers Only

Other Legal Humor Sites

**33,597**
Visits since 27 December 1997

©1998 James Fuqua
webmaster@jamesfu
Last update:
1 October 2006

To James' Homepage 

I've been getting quite a few e-mail's recently about this Joke Page (fortunantly, all quite positive), so I have decided to share some of them with you in a new Guest Book. If you have any comments that you would like to see there, please e-mail me.

Here are the few jokes that I have collected so far. I have found these jokes through various web pages, the usenet, list-serves, mail-lists, and individual submissions. As far as I know, all jokes are in the public domain (since that is where I found them). Some of the original authors are attributed in the following pages. For those jokes, I claim no copyright. [And, if you are an author of one of these, please let me know so that I can show proper attribution.] Otherwise, I have edited most of the rest to some extent -- some a great deal -- so I would ask that if you use any of the following jokes for more than personal use, please mention this page.

I do screen indecent jokes, but I'm sure that some here could be found offensive. [I even know a few lawyers who can't laugh at themselves and would find ALL of the jokes offensive -- it's true!] I apologize in advance for any discomfort that these jokes may cause. If you know of any others that you think should be here, please e-mail them to me.

webmaster@jamesfuqua.com
©1998 James Fuqua
Law Jokes Page

*Exhibit E*

# James Fuqua's Law Jokes



The trouble with lawyer jokes are: Lawyers don't think they are funny, and other people don't think they are jokes!



**33,607**
Visits since 27 December 1997

©1998 James Fuqua
webmaster@jamesfu
Last update:
1 October 2006

To James'
Homepage 

## Individual Jokes About Lawyers

| Joke | Date Added |
|---|---|
| The Bronze Rat -- one of my favorites | 22 March 1996 |
| California Law on Lawyer Hunting | 10 January 1996 |
| The Circus Lawyer | 3 February 1997 |
| The Dead Law Partner | 31 October 1998 |
| The Doctor & the Lawyer, Malpractice? I don't think so! | 25 March 1996 |
| Don't Worry About the Cows | 26 July 1996 |
| The Lawyer, the Czech, and the Bears | 25 March 1996 |
| Letter to Ann Landers | 3 April 2000 |
| The Pink Pigeon | 10 December 1997 |
| Sharks and Lawyers -- A Comparative Study | 13 September 1996 |
| A Short History of Lawyers | 9 December 1997 |
| Star Trek: The Lost Episode | 29 October 1996 |
| Texas Three-Kick Rule | 24 November 2000 |
| A Treatise on Legalese | 8 September 1997 |

## Lists of Law Humor

| Joke Lists | Last Updated |
|---|---|
| Bad Lawyer Jokes -- don't say I didn't tell you so! | 18 July 2000 |
| Dead Lawyers | 3 April 2000 |
| The Difference Between a Lawyer and a . . . | 9 May 1997 |
| Famous Quotes and Sayings About Lawyers | 27 January 2002 |
| How Many Lawyers Does it Take to Screw in a Lightbulb | 1 November 1996 |
| Lawyers in the Afterlife | 5 April 2000 |
| Legal Business Cards | 18 July 2000 |
| Longer Lawyer Jokes | 3 August 2000 |
| Q & A Lawyer Jokes | 22 October 1999 |
| Shorter Lawyer Jokes | 26 October 2000 |
| Submissions -- Sent in by you, the reader -- MANY THANKS | 5 April 2000 |



webmaster@jamesfuqua.com
©1998 James Fuqua
Law Jokes Page
Last update: 27 January 2002

*Exhibit F*

On this page:

- General Legal References
- District of Columbia Law
- Texas Law
- Maryland Law
- Legal Issues
- Other Primary Sources
- The University of Texas
- University of Nottingham

# James Fuqua's Legal Sources Links

## ◉General Legal References

### The Best Place to Start

    Findlaw
    Hieros Gamos
    Lawguru.com
        Law Guru Internet Law Library -- formerly run by the US House Of Representatives
    LexisOne - Free caselaw search
    US Supreme Court Cases And other primary federal and New York cases by The Legal Information Institute of Cornell U.
    Washburn School of Law Internet Resources -- Fantastic reference page
    West Publishing Home Page

### Other Good References

    Internet Legal Resource Guide
    American Bar Association
    The Association of American Law Schools
    EnviroLink Home Page
    Law.com
    "Law" Yahoo Page
    Lexis-Nexis
    LLRX -- Law Library Resource Xchange
    Roman Law Resources
    The Virtual Chase: A Research Site for Legal Professionals
    Virtual Library: Law
    Washburn School of Law General Legal Reference Page -- Wonderful list of specific legal subjects

## ◉ District of Columbia Law

### District of Columbia Government

    DC Business Resource Center
    District of Columbia Code
    DC Council
    DC Courts
    District of Columbia Government Homepage
    District of Columbia's Laws and Regulations Online
    Directory of DC Agencies & Services
    Department of Consumer and Regulatory Affairs

### General Resources

    DC Sources from Lawsource.com
    FindLaw: District of Columbia Resouces
    FindLaw: District of Columbia Primary Materials
    Lawguru.com: District of Columbia
    LegalTrek DC Page -- **REALLY** comprehensive list of legal sites