UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMNAL ACTION |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10299-PBS |
| | ) | |
| BENITO GRULLON | ) | |

## MOTION FOR FUNDS FOR INVESTIGATOR

Now comes the Defendant in the above entitled matter and moves this Honorable Court, pursuant to 18 U.S.C.A §3006A to authorize additional funds in the amount of $1440.61 so that the Defendant can reimburse the private investigator who was used in this case. The Defendant states that the services of an investigator were necessary for trial preparation and MR. Diaz did in fact testify at trial. The Court has previously allowed a motion for funds for two thousand dollars. The total funds disbursed would therefore be $3440.61.

The defendant states that the requested funds are reasonable and necessary to assure as effective a defense as he would have if he had the financial ability to pay. *See* 18 U.S.C.A. §3006A(e)(1); U.S.C.A. Const. Amends. 6, 14.

BENITO GRULLON
By his attorney,

Eduardo Masferrer
Masferrer & Associates, P.C.
6 Beacon Street, Suite 720
Boston, MA 02108
(617)-531-0135