UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMNAL ACTION |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10299-PBS |
| | ) | |
| BENITO GRULLON | ) | |

**COMBINED AFFIDAVIT OF INDIGENCY AND AFFIDAVIT OF COUNSEL IN SUPPORT OF MOTION FOR FUNDS**

I, Eduardo Masferrer, do hereby depose and say that the following is true to the best of my knowledge, understanding and belief.

1. I am an attorney.

2. The defendant was found indigent by this Court and I was appointed by the Court to represent the defendant.

3. There has been no significant change in the defendant's financial situation since this Court initially found that the defendant was indigent.

4. The defendant does not have the financial ability or means to pay for an investigator.

5. Funds for an investigator are reimburse MR. Diaz for his services as an investigator.

6. Attached is the CJA 21 authorization of funds form, with a breakdown of the Mr. Diaz's services.

Sworn to under the pains and penalties of perjury this day, May 10, 2007.

Eduardo Masferrer
Masferrer & Associates
6 Beacon St.
Boston, MA 02108
(617) 531-0135

CJA 21 AUTHORIZATION AND VOUCHER FOR EXPERT AND OTHER SERVICES (5-99)

| 1. CIR./DIST./ DIV. CODE | 2. PERSON REPRESENTED Benito Grullon | | VOUCHER NUMBER | |
|---|---|---|---|---|
| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER 04-10299-PBS | 5. APPEALS DKT./DEF. NUMBER | | 6. OTHER DKT. NUMBER |
| 7. IN CASE/MATTER OF (Case Name) USA v. Grullon | 8. PAYMENT CATEGORY ☒ Felony ☐ Petty Offense ☐ Misdemeanor ☐ Other ☐ Appeal | 9. TYPE PERSON REPRESENTED ☒ Adult Defendant ☐ Appellant ☐ Juvenile Defendant ☐ Appellee ☐ Other: | | 10. REPRESENTATION TYPE (See Instructions) |

11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) If more than one offense, list (up to five) major offenses charged, according to severity of offense.

**REQUEST AND AUTHORIZATION FOR EXPERT SERVICES**

12. ATTORNEY'S STATEMENT
As the attorney for the person represented who is named above, I hereby affirm that the services requested are necessary for adequate representation. I hereby request:
☐ Authorization to obtain the service. Estimated Compensation and Expenses: $ _____ OR
☐ Approval of services already obtained to be paid for by the United States pursuant to the Criminal Justice Act. (Note: Prior authorization should be obtained for services in excess of $300, excluding expenses)

Signature of Attorney _____  Date _____
☐ Panel Attorney  ☐ Retained Attorney  ☐ Pro-Se  ☐ Legal Organization
ATTORNEY'S NAME (First Name, M.I., Last Name, including any suffix), AND MAILING ADDRESS

Telephone Number: _____

| 13. DESCRIPTION OF AND JUSTIFICATION FOR SERVICES (See Instructions) | 14. TYPE OF SERVICE PROVIDER | |
|---|---|---|
| | 01 ☒ Investigator | 15 ☐ Other Medical |
| | 02 ☐ Interpreter/Translator | 16 ☐ Voice/Audio Analyst |
| | 03 ☐ Psychologist | 17 ☐ Hair/Fiber Expert |
| 15. COURT ORDER | 04 ☐ Psychiatrist | 18 ☐ Computer (Hardware/Software/Systems) |
| Financial eligibility of the person represented having been established to the Court's satisfaction, the authorization requested in Item 12 is hereby granted. | 05 ☐ Polygraph | 19 ☐ Paralegal Services |
| | 06 ☐ Documents Examiner | 20 ☐ Legal Analyst/Consultant |
| | 07 ☐ Fingerprint Analyst | 21 ☐ Jury Consultant |
| | 08 ☐ Accountant | 22 ☐ Mitigation Specialist |
| Signature of Presiding Judicial Officer or By Order of the Court | 09 ☐ CALR (Westlaw/Lexis, etc.) | 23 ☐ Duplication Services (See instructions) |
| | 10 ☐ Chemist/Toxicologist | 24 ☐ Other (Specify) |
| Date of Order _____ Nunc Pro Tunc Date _____ | 11 ☐ Ballistics | |
| Repayment or partial repayment ordered from the person represented for this service at time of authorization. ☐ YES ☐ NO | 13 ☐ Weapons/Firearms/Explosive Expert | |
| | 14 ☐ Pathologist/Medical Examiner | |

**CLAIM FOR SERVICES AND EXPENSES**                    **FOR COURT USE ONLY**

| 16. SERVICES AND EXPENSES (Attach itemization of services with dates) | AMOUNT CLAIMED | MATH/TECHNICAL ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|
| a. Compensation | 2730.00 | | |
| b. Travel Expenses (lodging, parking, meals, mileage, etc.) | 310.61 | | |
| c. Other Expenses | 400 | Rug Damage | |
| **GRAND TOTALS CLAIMED AND ADJUSTED** | 3440.61 | | |

17. PAYEE'S NAME (First Name, M.I., Last Name, including any suffix), AND MAILING ADDRESS
Robert Diaz
210 Park Ave
Worcester MA 01609
TIN: 155 74 4895
Telephone Number: 617 719-0786
CLAIMANT'S CERTIFICATION FOR PERIOD OF SERVICE FROM 1/08/07 TO 1/23/07

CLAIM STATUS ☒ Final Payment  ☐ Interim Payment Number _____  ☐ Supplemental Payment
I hereby certify that the above claim is for services rendered and is correct, and that I have not sought or received payment (compensation or anything of value) from any other source for these services.

