UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
BOSTON, MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10299-PBS |
| | ) | |
| BENITO GRULLON | ) | |

**MEMORANDUM IN AID OF SENTENCING**

Now comes the Defendant in the above-entitled matter and moves this Honorable Court to consider and review the following letters and documentation in support of the Defendant's request for a sentence not to exceed 27 months. The letters of support attest to the Defendant's good character and demonstrate that he is a responsible family man who has dedicated his life in the United States to his children and to work. Benito Grullon has resided in the United States since 1985. The sum total of his criminal conduct in the United States is the criminal acts which form the basis of this case. Both his life leading up to the acts contained in the indictment, and his life post-arrest has been that of a man dedicated to providing for his family. He has a consistent work history in the United States up to the conclusion of his trial. He began by working as an auto mechanic for his cousin in Lynn, Massachusetts. From that point he began buying used cars at auction, repairing them and reselling them. He maintained this type of employment up until 2004 when he acquired a full time job at Walmart in the shipping and receiving department. Over the last three years as Mr. Grullon's case has progressed, he maintained his employment at Walmart and worked hard; earning him raises and increases of his responsibilities. His common-law wife, Wendy Munoz, with whom he has been in a

relationship for the last five years has never wavered in her support of Benito and is now the sole caretaker for their two-year-old son Benwin. Benito's incarceration has already created a tremendous hardship for her and Benwin, and a lengthy incarceration period will increase the hardship and duress on the family.

A sentence of not more than 27 months also is sufficient to assure that Mr. Grullon will not re-offend. Over the last three years he has demonstrated that he can work as a law-abiding citizen without the need to turn to criminal conduct in order to support either himself or his family. Likewise this conviction will be deemed an aggravated felony by the Department of Homeland Security and will result not only in Mr. Grullon's automatic deportation from the United States, but a lifetime ban from being able to re-enter. While this may be a collateral consequence of his conviction, this draconian measure will have a tremendous impact on Benito's life as he will have to start over in Santo Domingo at age 48 after two decades of living in the United States.

Given, the Defendant's background, lack of criminal history, role in the overall conspiracy, certain deportation from the United States, and letters of support from his friends and family, the Court should impose a sentence of no more than 27 months.

BENITO GRULLON
By his attorney,

_____
Eduardo Masferrer
B.B.O. #644623
Masferrer & Associates
6 Beacon Street, Suite 720
Boston, MA 02108
Tel: 617-531-0135