February 21, 2007

To whom it may concern:

My name is Wendy Muñoz, I am 33 years old and I live at 3 River Drive. #F, Danvers, Ma.01923, phone number (978) 744-0748. I'm Benito Grullón's wife, I have been living with Benito for 8 years now and I am sure to be able to describe what type of person he is; Benito as a husband is excellent, until this day I have not had any problems with him, we are parents of 2 year old named Benwin Grullón, he is an excellent father, not only with our child but with his other four children. In this trajectory of 8 years I have noticed, this has affected all his friends and all of his family greatly, not only me but all his children as well, because he is a man that is very dedicated to his family, to his job, and also to the congregation, which he also participates in a project of the church, and this has also affected the members of the church greatly, reason being with what he does in the church, the congregation is waiting for him.

Sincerely,

*Wendy Muñoz* (signature)
Wendy Muñoz

February 15, 2007

To Whom It May Concern;

My name is Altagracia Grullon I'm the sister of Benito Grullon. And I would like to express to you what my feelings are towards my brother. We are a very united family and we love one another. Benito is a good man who has a big heart, who is capable of giving the food of his plate to feed someone else. He is always willing to help those who need of him. Always provides for his children and wife. He is an honorable honest and responsible toward his work. What has currently happened to my brother has all of us devastated. He is a good son, father, brother, husband, and friend. That is one of the many reasons why I feel very proud of him. Thank you for taking the time to read this letter.

Sincerely;

Altagracia Grullon
*Sister*

10 First St. Apt. S315
Salem, MA 01970

Home Phone: (978) 741-5295

February 17, 2007

To Whom It May Concern:

My name is Luis Alberto Mendez and I am the Benito Grullon's younger brother. I would like to take a brief moment to express my feeling towards my brother and the influence or roll he has played in my life. Benito has always encouraged me to do better and give me advice on how to be an honorable person in life. He has been more than just a brother but a father figure as well. He is a wonderful person with a big heart who has always supported are family. Honestly what has recently happened has my entire family devastated and sadden. This experience we are going through has brought all of closer together as family. Benito has had an impact in all of our live since the beginning. He is very family oriented a cares fore everyone around him. He has been great person, father, brother and friend. Thank for taking the time to allow me to express my feeling to you.

Sincerely,

Luis Alberto Mendez
*Brother*


67-50 Thorton Place Apt. L4
Queens, NY 11375

Home Phone: (718) 261-2467



# Gateways of Peace
### To the Nations Apostolic Ministries

February 5, 2007

To Whom It May Concern:

By these means we would like to certify that BENITO GRULLON has been an active member of our congregation for over two years. In the time that Mr. Grullon has been with us we have seen a responsible, faithful man with his family and the church.

Mr. Grullon has faithfully been our technician for the sound equipment and has touched many hearts with his talent and has blessed the church. He has been responsible and faithful to his employer, working hard to provide for his family.

Mr. Grullon has a compassionate heart and everyone he has come in contact with has been blessed by his love and caring heart. He has been active in the men's group: faithfully assisting our services and meetings on Wednesdays and Sundays. His social life has been sharing with his family and church.

Please take into consideration that we have seen Benito Grullon live a good life, being faithful to God, to his church and to his family. Feel free to contact us if we can be of any service. Thank you and God Bless you.

Respectfully Yours,

*Juan Reyes    Brenda Reyes*
Juan & Brenda Reyes
Pastors



February 2, 2007

To Whom It May Concern:

My Name is Darlin R. Hernandez I'm 25 years old and I am currently a Real Estate Consultant for Keller Williams Realty in the North Shore area.  I would like to take a moment to express to you my feelings towards my uncle Benito Grullon.  To me Benito is more than an uncle.  He has been a father figure through out my life. Especially during my childhood years where my biological father was not there to for fill his role as a father figure to my older sister Jissel Hernandez (31) and I.  My biological father was here in the United States working hard trying to make a better life for us.  Although four other men in the household at the time where we were living in the Dominican, to my recollection, Benito was the only one who actually spent the time to do things and teach me.  Benito Grullon took the role of a father and for filed it to his best.   To Benito I was his first son and he was very proud of me.  Benito to me means a great deal and what has happened recently is devastating. Benito is a wonderful person, a great uncle and a great father to his own children. He is very family oriented and very caring for the people around him.  Benito is also part of a ministry (Gate Ways of Peace) hear in are home town and is very loved by all the members of are congregation.  I personally admire my uncle for the person he is and what he is letting God do in his life.  He is a hard working man who lives for God and his family.  Thank you for your time.

