AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF Massachusetts

United States of America
V.
Benito Grullon

**EXHIBIT AND WITNESS LIST**

Case Number: 04-CR-10299-PBS

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Patti B. Saris | Neil Gallagher | Eduardo Masferrer |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 5/23/07 | Lee Marzilli | Robert C. Alba |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  | A | 5/23/07 | X |  | Sample goodie bag containing pretzel and copy of law joke, provided by juror #11 |
|  | B | 5/23/07 | X |  | Photocopy of law joke identified by juror #11 as one disseminated to jury |
|  | C | 5/23/07 | X |  | Original law joke found in jury room by Clerk after discharge of jurors |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages