UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.          ) | Criminal No. 04-10299-PBS |
| ) | |
| ) | |
| BENITO GRULLON         ) | |

### DEFENDANT'S NOTICE OF APPEAL

Now comes the Defendant for the above-entitled matter and notifies this Court pursuant to Fed.R.Crim.P. 32(j) of his intent to appeal his conviction and sentencing. Furthermore, the Defendant moves pursuant to Fed.R.Crim.P. 32(j)2 that the Clerk file a notice of appeal on the Defendant's behalf.

BENITO GRULLON
By his attorney

/s/ Eduardo Masferrer
Eduardo Masferrer
BBO# 644623
Masferrer & Associates, P.C.
6 Beacon St. Suite 720
Boston, MA 02108
(617) 531-0135