UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )  **Criminal No.** 04-10299-PBS |
| | ) |
| BENITO GRULLON | ) |

**MOTION TO PERMIT DEFENDANT TO APPEAL**
*IN FORMA PAUPERIS*

    Counsel for the defendant further requests that the Court allow the defendant to proceed with his appeal *in forma pauperis*. As grounds thereof, the defendant has no financial means to pay an attorney to represent him in his appeal. The defendant was previously found indigent by this Court and Counsel was appointed, pursuant to the Criminal Justice Act to represent him. As the Defendant has no means to pay for Counsel's services, Counsel respectfully requests that the Defendant be permitted, pursuant to Fed.R.Crim.P.32(j)1(C), to proceed *in forma pauperis*, and that a panel attorney be appointed to represent him.

BENITO GRULLON
By his attorney

/s/ Eduardo Masferrer
Eduardo Masferrer
BBO# 644623
Masferrer & Associates, P.C.
6 Beacon St. Suite 720
Boston, MA 02108
(617) 531-0135

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | **Criminal No.** 04-10299-PBS |
| ) | |
| ) | |
| **BENITO GRULLON** ) | |

**AFFIDAVIT OF COUNSEL IN SUPPORT OF MOTION TO PERMIT DEFENDANT TO PROCEED *IN FORMA PAUPERIS***

I, Eduardo Masferrer, swear that the following is true to the best of my knowledge and belief:

1. I am an attorney.
2. I was appointed by CJA to represent him in the above-referenced case.
3. The Defendant does not have the financial means with which to proceed with his appeal.
4. The Defendant therefore requests that the Court appoint new Counsel to the Defendant, who is and has been incarcerated since the commencement of his case.

Sworn to under the pains and penalties of perjury this 29th day of May, 2007.

/s/ Eduardo Masferrer

   I, Eduardo Masferrer, certify that on this day of May 29, 2007, this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic filing (NEF). A copy of this notice was delivered via first class mail to the A.U.S.A's office of the U.S. District Court.

/s/ Eduardo Masferrer