UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.    )<br>)<br>)<br>BENITO GRULLON    ) | Criminal No. 04-10299-PBS |

**MOTION TO WITHDRAW AS COUNSEL**

    Now comes the attorney for the Defendant in the above-entitled matter and requests that this Honorable Court permit him to withdraw as counsel for the Defendant. Counsel would further request that Counsel from the CJA panel be appointed to the Defendant for the purposes of appeal.

                                      BENITO GRULLON
                                      By his attorney


                                      /s/ Eduardo Masferrer
                                      Eduardo Masferrer
                                      BBO# 644623
                                      Masferrer & Associates, P.C.
                                      6 Beacon St. Suite 720
                                      Boston, MA 02108
                                      (617) 531-0135


    I, Eduardo Masferrer, certify that on this day of May 29, 2007, this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic filing (NEF). A copy of this notice was delivered via first class mail to the A.U.S.A's office of the U.S. District Court.


                                      _____