# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

USDC Docket Number : 04-cr-10299

United States of America

v.

Benito Grullon

## CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered: 26-28, 31, 37, 42, 50, 64, 67, 73, 75, 78, 82, 84-87, 89, 91, 95, 97, 100, 101, 103, 104, 110, 127, 129, 130, 149, 160, 166, 172, 174, 182-186, 200, 210, 240, 246, 262, 268, 286, 280, 309, 393, 409, 419- 421, 423, 431-434, 508, 510, 547, 585, 598-600, 602, 605-623, 627- 636, 653-655, 659-661, 670-676, 679

and contained in 1 Volume(s) are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 5/29/2007.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on June 22, 2007.

Sarah A. Thornton, Clerk of Court

By: _____
Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: 6/22/07

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/06