APPEAL, M∡ ⠊

# United States District Court
## District of Massachusetts (Boston)
### CRIMINAL DOCKET FOR CASE #: 1:04-cr-10299-PBS-24

Case title: USA v. Luciano et al

Date Filed: 09/29/2004
Date Terminated: 05/29/2007

Assigned to: Judge Patti B. Saris

## Defendant

**Benito Grullon** (24)
*TERMINATED: 05/29/2007*
*also known as*
Quico (24)
*TERMINATED: 05/29/2007*

represented by **Eduardo A. Masferrer**
Masferrer & Associates, P.C.
6 Beacon Street
Suite 720
Boston, MA 02108
617-531-0135
Fax: 617-531-0136
Email: masferrer@madefenders.com
*TERMINATED: 06/06/2007*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Ronald Ian Segal**
Segal Judge and Associates
23 Central Avenue
Suite 605
Lynn, MA 01901
781-599-2800
Fax: 781-599-6966
Email: ronald.ian.segal@verizon.net
*TERMINATED: 06/28/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

## Pending Counts

21:846-CONSPIRACY TO POSSESS
WITH INTENT TO DISTRIBUTE
COCAINE
(1)

## Disposition

Defendant is hereby committed to the
custody of the United States Bureau o
Prisons to be imprisoned for a total tc⁁

21:846=CD.F CONSPIRACY TO
DISTRIBUTE CONTROLLED
SUBSTANCE - FIVE KILOGRMS OR
MORE OF COCAINE - 21 USC 846,
841(a)(1)
(1s)

of 63 months. The Court makes a
judicial recommendation to Ft. Devens
or a FCI as close to Boston, MA as
possible, as well as a judicial
recommendation for mental health
counseling for depression. Defendant i
remanded to the custody of the United
States Marshal. Upon release from
imprisonment, the defendant shall be ;
supervised release for a term of 48
months. Upon deportation, the
defendant is not to reenter the United
States without prior permission of the
US Attorney General. The $100 Speci
Assessment is due immediately.

21:841A=CD.F CONTROLLED
SUBSTANCE - SELL, DISTRIBUTE,
OR DISPENSE COCAINE 21 USC
841(a)(1) and Aiding and Abetting
(8)

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

None

**Disposition**

---

**Plaintiff**

**USA**

represented by **Neil J. Gallagher, Jr.**
United States Attorney's Office
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
617-748-3397
Email: neil.gallagher@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert L. Peabody**

Nystrom, Beckman & Paris
10 St. James Avenue
16th floor
Boston, MA 02116
617-778-9103
Fax: 617-778-9110
Email: rpeabody@nbparis.com
*TERMINATED: 12/20/2004*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

### Sandra S. Bower

United States Attorney's Office
1 Courthouse Way
Suite 9200
Boston, MA 02210
617-748-3184
Fax: 617-748-3965
Email: Sandra.Bower@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

### Sharron A. Kearney

United States Attorney's Office
John J. Moakley United States
Courthouse
Suite 9200
Boston, MA 02210
617-748-3687
Fax: 617-748-3965
Email: sharron.kearney@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/06/2004 | 26 | FIRST SUPERSEDING INDICTMENT as to Luz Luciano (1) count(s) 1s, Daniel Aguilar (2) count(s) 1s, Roberto Solorio (3) count(s) 1s, Ricardo Estrada (4) count(s) 1s, Andres Martinez (5) count(s) 1, Jose Rosales (6) count(s) 1, Valentin Martinez (7) count(s) 1, Kelvin Madera (8) count(s) 1, Abdallah Hamdan (9) count(s) 1, Ricardo Martinez (10) count(s) 1, Howard Greenberg (11) count(s) 1, Edgar Hoffens (12) count(s) 1, Rogelio Garcia (13) count(s) 1, Javier Angel Romero (14) count(s) 1, Christian Germosen (15) count(s) 1, Juan Martinez (16) count(s) 1, Gerardo Vasseur Ortiz (17) count(s) 1, Phillip Asaro (18) count(s) 1, Silvestre Lizardi (19) count(s) 1, Robert Ruscio (20) count(s) 1, Giovanni Avila (21) count(s) 1, Gilberto Zayas (22) count(s) 1, Luis DeJesus (23) count(s) 1, Benito Grullon (24) count(s) 1. (Diskes, Sheila) Modified on 10/8/2004 (Catino, Theresa). (Entered: 10/07/2004) |
| 10/06/2004 | 27 | Judge Patti B. Saris : ORDER entered ORDER REFERRING CASE to |

|  |  | Magistrate Judge Charles B. Swartwood Reason for referral: Pretrial as to Luz Luciano, Daniel Aguilar, Roberto Solorio, Ricardo Estrada, Andres Martinez, Jose Rosales, Valentin Martinez, Kelvin Madera, Abdallah Hamdan, Ricardo Martinez, Howard Greenberg, Edgar Hoffens, Rogelio Garcia, Javier Angel Romero, Christian Germosen, Juan Martinez, Gerardo Vasseur Ortiz, Phillip Asaro, Silvestre Lizardi, Robert Ruscio, Giovanni Avila, Gilberto Zayas, Luis DeJesus, Benito Grullon (Diskes, Sheila) Modified on 10/8/2004 (Catino, Theresa). (Entered: 10/07/2004) |
|---|---|---|
| 10/12/2004 | 28 | NOTICE OF HEARING as to Luz Luciano, Daniel Aguilar, Roberto Solorio, Ricardo Estrada, Andres Martinez, Jose Rosales, Valentin Martinez, Kelvin Madera, Abdallah Hamdan, Ricardo Martinez, Howard Greenberg, Edgar Hoffens, Rogelio Garcia, Javier Angel Romero, Christian Germosen, Juan Martinez, Gerardo Vasseur Ortiz, Phillip Asaro, Silvestre Lizardi, Robert Ruscio, Giovanni Avila, Gilberto Zayas, Luis DeJesus, Benito Grullon; Arraignment set for 11/1/2004 10:00 AM in Courtroom 1 before Magistrate Judge Charles B. Swartwood, cc/cl. (Roland, Lisa) (Entered: 10/12/2004) |
| 10/12/2004 | ❏ | As to Rogelio Garcia, Javier Angel Romero, Christian Germosen, Juan Martinez, Gerardo Vasseur Ortiz, Phillip Asaro, Silvestre Lizardi, Robert Ruscio, Giovanni Avila, Andres Martinez, Jose Rosales, Gilberto Zayas, Valentin Martinez, Luis DeJesus, Kelvin Madera, Benito Grullon, Abdallah Hamdan, Ricardo Martinez, Howard Greenberg, Edgar Hoffens : SEE MJ CASE NOS. 04-1685 and 04-1731 FOR PRE-INDICTMENT PROCEEDINGS. (Shattuck, Deborah) Modified on 3/10/2005 Modified on 4/8/2005 (Costello2, Helen). (Entered: 10/12/2004) |
| 10/15/2004 | 31 | MOTION to Amend terms of pre trial release as to Benito Grullon, c/s. (Jones, Sherry) (Entered: 10/15/2004) |
| 10/25/2004 | ❏ | Judge Charles B. Swartwood : Electronic ORDER entered granting 31 Motion to Amend as to Benito Grullon (24). "ALLOWED." cc/cl (Roland, Lisa) (Entered: 10/25/2004) |
| 11/01/2004 | 37 | MOTION to Continue to November 3, 2004 to Arraignment as to Benito Grullon, c/s. (Jones, Sherry) (Entered: 11/01/2004) |
| 11/02/2004 | 42 | Judge Charles B. Swartwood : STATUS REPORT as to Rogelio Garcia, Javier Angel Romero, Christian Germosen, Gerardo Vasseur Ortiz, Phillip Asaro, Silvestre Lizardi, Robert Ruscio, Giovanni Avila, Andres Martinez, Jose Rosales, Gilberto Zayas, Valentin Martinez, Luis DeJesus, Kelvin Madera, Benito Grullon, Abdallah Hamdan, Howard Greenberg, Edgar Hoffens, Luz Luciano, Daniel Aguilar, Roberto Solorio, Ricardo Estrada; Status Conference set for 1/20/2005 03:00 PM in BOSTON, Courtroom 16 before Magistrate Judge Charles B. Swartwood, cc/cl. (Roland, Lisa) (Entered: 11/02/2004) |
| 11/02/2004 | ❏ | Judge Charles B. Swartwood : Electronic ORDER entered granting 37 Motion to Continue as to Benito Grullon (24). "ALLOWED. Arraignment re-scheduled to 11/3/2004 @ 2:30 pm." cc/cl (Roland, Lisa |

