**Big Spring Correctional Center**                         DJB1PC004

| Interstate Unit | Airpark Unit | Flightline Unit | Cedar Hill Unit |
|---|---|---|---|
| 1801 West Interstate 20 | 3700 Wright Avenue | 2001 Rickabaugh Drive | 3711 Wright Avenue |
| Big Spring, Texas 79720 | Big Spring, Texas 79720 | Big Spring, Texas 79720 | Big Spring, Texas 79720 |
| 432-263-8532 | 432-263-8806 | 432-267-7911 | 432-268-1227 |
| Fax 432-263-5840 | Fax 432-267-2404 | Fax 432-264-0137 | Fax 432-268-1241 |

Accounting Department • P.O. Box 3470 • Big Spring, Texas 79721-3470 • 432-264-0060 • Fax 432-267-6522

August 10, 2007

The Honorable Patti B. Saris
United States District Courthouse
District of Massachusetts
Suite 2300
One Courthouse Way
Boston, MA 02210-3002

**Re: Grullon, Benito**
    Register No. 80434-038
    Docket No. 1:04CR10299-024-PBS

Dear Judge Saris:

I received your recommendation that Mr. Grullon, Benito serve his term of confinement at a facility in Ft Devens or an FCI as close to Boston. Mr. Grullon, Benito was recently sentenced in your court to a 63-month term for Conspiracy to Distribute Cocaine.

The Federal Bureau of Prisons is committed to cooperating with the courts and strives to provide the best possible opportunities for inmate programming. There are occasions, however, that necessitate departure from the suggested institution of confinement due to security, population, or policy concerns.

In the case of Mr. Grullon, Benito, the Federal Bureau of Prisons is unable to follow your recommendation. Agency policy requires designation to a facility where Immigration and Customs Enforcement officials conduct deportation hearings. Mr. Grullon, Benito, has been assigned to the low-security Big Spring Correctional Center in Big Spring, Texas, where he will receive a deportation hearing prior to his release from custody.

I regret my response cannot be more favorable at this time, but assure you of my continued cooperation in all matters of mutual concern.

Sincerely,

R.D. Miles
Senior Warden