Signature of Claimant/Payee _____  Date 4/2/07

18. CERTIFICATION OF ATTORNEY I hereby certify that the services were rendered for this case.

Signature of Attorney _____  Date _____

**APPROVED FOR PAYMENT — COURT USE ONLY**

| 19. TOTAL COMPENSATION | 20. TRAVEL EXPENSES | 21. OTHER EXPENSES | 22. TOTAL AMOUNT APPROVED/CERTIFIED |
|---|---|---|---|
| | | | |

23. ☐ Either the cost (excluding expenses) of these services does not exceed $300, or prior authorization was obtained.
☐ Prior authorization was not obtained, but in the interest of justice the Court finds that timely procurement of these necessary services could not await prior authorization, even though the cost (excluding expenses) exceeds $300.

Signature of Presiding Judicial Officer _____  Date _____  Judge/Mag. Judge Code _____

| 24. TOTAL COMPENSATION | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOTAL AMOUNT APPROVED |
|---|---|---|---|

28. PAYMENT APPROVED IN EXCESS OF THE STATUTORY THRESHOLD UNDER 18 U.S.C. § 3006A(e)(3)

Signature of Chief Judge, Court of Appeals (or Delegate) _____  Date _____  Judge Code _____

USA V GRULLON

1/8/07

REVIEW DOCUMENTS. MET WITH ATTY IN LYNN CONDUCT INTERVIEW OF WITNESS.

3 HOURS
115 MILES

1/9/07

CONDUCT INVESTIGATION ON WITNESS LOCATION AS WELL AS BIO INFORMATION TO ACSERTAIN LINKAGES RE: WITNESSES.

2.5 HOURS

1/10/07

TRAVEL TO SALEM TO OBTAIN RECORDS AT ATTY REQUEST. REVIEW DOCUMENTS AND VIDEO. ATTEPMT TO LOCATE WITNESS IN LYNN. MET WITH ATTY RE: DISCOVERY AND INVESTIGATIVE ASSIGNMENTS. TRAVEL TO OFFICE

7.5 HOURS
135 MILES

1/11/07

TRAVEL TO FEDERAL COURT BOSTON TO HAVE COURT SUMMONS CERTIFIED. TRAVEL TO LYNN TO CONDUCT INTERVIEWS OF WITNESS AND INVESTIGATION RE: 33 FULLER STREET, LYNN. REVIEW DOCUMENTS. TRAVEL TO OFFICE

5 HOURS
110 MILES

1/12/07

TRAVEL TO US BANKRUPTCY COURT TO OBTAIN RECORDS AT ATTY REQUEST. REVIEW DOCUMENTS FROM COURT AS WELL AS NEW DISCOVERY. ORAL REPORT TO ATTY. TRAVEL TO OFFICE

6 HOURS
93 MILES


1/13/07

REVIEW ADDITIONAL DISCOVERY RE: TELEPHONE INFORMATION. CORROLATE DATA.

5 HOURS


1/15/07

MET WITH ATTY DISCUSS POTENTIAL WITNESS. TRAVEL TO LYNN CONDUCT INTERVIEW WITH WITNESS. MET WITH ATTY DISCUSS INTERVIEW.

6 HOURS
135 MILES


1/23/07

TRAVEL TO COURT TO TESTIFY. (WAIT AND TESTIMONY) TRAVEL TO OFFICE.

4 HOURS
110 MILES



39 HOURS  @ $70.00   = $2730.00
698 MILE   @.445      = $310.61
$400.00 EXPENSE

**TOTAL BILL   $3440.61**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMNAL ACTION |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10299-PBS |
| | ) | |
| BENITO GRULLON | ) | |

### MOTION FOR FUDNS FOR INVESTIGATOR

Now comes the Defendant in the above entitled matter and moves this Honorable Court, pursuant to 18 U.S.C.A §3006A to authorize funds not to exceed $2,000 so that the Defendant can secure the services of an investigator and reimbursement funds for potential rug damage. The Defendant states that the services of an investigator are necessary for trial preparation.

The defendant states that the requested funds are reasonable and necessary to assure as effective a defense as he would have if he had the financial ability to pay. *See* 18 U.S.C.A. §3006A(e)(1); U.S.C.A. Const. Amends. 6, 14.

BENITO GRULLON
By his attorney,

Eduardo Masferrer
Masferrer & Associates, P.C.
6 Beacon Street, Suite 720
Boston, MA 02108
(617)-531-0135

*[Handwritten margin note: 11/6/6 / allowed / Patti B Saris]*