Sincerely;

Darlin R. Hernandez
*Nephew*

February 8, 2007

To Whom It May Concern:

I'm writing on behalf of Benito Grullon, a good friend to my husband and me. We have known Benito, Wendy and Benwen for about a year and a half now. As for me seeing Benito in church on Wednesdays and Sundays has become a custom for me. His kindness, goodness and love for all the people around us have also been something that I have seen all the time I have known him. I also had the priviledge to see Benito at his work place. My husband and I have grown close to Benito they work together manding the music in the services.

His son Benwen is an awesome little boy, he is cute and cuddly and wild hair. He is constantly attached to his daddy's leg. It makes me happy to see this family on Sundays, it's nice to see that love like that still exist in the times we are living in. He is also very close to his sister and family. You don't see that very much these days.

Benito Grullon, spouse, father, brother, uncle, christian....and I could never forget Friend.

Respectfully yours;

Lauren Mulcahy-De La Cruz
Home Phone: 339-440-4773

Arise & Shine ministries-Salem
Felix and Mayra Guerrero
17 Salem Street
Salem, Ma 01970
978-609-1532
978-745-6537
guerrerooskig@hotmail.com

February 8, 2007
The court House

To whom it may concern:

It is my pleasure to recommend, Benito Grullon, as an excellent Christian friend of mine and to our congregation in the city of Salem, MA. As a senior pastor of Arise & Shine ministries it is my duty to work very closely with individuals that seek after strong moral fiber and character within the church and community. I have been fortuitous enough to work with Benito and his incredible family for more than two years. Based on his striving, compassionate heart and willingness to really do things rightfully, I have no other words than to say that Benito has been consistently far more than what we anticipated. In my opinion, Benito's unwavering devotion to the church, family and the community exemplifies strong moral fiber and character thus making him a great father, leader, and civilian to our great nation.

I would therefore highly recommend Benito Grullon. . If his performance in my church and reciprocal friendship were a good indication of how he would perform outside the correctional facilities, he would be an extremely positive and role model individual to our city of Salem, moreover, to our Great Nation of Liberty.

If I can be of any further assistance, or provide you with any further information, please do not hesitate to contact me.

*Felix Guerrero*
Yours Sincerely,

February 16, 2007

To Whom It May Concern:

Benito Grullon, a good friend to my family. We have known Benito, Wendy and Benwen for about two years. I have seen Benito in church on Wednesdays and Sundays, always working with the music in the back of the church. He always has a smile and is very friendly.

He has a kind and loving heart, always helping everyone who needs him. I am an older lady and whenever I needed a ride Benito would always say yes. He would go out of his way to give me a ride. He is a kind and good person and loves everyone. I have been blessed by Benito Grullon.

Sincerey yours;

*Julia Rodriguez*

To Whom It May Concern,

      I decided to take a moment to let you know who Benito is. I'm the youth's teacher. I have the privilege to have Benito's daughter in the class. Since the day Benito came to church he enjoy helping others and serving God by serving others. Benito gave himself to God, he is a responsible man and a good father trying to teach his children the good path that is in Christ. Benito wants to serve God with all his heart and do His will. His little boy is always behind him and when he doesn't see Benito around he cries and looks for him . I just want to let you know that Benito is a good man, that he just wants to do God's will and he cares very much for his family.

Sincerely,

*Rosa De la Cruz*

Rosa De la Cruz
Youth' teacher

February 5, 2007

To whom it may concern:

I have known Benito in church for about 2 years. Benito has been a responsible person in his life. He is a hardworking man, who provides for his wife and children. He is just a wonderful person to know. He has been responsible with his duties in the church every Wednesday and Sundays. He takes care of the music and sound equipment with a smile always. Loving and caring for all. All of us at church love this man very much.