| | | (Entered: 11/02/2004) |
|---|---|---|
| 11/03/2004 | ❓ | Electronic Clerk's Notes for proceedings held before Judge Charles B. Swartwood :Arraignment as to Valentin Martinez (7) Count 1 and Kelvin Madera (8) Count 1 and Benito Grullon (24) Count 1 held on 11/3/2004, Case called, Counsel (Hodgens, Segal, Judge), Interpreter Lilley & Defendants appear, Defendants notifed of rights, charges and maximum penalties, Not Guilty Plea entered by Valentin Martinez (7) on Count 1, Not Guilty Plea entered by Kelvin Madera (8) on Count 1, Not Guilty Plea entered by Benito Grullon (24) on Count 1, Dfts Martinez & Madera remanded to the custody of the US Marshal, Dft Grullon released on prior conditions. (3:54 P.) (Roland, Lisa) (Entered: 11/03/2004) |
| 11/03/2004 | ❓ | Electronic Clerk's Notes for proceedings held before Judge Charles B. Swartwood :Hearing Re: defendants represented by same atty. as to Valentin Martinez, Benito Grullon held on 11/3/2004. Counsel (Hodgens, Segal) appear, The Court makes inquiry of each defendant, The Court is satisfied that each defendant understands the situation of dual representation, Defendants wish to keep Attorney Segal as their attorney. (4:05 P.) (Roland, Lisa) (Entered: 11/03/2004) |
| 12/20/2004 | 📎50 | NOTICE of Substitution of Government Counsel in case as to Luz Luciano, Daniel Aguilar, Roberto Solorio, Ricardo Estrada, Andres Martinez, Jose Rosales, Valentin Martinez, Kelvin Madera, Abdallah Hamdan, Ricardo Martinez. Howard Greenberg, Edgar Hoffens, Rogelio Garcia, Javier Angel Romero, Christian Germosen, Juan Martinez, Gerardo Vasseur Ortiz, Phillip Asaro, Silvestre Lizardi, Robert Ruscio, Giovanni Avila, Gilberto Zayas, Luis DeJesus, Benito Grullon. Attorney Robert L. Peabody terminated. (Patch, Christine) (Entered: 12/28/2004) |
| 01/26/2005 | ❓ | Set Hearings as to Ricardo Estrada, Valentin Martinez, Kelvin Madera, Benito Grullon: Status Conference set for 1/28/2005 02:15 PM in Courtroom 16 before Magistrate Judge Charles B. Swartwood. (Roland, Lisa) (Entered: 01/26/2005) |
| 01/28/2005 | ❓ | Electronic Clerk's Notes for proceedings held before Judge Charles B. Swartwood :Status Conference as to Ricardo Estrada, Valentin Martinez, Kelvin Madera, Benito Grullon held on 1/28/2005. Case called, Counsel (Gallagher, Weinstein, Segal, Judge) appear, Case as to these defendants to be sent back to the District Judge, Final Status Report to issue. (2:21 P.) (Roland, Lisa) (Entered: 01/28/2005) |
| 01/31/2005 | 📎64 | Judge Charles B. Swartwood : STATUS REPORT as to Ricardo Estrada, Valentin Martinez, Kelvin Madera, Benito Grullon, cc/cl. (Roland, Lisa) (Entered: 02/02/2005) |
| 01/31/2005 | ❓ | Case as to Ricardo Estrada, Valentin Martinez, Kelvin Madera, Benito Grullon no longer referred to Magistrate Judge Charles B. Swartwood. (Roland, Lisa) (Entered: 02/02/2005) |
| 02/07/2005 | 📎67 | NOTICE OF HEARING as to Ricardo Estrada, Valentin Martinez, Kelvin Madera, Benito Grullon Initial Pretrial Conference set for 2/25/2005 10:00 AM in Courtroom 19 before Judge Patti B. Saris. (Patch |

| | | |
|---|---|---|
| | | Christine) (Entered: 02/08/2005) |
| 02/16/2005 | 73 | Letter (non-motion) regarding Discovery as to Luz Luciano, Daniel Aguilar, Roberto Solorio, Ricardo Estrada, Andres Martinez, Jose Rosales, Valentin Martinez, Kelvin Madera, Abdallah Hamdan, Ricardo Martinez, Howard Greenberg, Edgar Hoffens, Rogelio Garcia, Javier Angel Romero, Christian Germosen, Juan Martinez, Gerardo Vasseur Ortiz, Phillip Asaro, Silvestre Lizardi, Robert Ruscio, Giovanni Avila, Gilberto Zayas, Luis DeJesus, Benito Grullon (Attachments: # 1) (Gallagher, Neil) (Entered: 02/16/2005) |
| 02/22/2005 | 75 | Letter (non-motion) regarding Transcripts as to Luz Luciano, Daniel Aguilar, Roberto Solorio, Ricardo Estrada, Andres Martinez, Jose Rosales, Valentin Martinez, Kelvin Madera, Abdallah Hamdan, Ricardo Martinez, Howard Greenberg, Edgar Hoffens, Rogelio Garcia, Javier Angel Romero, Christian Germosen, Juan Martinez, Gerardo Vasseur Ortiz, Phillip Asaro, Silvestre Lizardi, Robert Ruscio, Giovanni Avila, Gilberto Zayas, Luis DeJesus, Benito Grullon (Gallagher, Neil) (Entered: 02/22/2005) |
| 02/22/2005 | 78 | Objection as to Benito Grullon: [56] Order on Excludable Delay, c/s. (Hassett, Kathy) (Entered: 02/23/2005) |
| 02/25/2005 | ● | Electronic Clerk's Notes for proceedings held before Judge Patti B. Saris:Initial Pretrial Conference as to Ricardo Estrada, Valentin Martinez, Kelvin Madera, Benito Grullon held on 2/25/2005. Counsel to file Motions to Dismiss by March 4, 2005. Jury Trial as to defendants Ricardo Estrada and Benito Grullon set for 4/25/2005 at 9:00 AM in Courtroom 19 before Judge Patti B. Saris. (Court Reporter Valerie O'Hara.) (Alba, Robert) (Entered: 02/25/2005) |
| 03/04/2005 | 84 | MOTION to Dismiss on Speedy Trial as to Valentin Martinez, Kelvin Madera, Benito Grullon. (Patch, Christine) (Entered: 03/23/2005) |
| 03/04/2005 | 85 | MEMORANDUM in Support by Valentin Martinez, Kelvin Madera, Benito Grullon re 84 MOTION to Dismiss on Speedy Trial (Patch, Christine) (Entered: 03/23/2005) |
| 03/04/2005 | 86 | AFFIDAVIT of Counsel in Support of 84 MOTION to Dismiss on Speedy Trial. (Patch, Christine) (Entered: 03/23/2005) |
| 03/15/2005 | 82 | Judge Charles B. Swartwood : ORDER entered as to Valentin Martinez, Benito Grullon re [77] Objection (unrelated to a motion), 78 Objection (unrelated to a motion), cc/cl. (Roland, Lisa) (Entered: 03/18/2005) |
| 03/17/2005 | 87 | Judge Patti B. Saris : ORDER entered. PRETRIAL ORDER as to Ricardo Estrada, Benito Grullon Jury Trial set for 4/25/2005 09:00 AM in Courtroom 19 before Judge Patti B. Saris. (Patch, Christine) (Entered: 03/24/2005) |
| 03/23/2005 | | Case sealed as to Luz Luciano, Daniel Aguilar, Roberto Solorio, Ricardo Estrada, Andres Martinez, Jose Rosales, Valentin Martinez, Kelvin Madera, Abdallah Hamdan, Ricardo Martinez, Howard Greenberg, Edga |