Sincerely;

*[signature]*

February 8, 2007

To Whom It May Concern:

I would like to write in regards to Benito Grullon. In the time that I have known this man, I have seen a man who is a good man. He loves God, his church and his family. He is great with his son Benwen and with his wife and family. I believe that we need more people like Mr. Grullon. We miss seeing him around on Wednesdays and Sundays for he has been an example to me. Of what a true man should be. His love for others and his caring ways, he is always helping others and responsible with the sound equipment and music in church.

I believe he is a wonderful person to everyone who comes in contact with him. God Bless you.


Attentively yours;

*[signature]*

February 8, 2007

To Whom It May Concern:

Benito Grullon is a very good man, I enjoy seeing him every Wednesday and Sundays in church, putting the music on and on the men's meeting he is always eager to share what good things have happen. I have seen a man who loves his wife and family in a great way. He is responsible at work, home church and everywhere he has shown to be an honest, caring person. We love Benito and we miss him very much.

Respectfully yours;

February 5, 2007

To whom it may concern:

I would like to notify you that I have known Bentio for 2 years in church and he has been a wonderful example to my life. He is a responsible man with his wife and children. He is also a wonderful person to know, he is caring, loveable and a kind-hearted man.

Sincerely;

*Maria [signature]*

February 6, 2007

To whom it may concern:

I am writing on behalf of Benito Grullon, a good friend to my wife and me. We have known Benito, Wendy and Benwen for about a year and a half now. We have sang together, prayed together and shared in many mens meetings. I have seen a man who loves his family and his friends and church. I have seen a man who is responsible in everything his does. He loves his family and cares for them dearly.

Sincerely;

*[signature]*

January 30, 2005

To whom it may concern:

I wanted to take the chance to express myself in this letter and to let you in on what I know about Benito Grullón.

I've known Mr. Grullón for three years now; I met Benito in my congregation Gateways of Peace in Salem, Massachusetts. For the past few years I have seen what an amazing person he is, a man full of life, with a beautiful heart, sincere, and very loving with the people he knows. I know Benito as a hard working man, to support his family, kids, and to help his loved ones in what he can. I see how family oriented Mr. Grullón is and how united he is with his family and it's sad to see this situation happen.

I thank you for taking the time to read this letter.

Sincerely,

*Belkis Dominguez* (signature)
Belkis Dominguez

18 Raymond Rd
Salem, MA. 01970
(978) 745-5474

February 6, 2007

To whom it may concern:

I am writing on behalf of Benito Grullon, a man I can call my friend. He and his wife are members of our church and his little son BenWen are such an exemplary family in church. It is wonderful to see them worship together in church. They are a loving family, and they have spread that love to others. We have seen Benito work hard to provide for his family. At his workplace and in church both he has always been responsible and you always see a smile in his face.

Sincerely;

Minerva Infonte

February 15, 2007

To Whom It May Concern:

I would just like to express my gratitude to Benito Grullon, a man who was always willing to serve and give a little more of himself. He was always willing to help you with a smile. Benito and his family are always together, smiling and showing how much they love each other. He is a kind-hearted man and good to be around with.

He is responsible hard working man. He worked very hard to provide for his family. I am glad to know Benito Grullon.

Sincerey yours;

*Gregorio Javier*

February 14, 2007

To Whom It May Concern:

Every Wednesday and Sundays I get to see Benito Grullon enjoy putting his music in church. He loves what he does and procures that it is to everyone's enjoyment. I love to see this family together for they show me to be a loving and respectful family. He loves to make people laugh and feel good. He is a good friend, person, father, and husband. He cares for his family very much. I have alsways seen him work hard in all that he does. He is an honest, caring person. I love Benito and miss him very much.

Respectfully yours;

*[signature]*

# WAL★MART®

55 brooksby village way
danvers ma 01923
978/777/6977
ext 190

---

02/20/2007

to whom it may concern:

      Benito Grullon has worked with Wal-Mart since 09/14/2004 and is a full time associate here in the danvers store. Benito works a total of 40 hours a week @ $11.10 an hour. If you should need any fruther information please feel free to call the number listed above and ask to speak to Pauline from Personnel.

Thank You
Pauline Ventre
Personnel Manager

*[signature: Pauline Ventre]*