|  |  | Hoffens, Rogelio Garcia, Javier Angel Romero, Christian Germosen, Juan Martinez, Gerardo Vasseur Ortiz, Phillip Asaro, Silvestre Lizardi, Robert Ruscio, Giovanni Avila, Gilberto Zayas, Luis DeJesus, Benito Grullon (Costello, Helen) (Entered: 04/08/2005) |
|---|---|---|
| 03/23/2005 | 95 | SECOND SUPERSEDING INDICTMENT as to Luz Luciano (1) count (s) 1ss, Daniel Aguilar (2) count(s) 1ss, Roberto Solorio (3) count(s) 1ss, Ricardo Estrada (4) count(s) 1ss, Andres Martinez (5) count(s) 1s, 9s, Jose Rosales (6) count(s) 1s, 3s-5s, Valentin Martinez (7) count(s) 1s, 6s, 7s, Kelvin Madera (8) count(s) 1s, Abdallah Hamdan (9) count(s) 1s, 3s-5s, Ricardo Martinez (10) count(s) 1s, Howard Greenberg (11) count(s) 1s, Edgar Hoffens (12) count(s) 1s, Rogelio Garcia (13) count(s) 1s, 6s, Javier Angel Romero (14) count(s) 1s, Christian Germosen (15) count(s) 1s, Juan Martinez (16) count(s) 1s, Gerardo Vasseur Ortiz (17) count(s) 1s, Phillip Asaro (18) count(s) 1s, Silvestre Lizardi (19) count(s) 1s, Robert Ruscio (20) count(s) 1s, 2s, Giovanni Avila (21) count(s) 1s, Gilberto Zayas (22) count(s) 1s, Luis DeJesus (23) count(s) 1s, Benito Grullon (24) count(s) 1s, 8s, Martin Cerna-Garcia (25) count(s) 1, Robinson Ruiz (26) count(s) 1, Carlos Rafael Rojas (27) count(s) 1, 6, 7, Carlos Orlando Argueta-Macario (28) count(s) 1, William R. Holmes (29) count(s) 1, Gene A. Anderson (30) count(s) 1. (Costello2, Helen) Additional attachment(s) added on 4/12/2005 (Diskes, Sheila). Modified on 9/19/2005 (Patch, Christine). Additional attachment(s) added on 3/6/2006 (Diskes, Sheila). (Entered: 04/08/2005) |
| 03/28/2005 | 89 | NOTICE OF HEARING ON MOTION as to Valentin Martinez, Kelvin Madera, Benito Grullon. Motion Hearing Re: 84 Motion to Dismiss set for 4/12/2005 at 9:00 AM in Courtroom 19 before Judge Patti B. Saris. (Alba, Robert) (Entered: 03/28/2005) |
| 03/30/2005 | 91 | NOTICE *of Superseding Indictment* by USA as to Luz Luciano, Daniel Aguilar, Roberto Solorio, Ricardo Estrada, Andres Martinez, Jose Rosales, Valentin Martinez, Kelvin Madera, Abdallah Hamdan, Ricardo Martinez, Howard Greenberg, Edgar Hoffens, Rogelio Garcia, Javier Angel Romero, Christian Germosen, Juan Martinez, Gerardo Vasseur Ortiz, Phillip Asaro, Silvestre Lizardi, Robert Ruscio, Giovanni Avila, Gilberto Zayas, Luis DeJesus, Benito Grullon (Gallagher, Neil) (Entered 03/30/2005) |
| 03/30/2005 | ❏ | Case unsealed as to Luz Luciano, Daniel Aguilar, Roberto Solorio, Ricardo Estrada, Andres Martinez, Jose Rosales, Valentin Martinez, Kelvin Madera, Abdallah Hamdan, Ricardo Martinez, Howard Greenberg, Edgar Hoffens, Rogelio Garcia, Javier Angel Romero, Christian Germosen, Juan Martinez, Gerardo Vasseur Ortiz, Phillip Asaro, Silvestre Lizardi, Robert Ruscio, Giovanni Avila, Gilberto Zayas, Luis DeJesus, Benito Grullon, Robinson Ruiz (Costello2, Helen) (Entered: 04/08/2005) |
| 04/01/2005 | ❏ | NOTICE OF HEARING as to Luz Luciano, Daniel Aguilar, Roberto Solorio, Ricardo Estrada, Andres Martinez, Jose Rosales, Valentin Martinez, Kelvin Madera, Abdallah Hamdan, Ricardo Martinez, Howard Greenberg, Edgar Hoffens, Rogelio Garcia, Javier Angel Romero, |

| | | Christian Germosen, Juan Martinez, Gerardo Vasseur Ortiz, Phillip Asaro, Silvestre Lizardi, Giovanni Avila, Gilberto Zayas, Luis DeJesus, Benito Grullon; Arraignment set for 4/21/2005 03:00 PM IN BOSTON, Courtroom 16 before Magistrate Judge Charles B. Swartwood, cc/cl. (Roland, Lisa) (Entered: 04/01/2005) |
|---|---|---|
| 04/09/2005 | 97 | MOTION to Disqualify Counsel *and for Foster Hearing* as to Valentin Martinez, Benito Grullon by USA. (Gallagher, Neil) (Entered: 04/09/2005) |
| 04/12/2005 | ❏ | Electronic Clerk's Notes for proceedings held before Judge Patti B. Saris: Motion Hearing as to Valentin Martinez, Kelvin Madera, Benito Grullon held on 4/12/2005 re 84 MOTION to Dismiss on Speedy Trial filed by Kelvin Madera,, 97 MOTION to Disqualify Counsel *and for Foster Hearing* filed by USA. Court discuses speedy trial and conflict of interest issues. Court disqualifies Attorney Stephen Judge and orders C.J. counsel be assigned for Kelvin Madera. Attorney Segal to respond within two weeks as to conflict issue. Status Conference as to defendants Benito Grullon and Valentin Martinez set for May 2, 2005, at 12:00 p.m. (Court Reporter Marie Cloonan.) (Alba, Robert) (Entered: 04/12/2005) |
| 04/12/2005 | ❏ | Judge Patti B. Saris : Electronic ORDER entered granting 97 Motion to Resolve Conflict of Interest Issues as to Valentin Martinez (7), Benito Grullon (24). "The Court will hold a hearing on May 2, 2005." (Patch, Christine) (Entered: 04/14/2005) |
| 04/12/2005 | 100 | MOTION to Seal as to Valentin Martinez, Benito Grullon by USA, filed under seal. (Patch, Christine) (Entered: 04/14/2005) |
| 04/12/2005 | ❏ | Judge Patti B. Saris : Electronic ORDER entered granting [100] Motion to Seal as to Valentin Martinez (7), Benito Grullon (24) (Patch, Christine) (Entered: 04/14/2005) |
| 04/12/2005 | 101 | Supplemental Proferred Facts in Support by USA as to Valentin Martinez, Benito Grullon re 97 MOTION to Resolve Conflict of Interest Issues *and for Foster Hearing*, filed under seal. (Patch, Christine) (Entered: 04/14/2005) |
| 04/13/2005 | 110 | MOTION to Continue Trial Date as to Benito Grullon. (Patch, Christine) (Entered: 04/29/2005) |
| 04/21/2005 | 103 | Second Opposition by USA as to Valentin Martinez, Kelvin Madera, Benito Grullon re 84 MOTION to Dismiss on Speedy Trial (Gallagher, Neil) (Entered: 04/21/2005) |
| 04/21/2005 | 104 | MOTION to Continue *Trial* to 5/2/05 to continue trial as to Ricardo Estrada, Valentin Martinez, Kelvin Madera, Benito Grullon by USA. (Gallagher, Neil) (Entered: 04/21/2005) |
| 04/21/2005 | ❏ | Electronic Clerk's Notes for proceedings held before Judge Charles B. Swartwood :Arraignment as to Phillip Asaro (18) Count 1s and Silvestre Lizardi (19) Count 1s and Giovanni Avila (21) Count 1s and Benito Grullon (24) Count 1s and Howard Greenberg (11) Count 1s and Robert |

|  |  | Solorio (3) Count 1ss.9 held on 4/21/2005, Case called, Counsel (Gallagher. Fried, Witkin, Griffen, Schneider, Natola, Segal) & Defendants appear, Defendants notified of rights, charges & maximum penalties, Not Guilty Plear entered by Roberto Solorio (3) on Counts 1ss & 9, Not Guilty Plea entered by Howard Greenberg (11) on Count 1s, Not Guilty Plea entered by Phillip Asaro (18) on Count 1s, Not Guilty Plea entered by Silvestre Lizardi (19) on Count 1s, Not Guilty Plea entered by Giovanni Avila (21) on Count 1s, Not Guilty Plea entered by Benito Grullon (24) on Count 1s, All Defendants previously released, an conditions remain in effect. (Clerk notes had to be re-entered due to erro on counts) (3:20.) (Roland, Lisa) (Clerk Note had to be re-docketed due to error in counts) (Entered: 05/25/2005) |
|---|---|---|
| 04/25/2005 | ❏ | Judge Patti B. Saris : Electronic ORDER entered granting 110 Motion to Continue Trial as to Benito Grullon (24) (Patch, Christine) (Entered: 04/29/2005) |
| 05/02/2005 | ❏ | Electronic Clerk's Notes for proceedings held before Judge Patti B. Saris:Pretrial Conference as to Ricardo Estrada, and Status Hearing as to Valentin Martinez and Benito Grullon held on 5/2/2005. Court withdraw Attorney Segals representation of Valentin Martinez. CJA counsel to be appointed for Valentin Martinez. Attorney Segal to continue representing Benito Grullon. Court sets a Hearing on Motions as to all defendants in the case for 7/6/2005 at 2:00 PM in Courtroom 19 before Judge Patti B. Saris. Court sets a Jury Trial for all defendants in the case for 9/6/2005 a 9:00 AM in Courtroom 19 before Judge Patti B. Saris. (Court Reporter Marianne Kusa-Ryll.) (Alba. Robert) (Entered: 05/02/2005) |
| 05/31/2005 | 127 | MOTION to Sequester *MOTION AND MEMORANDUM OF DEFENDANT FOR SEQUESTRATION OF WITNESSES* as to Maria Escobar, Daniel Aguilar, Roberto Solorio, Ricardo Estrada, Andres Martinez, Jose Rosales, Valentin Martinez, Manuel Germosen. Abdallah Hamdan, Ricardo Martinez, Howard Greenberg. Edgar Hoffens, Rogelio Garcia, Javier Angel Romero, Christian Germosen, Juan Martinez, Gerardo Vasseur Ortiz, Phillip Asaro, Silvestre Lizardi, Robert Ruscio, Giovanni Avila, Gilberto Zayas, Luis DeJesus, Benito Grullon, Robinso: Ruizby Howard Greenberg. (Witkin, Roger) (Entered: 05/31/2005) |
| 05/31/2005 | 129 | MOTION to Exclude *MOTION OF DEFENDANT TO PRECLUDE THE GOVERNMENT'S ATTORNEY FROM PRESENTING JENCKS ACT MATERIAL TO THE DEFENDANT'S COUNSEL IN FRONT OF THE JURY* as to Maria Escobar, Daniel Aguilar, Roberto Solorio, Ricardo Estrada, Andres Martinez, Jose Rosales, Valentin Martinez, Manuel Germosen, Abdallah Hamdan, Ricardo Martinez, Howard Greenberg, Edgar Hoffens, Rogelio Garcia, Javier Angel Romero, Christian Germosen, Juan Martinez, Gerardo Vasseur Ortiz, Phillip Asaro, Silvestre Lizardi, Robert Ruscio, Giovanni Avila, Gilberto Zayas, Luis DeJesus, Benito Grullon, Robinson Ruizby Howard Greenberg. (Witkin. Roger) (Entered: 05/31/2005) |
| 05/31/2005 | 130 | PROPOSED ORDER(S) submitted by Howard Greenberg as to Maria Escobar, Daniel Aguilar, Roberto Solorio, Ricardo Estrada, Andres |

|            |        | Martinez, Jose Rosales, Valentin Martinez, Manuel Germosen, Abdallah Hamdan, Ricardo Martinez, Howard Greenberg, Edgar Hoffens, Rogelio Garcia, Javier Angel Romero, Christian Germosen, Juan Martinez, Gerardo Vasseur Ortiz, Phillip Asaro, Silvestre Lizardi, Robert Ruscio, Giovanni Avila, Gilberto Zayas, Luis DeJesus, Benito Grullon, Robinson Ruiz (Witkin, Roger) (Entered: 05/31/2005) |
|------------|--------|-------------|
| 06/15/2005 | ◕ | Motions terminated as to Maria Escobar, Daniel Aguilar, Roberto Solorio, Ricardo Estrada, Andres Martinez, Jose Rosales, Valentin Martinez, Manuel Germosen, Abdallah Hamdan, Ricardo Martinez, Edgar Hoffens, Rogelio Garcia, Javier Angel Romero, Christian Germosen, Juan Martinez, Gerardo Vasseur Ortiz, Phillip Asaro, Silvestre Lizardi, Robert Ruscio, Giovanni Avila, Gilberto Zayas, Luis DeJesus, Benito Grullon, Robinson Ruiz: [128] MOTION for Order, 129 MOTION to Exclude. 127 MOTION to Sequester. (Motions should have only been attached to Defendant Howard Greenberg) (Roland, Lisa) (Entered: 06/15/2005) |
| 07/05/2005 | ◕149 | NOTICE OF RESCHEDULED HEARING as to Maria Escobar, Daniel Aguilar, Roberto Solorio, Ricardo Estrada, Andres Martinez, Jose Rosales, Valentin Martinez, Manuel Germosen, Abdallah Hamdan, Ricardo Martinez, Howard Greenberg, Edgar Hoffens, Rogelio Garcia, Javier Angel Romero, Christian Germosen, Juan Martinez, Gerardo Vasseur Ortiz, Phillip Asaro, Silvestre Lizardi, Robert Ruscio, Giovanni Avila, Gilberto Zayas, Luis DeJesus, Benito Grullon. Martin Cerna-Garcia, Robinson Ruiz, Carlos Rafael Rojas, Carlos Orlando Argueta-Macario, William R. Holmes, Gene A. Anderson. "The Motion Hearing previously scheduled for July 6, 2005, has been rescheduled to a Status Hearing on July 28, 2005, at 2:30 p.m. before Judge Patti Saris in Courtroom #19, 7th floor. NOTE: All Motions to Suppress or Dismiss are to be filed by August 12, 2005." (Alba, Robert) (Entered: 07/05/2005 |
| 07/28/2005 | ◕ | Electronic Clerk's Notes for proceedings held before Judge Patti B. Saris:Status Conference as to Maria Escobar, Daniel Aguilar, Roberto Solorio, Ricardo Estrada, Andres Martinez, Jose Rosales, Valentin Martinez, Manuel Germosen, Abdallah Hamdan, Ricardo Martinez, Howard Greenberg, Edgar Hoffens, Rogelio Garcia, Javier Angel Romero, Christian Germosen, Juan Martinez, Gerardo Vasseur Ortiz, Phillip Asaro, Silvestre Lizardi, Robert Ruscio, Giovanni Avila, Gilberto Zayas, Luis DeJesus, Benito Grullon, Martin Cerna-Garcia, Robinson Ruiz, Carlos Rafael Rojas, Carlos Orlando Argueta-Macario, William R. Holmes, Gene A. Anderson held on 7/28/2005. Court and counsel discuss scheduling new trial date. Final Pretrial Conference set for 2/16/2006 at 2:00 PM in Courtroom 19 before Judge Patti B. Saris. Jury Trial continued to 2/27/2006 at 9:00 AM in Courtroom 19 before Judge Patti B. Saris. (Court Reporter Nancy Eaton.) (Alba, Robert) (Entered: 07/28/2005) |
| 08/23/2005 | ◕160 | NOTICE of Rejection of Filing re: Motion to Dismiss for Violation of the Right to Speedy Trial, Affidavit in Support of Motion, and Memorandum in Support of Motion sent to Ronald Ian Segal. (Patch, Christine) |

|            |        | (Entered: 08/23/2005)                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                 |
|------------|--------|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
| 09/12/2005 | 166    | First MOTION to Unseal Document *Second Superseding Indictment* as to Maria Escobar, Daniel Aguilar, Roberto Solorio, Ricardo Estrada, Andres Martinez, Jose Rosales, Valentin Martinez, Manuel Germosen. Abdallah Hamdan, Ricardo Martinez, Howard Greenberg, Edgar Hoffens, Rogelio Garcia, Javier Angel Romero, Christian Germosen, Juan Martinez, Gerardo Vasseur Ortiz, Phillip Asaro, Silvestre Lizardi, Robert Ruscio, Giovanni Avila, Gilberto Zayas, Luis DeJesus, Benito Grullon, Robinson Ruiz, William R. Holmes, Gene A. Andersonby USA. (Gallagher, Neil) (Entered: 09/12/2005) |
| 09/19/2005 | ❏      | Document unsealed as to Maria Escobar, Daniel Aguilar, Roberto Solorio, Ricardo Estrada, Andres Martinez, Jose Rosales, Valentin Martinez, Manuel Germosen, Abdallah Hamdan, Ricardo Martinez, Howard Greenberg, Edgar Hoffens, Rogelio Garcia, Javier Angel Romero, Christian Germosen, Juan Martinez, Gerardo Vasseur Ortiz, Phillip Asaro, Silvestre Lizardi, Robert Ruscio, Giovanni Avila, Gilberto Zayas, Luis DeJesus, Benito Grullon, Martin Cerna-Garcia, Robinson Ruiz, Carlos Rafael Rojas, Carlos Orlando Argueta-Macario, William R. Holmes, Gene A. Anderson. 95 Second Superceding Indictment (Sealed) (Patch, Christine) (Entered: 09/19/2005) |
| 09/19/2005 | ❏      | Judge Patti B. Saris : ElectronicORDER entered. Order to Unseal Case as to Maria Escobar, Daniel Aguilar, Roberto Solorio, Ricardo Estrada, Andres Martinez, Jose Rosales, Valentin Martinez, Manuel Germosen, Abdallah Hamdan, Ricardo Martinez, Howard Greenberg, Edgar Hoffens, Rogelio Garcia, Javier Angel Romero, Christian Germosen, Juan Martinez, Gerardo Vasseur Ortiz, Phillip Asaro, Silvestre Lizardi, Robert Ruscio, Giovanni Avila, Gilberto Zayas, Luis DeJesus, Benito Grullon, Martin Cerna-Garcia, Robinson Ruiz, Carlos Rafael Rojas, Carlos Orlando Argueta-Macario, William R. Holmes, Gene A. Anderson. (Hurley, Virginia) (Entered: 09/20/2005) |
| 09/23/2005 | 172    | ASSENTED TO MOTION to Modify Conditions of Release and allow defendant to travel out of Massachusetts as to Benito Grullon. c/s. (Jones Sherry) (Entered: 09/28/2005)                                                                                                                                                                                                                                                                                                                                                                                                                                                                   |
| 09/23/2005 | ❏      | Judge Charles B. Swartwood : ElectronicORDER entered granting 172 Motion to Modify Conditions of Release as to Benito Grullon (24). "ALLOWED." (cc/cl) (Jones, Sherry) (Entered: 09/28/2005)                                                                                                                                                                                                                                                                                                                                                                                                                                            |
| 09/30/2005 | 174    | MOTION FOR PRE-PLEA PROBATION SENTENCING REPORT *AS TO HOWARD GREENBERG* as to Maria Escobar, Daniel Aguilar, Roberto Solorio, Ricardo Estrada, Andres Martinez, Jose Rosales, Valentin Martinez, Manuel Germosen, Abdallah Hamdan, Ricardo Martinez, Howard Greenberg, Edgar Hoffens, Rogelio Garcia, Javier Angel Romero, Christian Germosen, Juan Martinez, Gerardo Vasseur Ortiz, Phillip Asaro, Silvestre Lizardi, Robert Ruscio, Giovanni Avila, Gilberto Zayas, Luis DeJesus, Benito Grullon, Martin Cerna-Garcia, Robinson Ruiz, Carlos Rafael Rojas, Carlos Orlando Argueta-Macario, William R. Holmes, Gene A. Andersonby Howard Greenberg. (Witkin, |

| | | Roger) Modified on 10/12/2005 (Catino, Theresa). (Entered: 09/30/200: |
|---|---|---|
| 10/25/2005 | ❷182 | MOTION for Waiver of Electronic Filing as to Valentin Martinez, Beni Grullon. (Patch, Christine) (Entered: 10/28/2005) |
| 10/25/2005 | ❏ | Judge Patti B. Saris : ElectronicORDER entered granting 182 Motion fo Waiver of Electronic Filing as to Valentin Martinez (7), Benito Grullon (24) (Patch, Christine) (Entered: 10/28/2005) |
| 10/25/2005 | ❷183 | MOTION to Dismiss on Speedy Trial as to Valentin Martinez, Benito Grullon. (Patch, Christine) (Entered: 10/28/2005) |
| 10/25/2005 | ❷184 | MEMORANDUM in Support by Valentin Martinez, Benito Grullon re 183 MOTION to Dismiss on Speedy Trial (Patch, Christine) (Entered: 10/28/2005) |
| 10/25/2005 | ❷185 | AFFIDAVIT of Counsel in Support of 183 MOTION to Dismiss on Speedy Trial filed by Valentin Martinez, Benito Grullon (Patch, Christine) (Entered: 10/28/2005) |
| 10/25/2005 | ❷186 | Certificate of Service by Valentin Martinez, Benito Grullon re 183 MOTION to Dismiss on Speedy Trial, 184 Memorandum in Support, 18 Affidavit (Patch, Christine) (Entered: 10/28/2005) |
| 11/08/2005 | ❏ | Case as to Maria Escobar, Daniel Aguilar, Roberto Solorio, Ricardo Estrada, Andres Martinez, Jose Rosales, Valentin Martinez, Manuel Germosen, Abdallah Hamdan, Howard Greenberg, Edgar Hoffens, Rogelio Garcia, Javier Angel Romero, Christian Germosen, Gerardo Vasseur Ortiz, Phillip Asaro, Silvestre Lizardi, Robert Ruscio, Giovanr i Avila, Gilberto Zayas, Luis DeJesus, Benito Grullon, Robinson Ruiz no longer referred to Magistrate Judge Charles B. Swartwood. (Roland, Lisa) (Entered: 11/08/2005) |
| 11/21/2005 | ❷200 | NOTICE OF STATUS CONFERENCE as to Daniel Aguilar, Roberto Solorio, Ricardo Estrada, Valentin Martinez, Howard Greenberg, Christian Germosen, Phillip Asaro, Silvestre Lizardi, Giovanni Avila, Gilberto Zayas, Luis DeJesus, Benito Grullon, Martin Cerna-Garcia, Carlos Rafael Rojas, Carlos Orlando Argueta-Macario, William R. Holmes, Gene A. Anderson. Please take notice that a Status Conference with all counsel representing the above-named defendants present has been scheduled for December 12, 2005 at 4:00 p.m. in Courtroom #19, 7th floor, United States District Court, 1 Courthouse Way, Boston, MA before Judge Patti B. Saris. (Alba, Robert) (Entered: 11/21/2005) |
| 12/12/2005 | ❏ | ElectronicClerk's Notes for proceedings held before Judge Patti B. Saris:Status Conference as to Daniel Aguilar, Roberto Solorio, Ricardo Estrada, Valentin Martinez, Howard Greenberg, Christian Germosen, Phillip Asaro, Silvestre Lizardi, Giovanni Avila, Gilberto Zayas, Luis DeJesus, Benito Grullon, Martin Cerna-Garcia, Carlos Rafael Rojas, Carlos Orlando Argueta-Macario, William R. Holmes, Gene A. Anderso held on 12/12/2005. Motion to Suppress Hearing as to Philip Asaro set for 1/13/2006 at 3:00 PM in Courtroom 19 before Judge Patti B. Saris. Motion to Dismiss Hearing as to Benito Grullion set for 1/23/2006 at |

| | | 2:00 PM in Courtroom 19 before Judge Patti B. Saris. Motion to Dismiss Hearing as to Howard Greenberg set for 1/24/2006 at 2:00 PM in Courtroom 19 before Judge Patti B. Saris. (Court Reporter Lee Marzilli. (Alba, Robert) (Entered: 12/12/2005) |
|---|---|---|
| 12/13/2005 | 210 | Second RESPONSE to Motion by USA as to Benito Grullon re 183 MOTION to Dismiss on Speedy Trial (Gallagher, Neil) (Entered: 12/13/2005) |
| 01/17/2006 | 240 | NOTICE OF ATTORNEY APPEARANCE Sandra S. Bower appearing for USA. (Bower, Sandra) (Entered: 01/17/2006) |
| 01/18/2006 | ❍ | Notice of correction to docket made by Court staff. Correction: Documents No. 239 and 240 are duplicates of Document No. 238. Please refer to Document No. 238 for corrected filing as to Maria Escobar, Daniel Aguilar, Roberto Solorio, Ricardo Estrada, Andres Martinez, Jose Rosales, Valentin Martinez, Manuel Germosen, Abdallah Hamdan, Ricardo Martinez, Howard Greenberg, Edgar Hoffens, Rogelio Garcia, Javier Angel Romero, Christian Germosen, Juan Martinez, Gerardo Vasseur Ortiz, Phillip Asaro, Silvestre Lizardi, Robert Ruscio, Giovanni Avila, Gilberto Zayas, Luis DeJesus, Benito Grullon, Martin Cerna-Garcia, Robinson Ruiz, Carlos Rafael Rojas, Carlos Orlando Argueta-Macario, William R. Holmes, Gene A. Anderson (Patch, Christine) (Entered: 01/18/2006) |
| 01/20/2006 | 246 | MOTION to Continue to 07/20/06 to Trial as to Benito Grullonby USA. (Gallagher, Neil) (Entered: 01/20/2006) |
| 01/23/2006 | ❍ | ElectronicClerk's Notes for proceedings held before Judge Patti B. Saris :Motion Hearing as to Benito Grullon held on 1/23/2006 re 84 MOTION to Dismiss on Speedy Trial filed by Benito Grullon. Court waives speedy trial from 1/23/06 to 7/10/06. Continued Hearing on Motion to Dismiss set for 2/6/2006 at 2:00 PM in Courtroom 19 before Judge Patti B. Saris. (Court Reporter Lee Marzilli.) (Alba, Robert) (Entered: 01/23/2006) |
| 02/03/2006 | 262 | NOTICE OF RESCHEDULED MOTION HEARING as to Benito Grullon. The Motion Hearing re: Motion to Dismiss previously schedule for February 6, 2006, has been rescheduled to February 14, 2006, at 3:00 p.m. in Courtroom 19 before Judge Patti B. Saris. (Alba, Robert) (Entered: 02/03/2006) |
| 02/14/2006 | 268 | Third Opposition by USA as to Benito Grullon re 183 MOTION to Dismiss on Speedy Trial (Gallagher, Neil) (Entered: 02/14/2006) |
| 02/14/2006 | ❍ | ElectronicClerk's Notes for proceedings held before Judge Patti B. Saris:Motion Hearing as to Benito Grullon held on 2/14/2006 re 183 MOTION to Dismiss on Speedy Trial filed by Benito Grullon. Court denies motion to dismiss. Court sets Status Conference with Attorney Segal present for 5/18/2006 at 2:00 PM before Judge Patti B. Saris. (Court Reporter Lee Marzilli.) (Alba, Robert) (Entered: 02/14/2006) |
| 02/14/2006 | 286 | MEMORANDUM in Support by Benito Grullon re 183 MOTION to |

| | | Dismiss on Speedy Trial (Attachments: # 1 Exhibit Complaint# 2 Exhibit Second Superseding Indictment# 3 Exhibit Grand Jury Transcript)(Patch. Christine) (Entered: 02/22/2006) |
|---|---|---|
| 02/15/2006 | 280 | Judge Patti B. Saris : ORDER entered as to Benito Grullon granting in part and denying in part 183 MOTION to Dismiss on Speedy Trial filed by Benito Grullon, and granting in part and denying in party 84 MOTION to Dismiss on Speedy Trial filed by Benito Grullon. (Patch, Christine) (Entered: 02/16/2006) |
| 02/27/2006 | 309 | Assented to MOTION to Continue and to File Under Seal as to Kelvin Madera. (Patch, Christine) (Entered: 03/01/2006) |
| 05/18/2006 | ❍ | ElectronicClerk's Notes for proceedings held before Judge Patti B. Saris:Status Conference as to Benito Grullon held on 5/18/2006. Attorney Segal informs the Court that he will continue representing defendant Grullon. Defendant Grullon concurs. (Court Reporter Lee Marzilli.) (Alba, Robert) (Entered: 05/18/2006) |
| 05/25/2006 | 393 | MOTION to Allow Defendant to Travel out of Massachusetts as to Benito Grullon. (Patch, Christine) (Entered: 06/01/2006) |
| 05/25/2006 | ❍ | Judge Patti B. Saris : Electronic ORDER entered granting 393 Motion to Allow Defendant to Travel out of Massachusetts as to Benito Grullon (24). "Allowed without opposition." (Patch, Christine) (Entered: 06/01/2006) |
| 06/13/2006 | 423 | Judge Patti B. Saris : ORDER entered. PRETRIAL ORDER as to Benito Grullon Jury Trial set for 7/10/2006 09:00 AM in Courtroom 19 before Judge Patti B. Saris. Final Pretrial Conference set for 6/29/2006 02:00 PM in Courtroom 19 before Judge Patti B. Saris. (Patch. Christine) (Entered: 06/21/2006) |
| 06/15/2006 | 409 | NOTICE OF STATUS CONFERENCE as to Benito Grullon. Status Conference set for 6/21/2006 at 10:30 AM in Courtroom 19 before Judge Patti B. Saris. (Alba, Robert) (Entered: 06/15/2006) |
| 06/21/2006 | 419 | "REMINDER" NOTICE OF FINAL PRETRIAL CONFERENCE as to Howard Greenberg, Edgar Hoffens, Giovanni Avila, Benito Grullon. Carlos Orlando Argueta-Macario, William R. Holmes, Gene A. Anderson. Final Pretrial Conference set for 6/27/2006 at 2:00 PM in Courtroom 19 before Judge Patti B. Saris. (Alba, Robert) (Entered: 06/21/2006) |
| 06/21/2006 | 420 | "SECOND REMINDER" NOTICE OF FINAL PRETRIAL CONFERENCE as to Howard Greenberg, Edgar Hoffens, Giovanni Avila, Benito Grullon, Carlos Orlando Argueta-Macario, William R. Holmes, Gene A. Anderson. Final Pretrial Conference set for 6/27/2006 at 2:00 PM in Courtroom 19 before Judge Patti B. Saris. NOTE: All defendants must be present with counsel.(Alba, Robert) (Entered: 06/21/2006) |
| 06/21/2006 | ❍ | ElectronicClerk's Notes for proceedings held before Judge Patti B. |

|            |       | Saris:Status Conference as to Benito Grullon held on 6/21/2006. Attorney Honor Segal appears on behalf of Attorney Ronald Segal. Court allows Ronald Segal's motion to withdraw. Court orders appointment of CJA counsel for defendant Grullon. (Court Reporter Lee Marzilli.) (Alba, Robert) (Entered: 06/21/2006) |
|------------|-------|---|
| 06/21/2006 | 421   | ATTORNEY ASSIGNMENT Request as to Benito Grullon forwarded to Deputy Clerk to Magistrate Judge Hillman. (Alba, Robert) (Entered: 06/21/2006) |
| 06/21/2006 | 433   | MOTION to Waive Electronic Filing as to Benito Grullon. (Patch, Christine) (Entered: 06/28/2006) |
| 06/21/2006 | ❏     | Judge Patti B. Saris : Electronic ORDER entered granting 433 Motion to Waive Electronic Filing as to Benito Grullon (24) (Patch, Christine) (Entered: 06/28/2006) |
| 06/21/2006 | 434   | MOTION to Withdraw as Attorney by Ronald Ian Segal. as to Benito Grullon. (Patch, Christine) (Entered: 06/28/2006) |
| 06/21/2006 | ❏     | Judge Patti B. Saris : Electronic ORDER entered granting 434 Motion to Withdraw as Attorney as to Benito Grullon (24) (Patch, Christine) (Entered: 06/28/2006) |
| 06/27/2006 | ❏     | ElectronicClerk's Notes for proceedings held before Judge Patti B. Saris:Final Pretrial Conference as to Howard Greenberg, Edgar Hoffens, Phillip Asaro, Giovanni Avila, Benito Grullon, Carlos Orlando Argueta-Macario, William R. Holmes, Gene A. Anderson held on 6/27/2006. Rul 11 Hearing as to Howard Greenberg set for 6/29/06 at 2:30 PM. Rule 11 Hearing as to Phillip Asaro set for 7/6/06 at 2:00 PM. Rule 11 Hearing as to Giovanni Avila set for 6/30/06 at 2:00 PM. Rule 11 Hearing as to Carlos Orlando Argueta-Macario set for 6/30/06 at 12:00 PM. Rule 11 Hearing as to William R. Holmes set for 7/7/06 at 10:30 AM. Rule 11 Hearing as to Gene A. Anderson set for 7/7/06 at 10:00 AM. Pretrial Conference as to Benito Grullon with successor counsel to be scheduled. Jury Trial as to Edgar Hoffens set for 7/10/06 at 9:00 AM (Court Reporter Lee Marzilli.) (Alba, Robert) (Entered: 06/27/2006) |
| 06/27/2006 | 432   | Judge Timothy S. Hillman : CJA 20 as to Benito Grullon: Appointment of Attorney Eduardo A. Masferrer for Benito Grullon. (Roland, Lisa) (Entered: 06/28/2006) |
| 06/28/2006 | 431   | NOTICE OF PRETRIAL CONFERENCE as to Benito Grullon. Pretria Conference set for 6/29/2006 at 11:30 AM in Courtroom 19 before Judge Patti B. Saris. (Alba, Robert) (Entered: 06/28/2006) |
| 06/28/2006 | ❏     | Attorney update in case as to Benito Grullon. Attorney Ronald Ian Sega terminated. (Patch, Christine) (Entered: 06/28/2006) |
| 06/29/2006 | ❏     | ElectronicClerk's Notes for proceedings held before Judge Patti B. Saris:Status Conference as to Benito Grullon held on 6/29/2006. Further Status Conference set for 8/9/2006 at 4:00 PM in Courtroom 19 before Judge Patti B. Saris. (Court Reporter Lee Marzilli.)(Interpreter D. |

| | | |
|---|---|---|
| | | Huacuja) (Alba, Robert) (Entered: 06/29/2006) |
| 08/09/2006 | 🔾 | ElectronicClerk's Notes for proceedings held before Judge Patti B. Saris:Status Conference as to Benito Grullon held on 8/9/2006. Final Pretrial Conference set for 12/6/2006 at 2:00 PM in Courtroom 19 before Judge Patti B. Saris. Jury Trial set for 12/11/2006 at 9:00 AM in Courtroom 19 before Judge Patti B. Saris. (Court Reporter Lee Marzilli (Alba, Robert) (Entered: 08/09/2006) |
| 08/25/2006 | 508 | Letter requesting docket sheet from Kelvin Madera. (Patch, Christine) (Entered: 08/30/2006) |
| 08/25/2006 | 510 | Judge Patti B. Saris : ORDER entered. PRETRIAL ORDER as to Benito Grullon Jury Trial set for 12/11/2006 09:00 AM in Courtroom 19 before Judge Patti B. Saris. Final Pretrial Conference set for 12/6/2006 02:00 PM in Courtroom 19 before Judge Patti B. Saris. (Patch, Christine) (Entered: 08/30/2006) |
| 10/11/2006 | 547 | SEALED TRANSCRIPT of Proceedings as to Valentin Martinez, Manuel Germosen, Benito Grullon held on April 12, 2006 before Judge Saris. Court Reporter: Marie L. Cloonan. (Scalfani, Deborah) (Entered: 10/11/2006) |
| 11/17/2006 | 585 | Joint MOTION to Continue *Trial and Waive Speedy Trial* to 12/11/06 to 01/16/07 as to Benito Grullonby USA. (Gallagher, Neil) (Entered: 11/17/2006) |
| 11/20/2006 | 🔾 | Judge Patti B. Saris : Electronic ORDER entered granting 585 Motion to Continue Trial and Waive Speedy Trial as to Benito Grullon (24) Jury Trial set for 1/16/2007 09:00 AM in Courtroom 19 before Judge Patti B Saris. Final Pretrial Conference set for 1/10/2007 04:00 PM in Courtroom 19 before Judge Patti B. Saris. (Patch, Christine) (Entered: 11/21/2006) |
| 01/03/2007 | 598 | MOTION in Limine *(Rengifo Motion)* as to Benito Grullonby USA. (Gallagher, Neil) (Entered: 01/03/2007) |
| 01/04/2007 | 599 | First Proposed Jury Questions by Benito Grullon (Masferrer, Eduardo) (Entered: 01/04/2007) |
| 01/08/2007 | 600 | NOTICE OF ATTORNEY APPEARANCE Sharron A. Kearney appearing for USA. (Kearney, Sharron) (Entered: 01/08/2007) |
| 01/08/2007 | 602 | TRIAL BRIEF by USA as to Benito Grullon (Gallagher, Neil) (Entered: 01/08/2007) |
| 01/09/2007 | 605 | EXHIBIT/WITNESS LIST by USA as to Benito Grullon (Attachments: 1)(Gallagher, Neil) (Entered: 01/09/2007) |
| 01/09/2007 | 606 | Proposed Jury Instructions by USA as to Benito Grullon (Gallagher, Neil) (Entered: 01/09/2007) |
| 01/09/2007 | 607 | Proposed Voir Dire by USA as to Benito Grullon (Gallagher, Neil) (Entered: 01/09/2007) |
| | | |

| 01/09/2007 | 608 | MOTION in Limine *for Preclude Defense Argument About Immigration Consequences* as to Benito Grullon by USA. (Gallagher, Neil) (Entered: 01/09/2007) |
| 01/10/2007 | 609 | EXHIBIT/WITNESS LIST by USA as to Benito Grullon (Gallagher, Neil) (Entered: 01/10/2007) |
| 01/10/2007 | | ElectronicClerk's Notes for proceedings held before Judge Patti B. Saris:Final Pretrial Conference as to Benito Grullon held on 1/10/2007. (Court Reporter Lee Marzilli.)(Interpreter D. Huacuja) (Alba, Robert) (Entered: 01/10/2007) |
| 01/10/2007 | 617 | SEALED MOTION as to Benito Grullon. (Patch, Christine) (Entered: 01/17/2007) |
| 01/10/2007 | 618 | Sealed Document - Affidavit in Support of 617 Sealed Motion. (Patch, Christine) (Entered: 01/17/2007) |
| 01/10/2007 | | Judge Patti B. Saris : Electronic ORDER entered granting 617 Sealed Motion as to Benito Grullon (24) (Patch, Christine) (Entered: 01/17/2007) |
| 01/12/2007 | 619 | SEALED MOTION as to Benito Grullon. (Patch, Christine) (Entered: 01/19/2007) |
| 01/12/2007 | 620 | Sealed Document - Affidavit in Support of 619 Sealed Motion. (Patch, Christine) (Entered: 01/19/2007) |
| 01/12/2007 | | Judge Patti B. Saris : Electronic ORDER entered granting 619 Sealed Motion as to Benito Grullon (24) (Patch, Christine) (Entered: 01/19/2007) |
| 01/12/2007 | 621 | Judge Patti B. Saris : PROTECTIVE ORDER entered. as to Benito Grullon (Patch, Christine) (Entered: 01/19/2007) |
| 01/12/2007 | 622 | SEALED MOTION as to Benito Grullon. (Patch, Christine) (Entered: 01/19/2007) |
| 01/12/2007 | 623 | Sealed Document - Memorandum in Support of 622 Sealed Motion. (Patch, Christine) (Entered: 01/19/2007) |
| 01/12/2007 | | Judge Patti B. Saris : Electronic ORDER entered re622 Sealed Motion a to Benito Grullon (24). "I don't understand. Please explain by proffer wl the evidence is relevant. You haven't given me a pretrial memo explaining the context." (Patch, Christine) (Entered: 01/19/2007) |
| 01/15/2007 | 610 | EXHIBIT/WITNESS LIST by Benito Grullon (Masferrer, Eduardo) (Entered: 01/15/2007) |
| 01/15/2007 | 611 | EXHIBIT/WITNESS LIST by USA as to Benito Grullon (Gallagher, Neil) (Entered: 01/15/2007) |
| 01/15/2007 | 612 | TRIAL BRIEF by USA as to Benito Grullon (Gallagher, Neil) (Entered 01/15/2007) |
| | | |

| 01/16/2007 | | ElectronicClerk's Notes for proceedings held before Judge Patti B. Saris:Voir Dire begun on 1/16/2007 as to Benito Grullon (24). (Court Reporter Lee Marzilli.) (Alba, Robert) (Entered: 01/16/2007) |
|---|---|---|
| 01/16/2007 | ❑ | ElectronicClerk's Notes for proceedings held before Judge Patti B. Saris:Jury Trial - Day One as to Benito Grullon held on 1/16/2007. (Court Reporter Lee Marzilli.) (Alba, Robert) (Entered: 01/16/2007) |
| 01/17/2007 | 615 | First MOTION in Limine *Regarding Government exhibits 19 and 27* as to Benito Grullon. (Masferrer, Eduardo) (Entered: 01/17/2007) |
| 01/17/2007 | ❑ | ElectronicClerk's Notes for proceedings held before Judge Patti B. Saris:Jury Trial - Day Two as to Benito Grullon held on 1/17/2007. (Court Reporter Lee Marzilli.)(Interpreter Deborah Huacuja) (Alba, Robert) (Entered: 01/17/2007) |
| 01/17/2007 | 616 | Writ of Habeas Corpus ad Testificandum Issued for Manuel Germosen for jury trial on 1/18/07 as to Benito Grullon. (Alba, Robert) (Entered: 01/17/2007) |
| 01/18/2007 | ❑ | ElectronicClerk's Notes for proceedings held before Judge Patti B. Saris :Jury Trial - Day Three as to Benito Grullon held on 1/18/2007. (Court Reporter Lee Marzilli.) (Alba, Robert) (Entered: 01/18/2007) |
| 01/19/2007 | ❑ | ElectronicClerk's Notes for proceedings held before Judge Patti B. Saris:Jury Trial - Day Four as to Benito Grullon held on 1/19/2007. (Court Reporter Valerie O'Hara.) (Alba, Robert) (Entered: 01/19/2007) |
| 01/19/2007 | 627 | Proposed Jury Instructions by Benito Grullon (Masferrer, Eduardo) (Entered: 01/19/2007) |
| 01/21/2007 | 628 | Memorandum regarding Jury Instruction as to Benito Grullon (Gallaghe Neil) (Entered: 01/21/2007) |
| 01/22/2007 | ❑ | ElectronicClerk's Notes for proceedings held before Judge Patti B. Saris:Jury Trial - Day Five as to Benito Grullon held on 1/22/2007 (Cou Reporter Lee Marzilli.) (Alba, Robert) (Entered: 01/22/2007) |
| 01/22/2007 | 629 | MOTION to Strike *Drug Weight Allegation* as to Benito Grullonby US / (Gallagher, Neil) (Entered: 01/22/2007) |
| 01/23/2007 | 630 | First MOTION for Disclosure *of Exculpatory Information re: Germose> and Escobar* as to Benito Grullon. (Masferrer, Eduardo) (Entered: 01/23/2007) |
| 01/23/2007 | ❑ | ElectronicClerk's Notes for proceedings held before Judge Patti B. Saris:Jury Trial - Day Six as to Benito Grullon held on 1/23/2007. Government rests. (Court Reporter Lee Marzilli.)(Interpreter D. Huacu: and G. Hadad) (Alba, Robert) (Entered: 01/23/2007) |
| 01/23/2007 | 631 | First MOTION to Strike 629 MOTION to Strike *Drug Weight Allegatio Defendant's Response* as to Benito Grullon. (Masferrer, Eduardo) (Entered: 01/23/2007) |
| 01/23/2007 | 632 | RESPONSE to Motion by Benito Grullon re 629 MOTION to Strike |

| | | |
|---|---|---|
| | | *Drug Weight Allegation.* Re-entered by court staff to correct data entry error. (Patch, Christine) (Entered: 01/24/2007) |
| 01/24/2007 | ❏ | Motions terminated as to Benito Grullon: 631 First MOTION to Strike 629 MOTION to Strike *Drug Weight Allegation Defendant's Response* filed by Benito Grullon,. (Patch, Christine) (Entered: 01/24/2007) |
| 01/24/2007 | ❏ | Notice of correction to docket made by Court staff. Correction: Document No. 631 terminated because: it was filed using the incorrect event. Please refer to Document No. 632 for corrected filing as to Benito Grullon (Patch, Christine) (Entered: 01/24/2007) |
| 01/24/2007 | ❏ | ElectronicClerk's Notes for proceedings held before Judge Patti B. Saris:Jury Trial - Day Seven as to Benito Grullon held on 1/24/2007. Defense Rests. Jury begins deliberations. Jury dismissed for the day. Deliberations to continue on 1/25/07 at 9:00 a.m. (Court Reporter Lee Marzilli.)(Interpreters D. Huacuja, G. Hadad) (Alba, Robert) (Entered: 01/24/2007) |
| 01/25/2007 | ❏ | ElectronicClerk's Notes for proceedings held before Judge Patti B. Saris:Jury Trial - Day Eight as to Benito Grullon held on 1/25/2007. Jur continues deliberations. Jury returns a verdict. Jury verdict: Guilty. Jury discharged. Defendant remanded to the custody of the United States Marshal. Sentencing set for 4/26/2007 at 4:00 PM in Courtroom 19 before Judge Patti B. Saris. (Court Reporter Lee Marzilli.)(Interpreter D Huacuja) (Alba, Robert) (Entered: 01/25/2007) |
| 01/25/2007 | 633 | COURT'S EXHIBIT LIST for Jury Trial held on 1/16/07 through 1/19/07, and 1/22/07 through 1/25/07 as to Benito Grullon. (Alba, Robert) (Entered: 01/25/2007) |
| 01/25/2007 | 634 | COURT'S WITNESS LIST for Jury Trial held on 1/16/07 through 1/19/07 and 1/22/07 through 1/25/07 as to Benito Grullon. (Alba, Rober (Entered: 01/25/2007) |
| 01/25/2007 | 635 | JURY VERDICT as to Benito Grullon (24) Guilty on Count 1s,8. (Patc Christine) (Entered: 01/29/2007) |
| 01/25/2007 | 636 | Judge Patti B. Saris : ORDER entered. PROCEDURAL ORDER re sentencing hearing as to Benito Grullon Sentencing set for 4/26/2007 04:00 PM in Courtroom I9 before Judge Patti B. Saris. (Patch, Christin (Entered: 01/31/2007) |
| 02/01/2007 | 637 | TRANSCRIPT of Jury Trial Day Four (Testimony of Gemosen only) as to Benito Grullon held on January 19, 2006 before Judge Saris. Court Reporter: Valerie A. O'Hara. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/737-2346 or the Clerk's Office. (Scalfani, Deborah) (Entered: 02/01/2007) |
| 02/20/2007 | 653 | First MOTION for Declaration of Mistrial as to Benito Grullon. (Masferrer, Eduardo) Modified on 2/21/2007 (Patch, Christine). Additional attachment(s) added on 2/21/2007 (Patch, Christine). |

| | | (Entered: 02/20/2007) |
|---|---|---|
| 02/20/2007 | 654 | MEMORANDUM in Support by Benito Grullon re 653 First MOTION for Declaration of Mistrial. Re-entered by court staff to correct data entry error. (Patch, Christine) (Entered: 02/21/2007) |
| 02/20/2007 | 655 | AFFIDAVIT of Eduardo Masferrer in Support of 653 First MOTION for Declaration of Mistrial. Re-entered by court staff to correct data entry error. (Patch, Christine) (Entered: 02/21/2007) |
| 02/21/2007 | 659 | EXHIBITS by Benito Grullon re 655 Affidavit in Support of Motion for Mistrial filed by Benito Grullon, (Patch, Christine) (Entered: 02/28/2007 |
| 03/02/2007 | 660 | First MEMORANDUM in Opposition by USA as to Benito Grullon re 653 First MOTION for Declaration of Mistrial (Kearney, Sharron) (Entered: 03/02/2007) |
| 03/06/2007 | 661 | APPENDIX/EXHIBIT by USA as to Benito Grullon 660 Memorandum in Opposition filed by USA, (Kearney, Sharron) (Entered: 03/06/2007) |
| 04/02/2007 | ❀ | ELECTRONIC NOTICE OF HEARING ON MOTION as to Benito Grullon. Hearing re: 653 First MOTION for Declaration of Mistrial set for 4/26/2007 at 4:00 PM in Courtroom 19 before Judge Patti B. Saris. (Alba, Robert) (Entered: 04/02/2007) |
| 04/19/2007 | ❀ | ELECTRONIC NOTICE OF RESCHEDULED HEARING ON MOTION as to Benito Grullon. The Motion Hearing re: 653 First MOTION for Declaration of Mistrial previously scheduled for 4/26/07 has been RESCHEDULED to 5/23/07 at 2:00 PM in Courtroom 19 before Judge Patti B. Saris. (Alba, Robert) (Entered: 04/19/2007) |
| 04/24/2007 | ❀ | ELECTRONIC NOTICE OF RESCHEDULED SENTENCING as to Benito Grullon. The Sentencing previously set for 4/26/07 has been RESCHEDULED to 5/23/07 at 2:00 PM along with the motion hearing in Courtroom 19 before Judge Patti B. Saris. (Alba, Robert) (Entered: 04/24/2007) |
| 05/10/2007 | 670 | OBJECTION TO PRESENTENCE INVESTIGATION REPORT by Benito Grullon (Masferrer, Eduardo) (Entered: 05/10/2007) |
| 05/10/2007 | 671 | MOTION for Investigative Funds as to Benito Grullon. (Attachments: # 1 Affidavit of Indigency and of Counsel)(Patch, Christine) (Entered: 05/16/2007) |
| 05/17/2007 | ❀ | Judge Patti B. Saris : ElectronicORDER entered granting 671 Motion for Investigative Funds as to Benito Grullon (24) (Patch, Christine) (Entere 05/21/2007) |
| 05/23/2007 | 672 | SENTENCING MEMORANDUM by Benito Grullon (Attachments: # Exhibit Letters of Support)(Masferrer, Eduardo) (Entered: 05/23/2007 |
| 05/23/2007 | ❀ | Electronic Clerk's Notes for proceedings held before Judge Patti B. Saris:Motion Hearing and Sentencing held on 5/23/2007 for Benito Grullon (24), Count(s) 1ss. Court holds in-camera voir dire with juror |

| | | #11. Court denies defendant's motion for new trial. Court sentences defendant to 63 months imprisonment, 48 months supervised release w/conditions, $100 special assessment. Defendant informed of right of appeal. (Court Reporter Lee Marzilli)(Interpreter Deborah Huacuja.) (Alba, Robert) Modified on 5/24/2007 (Alba, Robert). (Entered: 05/23/2007) |
|---|---|---|
| 05/23/2007 | 673 | EXHIBIT LIST for In-Camera Voir Dire held on 5/23/07 as to Benito Grullon. (Alba, Robert) (Entered: 05/23/2007) |
| 05/29/2007 | 674 | *First* NOTICE OF APPEAL by Benito Grullon NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 6/18/2007 (Masferrer, Eduardo) (Entered: 05/29/2007) |
| 05/29/2007 | 675 | MOTION for Leave to Appeal In Forma Pauperis as to Benito Grullon. (Masferrer, Eduardo) (Entered: 05/29/2007) |
| 05/29/2007 | 676 | MOTION to Withdraw as Attorney by Eduardo Masferrer. as to Benito Grullon. (Masferrer, Eduardo) Additional attachment(s) added on 5/29/2007 (Patch, Christine). (Entered: 05/29/2007) |
| 05/29/2007 | 678 | Judge Patti B. Saris : ORDER entered. JUDGMENT as to Benito Grullo (24), Count(s) 1s, Defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 63 months. The Court makes a judicial recommendation to Ft. Devens or a FCI as close to Boston, MA as possible, as well as a judicial recommendation for mental health counseling for depression. Defendant is remanded to the custody of the United States Marshal. Upon release from imprisonment, the defendant shall be on supervised release for a term of 48 months. Upon deportation, the defendant is not to reenter the United States without prior permission of the US Attorney General. The $100 Special Assessment is due immediately. (Patch, Christine) (Entere 05/30/2007) |
| 06/06/2007 | 679 | Judge Patti B. Saris : ORDER entered. MEMORANDUM and Order as to Benito Grullon, denying 653 Motion for a Mistrial. (Patch, Christine) (Entered: 06/07/2007) |
| 06/06/2007 | | Judge Patti B. Saris : Electronic ORDER entered granting 675 Motion i Leave to Appeal In Forma Pauperis as to Benito Grullon (24) (Patch, Christine) (Entered: 06/11/2007) |
| 06/06/2007 | | Judge Patti B. Saris : Electronic ORDER entered granting 676 Motion t Withdraw as Attorney as to Benito Grullon (24) (Patch, Christine) (Entered: 06/11/2007) |
| 06/06/2007 | | Attorney update in case as to Benito Grullon. Attorney Eduardo A. Masferrer terminated. (Patch, Christine) (Entered: 06/11/2007) |
| 06/07/2007 | | Reopen Document as to Benito Grullon 653 First MOTION for |

| | | Declaration of Mistrial (Patch, Christine) (Entered: 06/07/2007) |